# EXHIBIT A

# US Pat. No. 8,266,421 Claim 1

| Claim Element | References/Evidence from the Product |
|---|---|
| **Claim 1**<br>1. A method comprising: accepting a subscription to services of a private domain by a sender in order to allow the sender to use the private domain for electronic information transmissions; | Zoho Corporation Pvt. Ltd.'s Zoho Mail product performs and induces others to perform a method comprising: accepting a subscription to services of a private domain by a sender in order to allow the sender to use the private domain for electronic information transmissions;<br><br><br>Source: https://www.zoho.com/mail/<br><br><br>Source: https://help.zoho.com/portal/en/kb/crm/crm-mobile/crm-analytics-app/articles/analytics-app#Log_in_to_the_application |

# US Pat. No. 8,266,421 Claim 1

## Managing your Zoho Mail/ Zoho Workplace Subscription

Zoho Mail offers different plans to accommodate different users. One can choose the subscription that would suit their organization from the array of available plans. In the case of Zoho Workplace, you can also opt for the mix-and-match plan to have a tailor-made subscription. The payment can be made online using your credit card or other local payment options available in your country. After you subscribe to Zoho Mail, you can allow automatic renewal which will be charged based on your date of upgrade. You can also change your plan or purchase addon storage anytime require it.

Source: https://www.zoho.com/mail/help/adminconsole/subscription.html

## Domain Verification in Zoho Mail

Zoho Mail is a business email platform where you can generate domain-based custom email addresses, like yourname@yourdomain.com. And when you add your domain to create your custom email address, you need to verify that you own the domain before proceeding further. Zoho Mail can verify the ownership of your domain in different ways—One-click Verification, TXT, CNAME, or HTML. And to verify your domain using one of these methods, you will need access and permission to modify your Domain's DNS page.

Source: https://www.zoho.com/mail/help/adminconsole/domain-verification.html#alink2

# US Pat. No. 8,266,421 Claim 1

<table>
<tr><td></td><td>
Domains<br>
The options available under domain restrictions are:<br>
• No restrictions<br>
• Org Domains only - To allow emails only within the organization<br>
• Blocked domains<br>
• Allowed domains<br>
You can define the restrictions for incoming emails, outgoing emails or for both. You can allow or block certain domains for incoming and/or outgoing emails.<br>
Allow: When you specify a domain as allowed domain for outgoing, the users and groups for whom the policy is applied will be able to send emails only to those domains. When they send emails to other domains, the outgoing server will reject them and bounce the email back to the sender.<br>
Block: When you specify a domain as a blocked domain, emails can be sent to all the domains, other than the ones specified in the blocked domain.<br>
Org Domains only: You can also allow email sending or receiving within the organization domains alone. When this restriction is applied, emails cannot be sent outside the organization domains or received from external accounts.<br>
Source: https://www.zoho.com/mail/help/adminconsole/email-policy.html
</td></tr>
<tr><td>associating a number of electronic information transmissions that the sender is able to send with a predetermined threshold;</td><td>
Zoho Mail associates a number of electronic information transmissions that the sender is able to send with a predetermined threshold.<br>
• In the Paid Editions – The email limit will be calculated by the total number of confirmed users x 300 (emails). There can be "n" number of confirmed users in the paid edition, therefore an organization can send up to n x 300 emails in a day (12 AM to 11.59 PM in your organization's time zone is considered as one day). These n x 300 emails can either be shared between the users, or a single user can send all n x 300 emails.<br>
For example, assume you have 5 active and confirmed users in your organization's account. As the limit for each user is 300 emails/day, the total number of emails per day, per organization can be up to 1500 (300 x 5) emails.<br>
Source:https://help.zoho.com/portal/en/kb/crm/connect-with-customers/email/articles/email-limits#Limits_for_Individual_Emails
</td></tr>
</table>

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | Karthik TK • 5 years ago<br><br>Hello,<br><br>Thanks for contacting support.<br><br>Please find the Outgoing limits below,<br><br>**Outgoing:**<br>Total outgoing mail size per day- 300 MB(*can change to 500 MB)<br>Number of mails that can sent- 500(* can change to 1000)<br>Maximum number of recipients per mail- 100<br>Total number of recipients per day-1000(* can change to 2000)<br>Outgoing attachment size- 20MB per mail(Default)<br>Bounce count per day- 10<br>(* Paid users can create policy from mail policies to increase limits. New policy needs to be effective for * to work)<br><br>Once the limit is exceeded the mails sent further will be bounced back. In Zoho Mail it is not possible to keep track of the number of emails sent and the number of emails remaining, for an user account.<br><br>Hope this clarifies.<br><br>Regards,<br>Karthik,<br>Zoho Mail support.<br><br>Source: https://help.zoho.com/portal/en/community/topic/what-are-the-limits-of-sending-mails-via-smtp |
| limiting the number of electronic information transmissions that the sender is able to send through the private domain to the predetermined threshold, wherein the predetermined threshold comprises a number | Zoho Mail limits the number of electronic information transmissions that the sender is able to send through the private domain to the predetermined threshold, wherein the predetermined threshold comprises a number of transmissions per a period of time. |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| of transmissions per a period of time; | • In the **Paid Editions** – The email limit will be calculated by the total number of confirmed users x 300 (emails). There can be "n" number of confirmed users in the paid edition, therefore an organization can send up to n x 300 emails in a day (12 AM to 11.59 PM in your organization's time zone is considered as one day). These n x 300 emails can either be shared between the users, or a single user can send all n x 300 emails.<br>For example, assume you have 5 active and confirmed users in your organization's account. As the limit for each user is 300 emails/day, the total number of emails per day, per organization can be up to 1500 (300 x 5) emails.<br><br>Source:https://help.zoho.com/portal/en/kb/crm/connect-with-customers/email/articles/email-limits#Limits_for_Individual_Emails |
| receiving electronic information to be delivered to a recipient from the sender; | Zoho Mail receives electronic information to be delivered to a recipient from the sender.<br>**Incoming emails**<br>Encryption of emails in transit helps keep your emails safe while it travels from the sender to the recipient. This protects your emails from being read by unauthorized parties, while in transit. The level of encryption of the emails you receive is displayed in the email preview pane.<br><br>Source: https://www.zoho.com/mail/help/email-encryption.html#alink3<br><br>**About MX Records**<br>MX Entries are special DNS Server records that designate recipient email servers for your domain. MX Records are the resource entries in your domain's DNS, which transmit email server information to other DNS Servers on the web, which then send emails to your domain. You can change the MX Records after creating all of the user accounts and email addresses in Zoho Mail.<br><br>Source: https://www.zoho.com/mail/help/adminconsole/configure-email-delivery.html |
| establishing a network connection with one or more servers hosting the private domain; | Zoho Mail establishes a network connection with one or more servers hosting the private domain. |

# US Pat. No. 8,266,421 Claim 1

## Split Delivery through Zoho Email Server

Even in this case, Zoho will act as the primary server. The email routing, in this case, will happen a little differently, compared to the previous scenario. The email accounts which exist in Zoho will receive the email here itself. When emails are addressed to email addresses that are not in the Organization setup in Zoho, those emails will be routed to the other server. Refer email routing for configuration instructions.




Source: https://www.zoho.com/mail/help/adminconsole/configure-dual-delivery.html

## About MX Records

MX Entries are special DNS Server records that designate recipient email servers for your domain. MX Records are the resource entries in your domain's DNS, which transmit email server information to other DNS Servers on the web, which then send emails to your domain. You can change the MX Records after creating all of the user accounts and email addresses in Zoho Mail.

Source: https://www.zoho.com/mail/help/adminconsole/configure-email-delivery.html

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| logging into the server using an identifier uniquely identifying a sender of the electronic information before transmitting the electronic information; | Zoho Mail logs into the server using an identifier uniquely identifying a sender of the electronic information before transmitting the electronic information.   Source: https://www.zoho.com/mail/login.html |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| |  <br><br>Source: https://help.zoho.com/portal/en/kb/crm/crm-mobile/crm-analytics-app/articles/analytics-app# |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| generating a symmetric cryptographic key that is unique for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information; | Zoho Mail generates a symmetric cryptographic key that is unique for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information.<br><br>**Sending email**<br><br>One of the most basic functions of an email service is sending emails. Zoho Mail provides rich text format editors for sending properly formatted emails. The recipients of the email can be picked from contacts.<br><br>Source: https://www.zoho.com/mail/help/sending-mails.html<br><br>**PGP Encryption in Zoho Mail**<br><br>Pretty Good Privacy (PGP) encryption helps users to send encrypted emails to their recipients ensuring privacy and security of their email content. PGP uses a pair of keys (Public and Private) to encrypt and decrypt emails. In addition to encryption, emails can be digitally signed by hashing ensuring the legitimacy of the sender.<br><br>The integration of PGP with Zoho Mail will help the users generate and store Public and Private keys right from within their mailbox. They can use the keys (generated within Zoho Mail or any other platform) to encrypt and digitally sign the emails they send. |

# US Pat. No. 8,266,421 Claim 1




Source: https://www.zoho.com/mail/help/pgp.html

**What is Pretty Good Privacy (PGP)?**

Pretty Good Privacy or PGP was a popular program used to encrypt and decrypt email over the internet, as well as authenticate messages with digital signatures and encrypted stored files. PGP now commonly refers to any encryption program or application that implements the OpenPGP public key cryptography standard.

Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy

# US Pat. No. 8,266,421 Claim 1

OpenPGP combines symmetric-key encryption and public-key encryption to provide confidentiality. When made confidential, first the object is encrypted using a symmetric encryption algorithm. Each symmetric key is used only once, for a single object. A new "session key" is generated as a random number for each object (sometimes referred to as a session). Since it is used only once, the session key is bound to the message and transmitted with it. To protect the key, it is encrypted with the receiver's public key. The sequence is as follows:

1. The sender creates a message.

2. The sending OpenPGP generates a random number to be used as a session key for this message only.

3. The session key is encrypted using each recipient's public key. These "encrypted session keys" start the message.

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | 4. The sending OpenPGP encrypts the message using the session key, which forms the remainder of the message. Note that the message is also usually compressed.<br><br>5. The receiving OpenPGP decrypts the session key using the recipient's private key.<br><br>6. The receiving OpenPGP decrypts the message using the session key. If the message was compressed, it will be decompressed.<br><br>With symmetric-key encryption, an object may be encrypted with a symmetric key derived from a passphrase (or other shared secret), or a two-stage mechanism similar to the public-key method described above in which a session key is itself encrypted with a symmetric algorithm keyed from a shared secret.<br><br>Source: https://datatracker.ietf.org/doc/rfc4880/ |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| receiving a public cryptographic key associated with the recipient; | Zoho Mail recieves a public cryptographic key associated with the recipient.<br>**PGP Encryption in Zoho Mail**<br>Pretty Good Privacy (PGP) encryption helps users to send encrypted emails to their recipients ensuring privacy and security of their email content. PGP uses a pair of keys (Public and Private) to encrypt and decrypt emails. In addition to encryption, emails can be digitally signed by hashing ensuring the legitimacy of the sender.<br>The integration of PGP with Zoho Mail will help the users generate and store Public and Private keys right from within their mailbox. They can use the keys (generated within Zoho Mail or any other platform) to encrypt and digitally sign the emails they send.<br> |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | The admin can also choose to allow the organization users to search for the public keys of the recipients from other public key servers. To enable this option, turn ON the **Search for public keys** toggle switch. Learn more<br><br>**User configuration**<br>Once Admin enables the integration, to start sending and receiving PGP encrypted emails, you should either generate a pair of public and private keys or import them from local storage have them saved to your account.<br><br>**Keys of recipient PGP users**<br>To send and receive emails encrypted using PGP, both the sender and receiver should have access to the public keys of each other. To send emails to your recipients, the public key associated with their email addresses should be saved to your account.<br><br>You can import multiple public keys for a particular recipient. When you import multiple keys you can choose a default public key for the user to send them encrypted emails. You can choose to change the default key anytime from the **PGP users** section. |

# US Pat. No. 8,266,421 Claim 1



# US Pat. No. 8,266,421 Claim 1

6. Click **Import key(s).**

7. Verify the **Key ID** and the **Email address** of the **PGP user.**

**Import new public key**

The following public keys were found:

| | Key ID | | Email address |
|---|---|---|---|
| 1) | ************4158 | - | rebecca@zylker.com |

Save Cancel

8. Click **Save**

The public key will be imported and can be used to encrypt emails sent to the PGP user.

Source: https://www.zoho.com/mail/help/pgp.html

# US Pat. No. 8,266,421 Claim 1

<table>
<tr>
<td>encrypting at least a portion of the electronic information using the symmetric cryptographic key that is unique for the transmission;</td>
<td>Zoho Mail encrypts at least a portion of the electronic information using the symmetric cryptographic key that is unique for the transmission



PGP Encryption in Zoho Mail

Pretty Good Privacy (PGP) encryption helps users to send encrypted emails to their recipients ensuring privacy and security of their email content. PGP uses a pair of keys (Public and Private) to encrypt and decrypt emails. In addition to encryption, emails can be digitally signed by hashing ensuring the legitimacy of the sender.

The integration of PGP with Zoho Mail will help the users generate and store Public and Private keys right from within their mailbox. They can use the keys (generated within Zoho Mail or any other platform) to encrypt and digitally sign the emails they send.




Source: https://www.zoho.com/mail/help/pgp.html</td>
</tr>
</table>

17

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **What is Pretty Good Privacy (PGP)?**<br>Pretty Good Privacy or PGP was a popular program used to encrypt and decrypt email over the internet, as well as authenticate messages with digital signatures and encrypted stored files. PGP now commonly refers to any encryption program or application that implements the OpenPGP public key cryptography standard.<br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy<br><br>OpenPGP combines symmetric-key encryption and public-key encryption to provide confidentiality. When made confidential, first the object is encrypted using a symmetric encryption algorithm. Each symmetric key is used only once, for a single object. A new "session key" is generated as a random number for each object (sometimes referred to as a session). Since it is used only once, the session key is bound to the message and transmitted with it. To protect the key, it is encrypted with the receiver's public key. The sequence is as follows:<br>1. The sender creates a message.<br>2. The sending OpenPGP generates a random number to be used as a session key for this message only.<br>3. The session key is encrypted using each recipient's public key. These "encrypted session keys" start the message. |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | 4. The sending OpenPGP encrypts the message using the session key, which forms the remainder of the message. Note that the message is also usually compressed.<br><br>5. The receiving OpenPGP decrypts the session key using the recipient's private key.<br><br>6. The receiving OpenPGP decrypts the message using the session key. If the message was compressed, it will be decompressed.<br><br>With symmetric-key encryption, an object may be encrypted with a symmetric key derived from a passphrase (or other shared secret), or a two-stage mechanism similar to the public-key method described above in which a session key is itself encrypted with a symmetric algorithm keyed from a shared secret.<br><br>Source: https://datatracker.ietf.org/doc/rfc4880/ |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **How does PGP work?**<br><br>Pretty Good Privacy uses a variation of the public key system. In this system, each user has an encryption key that is publicly known and a secret or private key that is known only to that user. Users encrypt a message they send to someone else using that person's public PGP key. When the recipient receives the message, they decrypt it using their private key.<br><br>Encrypting an entire message using public key encryption can consume excessive amounts of resources. As a result, PGP uses a symmetric key encryption algorithm to encrypt the message and then uses the public key to encrypt that symmetric encryption key. Both the encrypted message and the encrypted symmetric encryption key are sent to the recipient, who first uses their private key to decrypt the short key and then uses that key to decrypt the message.<br><br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy |
| encrypting the symmetric cryptographic key that is unique for the transmission using the public cryptographic key of the recipient to generate a security package for the encrypted portion of the electronic information stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information; | Zoho Mail encrypts the symmetric cryptographic key that is unique for the transmission using the public cryptographic key of the recipient to generate a security package for the encrypted portion of the electronic information stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information.<br><br>**PGP Encryption in Zoho Mail**<br><br>Pretty Good Privacy (PGP) encryption helps users to send encrypted emails to their recipients ensuring privacy and security of their email content. PGP uses a pair of keys (Public and Private) to encrypt and decrypt emails. In addition to encryption, emails can be digitally signed by hashing ensuring the legitimacy of the sender.<br><br>The integration of PGP with Zoho Mail will help the users generate and store Public and Private keys right from within their mailbox. They can use the keys (generated within Zoho Mail or any other platform) to encrypt and digitally sign the emails they send. |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| |  |

# US Pat. No. 8,266,421 Claim 1




Source: https://www.zoho.com/mail/help/pgp.html

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **What is Pretty Good Privacy (PGP)?**<br>Pretty Good Privacy or PGP was a popular program used to encrypt and decrypt email over the internet, as well as authenticate messages with digital signatures and encrypted stored files. PGP now commonly refers to any encryption program or application that implements the OpenPGP public key cryptography standard.<br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy<br><br>OpenPGP combines symmetric-key encryption and public-key encryption to provide confidentiality. When made confidential, first the object is encrypted using a symmetric encryption algorithm. Each symmetric key is used only once, for a single object. A new "session key" is generated as a random number for each object (sometimes referred to as a session). Since it is used only once, the session key is bound to the message and transmitted with it. To protect the key, it is encrypted with the receiver's public key. The sequence is as follows:<br><br>1. The sender creates a message.<br><br>2. The sending OpenPGP generates a random number to be used as a session key for this message only.<br><br>3. The session key is encrypted using each recipient's public key. These "encrypted session keys" start the message. |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | 4. The sending OpenPGP encrypts the message using the session key, which forms the remainder of the message. Note that the message is also usually compressed.<br><br>5. The receiving OpenPGP decrypts the session key using the recipient's private key.<br><br>6. The receiving OpenPGP decrypts the message using the session key. If the message was compressed, it will be decompressed.<br><br>With symmetric-key encryption, an object may be encrypted with a symmetric key derived from a passphrase (or other shared secret), or a two-stage mechanism similar to the public-key method described above in which a session key is itself encrypted with a symmetric algorithm keyed from a shared secret.<br><br>Source: https://datatracker.ietf.org/doc/rfc4880/ |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **How does PGP work?**<br><br>Pretty Good Privacy uses a variation of the public key system. In this system, each user has an encryption key that is publicly known and a secret or private key that is known only to that user. Users encrypt a message they send to someone else using that person's public PGP key. When the recipient receives the message, they decrypt it using their private key.<br><br>Encrypting an entire message using public key encryption can consume excessive amounts of resources. As a result, PGP uses a symmetric key encryption algorithm to encrypt the message and then uses the public key to encrypt that symmetric encryption key. Both the encrypted message and the encrypted symmetric encryption key are sent to the recipient, who first uses their private key to decrypt the short key and then uses that key to decrypt the message.<br><br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy<br><br>**How does PGP work?**<br><br>PGP works based on numerical encryption using public and private keys. For example, when User A wants to send an encrypted email to User B, the later generates a pair of public and private keys. The private key is kept secret and the public key should be shared with User A.<br><br>User A encrypts the email using the public key of User B and digitally signs the email using the former's private key and sends the email. To decrypt the email, User B needs to use the passphrase for the private key associated with the public key used to encrypt the email.<br><br>Source: https://www.zoho.com/mail/help/pgp.html#working |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **How does email work?**<br><br>When you send an email to your friends or contacts, it is almost immediately delivered to the recipients within the blink of an eye. However there is a set of processes that happens in the background from when you send the email, and till the email is delivered to the recipient's Inbox. A brief outline of the process is explained below:<br><br>1. You log in to your email (webmail or mobile device or desktop client).<br><br>2. Open the composer and specify the subject, type in the email content, choose the recipients, and draft the email. |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | 3. You hit send and send the email. Now the backend process begins.<br>4. The **email client** (web/ mobile/ desktop) connects to the **Outgoing SMTP server** based on the email account you used.<br>5. The email client handovers the email in **MIME format** to the Outgoing SMTP server.<br>6. The Outgoing SMTP validates the **sender's details** and processes the message for sending.<br>7. It also verifies the attachment size and verifies whether the email complies with the outgoing email policy set for the particular account.<br>8. Once the entire validation is completed, it places it in the **Outgoing queue.**<br>9. The **SMTP server** looks up the **DNS records** of the domain and retrieves the **MX records information of the recipient servers (A Records** in case **no MX record** is found).<br>10. Then the **SMTP Server** connects with the **Recipient email server MTA** and sends the email through the SMTP protocol.<br>11. The Recipient server now runs various checks - including **Spam** and **Virus** checks for the email and accepts the email based on its **Anti-spam** and **Anti-virus** policies.<br>12. Then the **Recipient server** validates the recipient account and delivers the email to the user's mail account, based on the incoming email policies set for the account.<br>13. The user views the received email using his email client.<br><br>Source: https://www.zoho.com/mail/help/how-email-works.html |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| transmitting the security package to the server; and | Zoho Mail transmits the security package to the server.<br><br>Source: https://www.zoho.com/mail/help/pgp.html |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **What is Pretty Good Privacy (PGP)?**<br>Pretty Good Privacy or PGP was a popular program used to encrypt and decrypt email over the internet, as well as authenticate messages with digital signatures and encrypted stored files. PGP now commonly refers to any encryption program or application that implements the OpenPGP public key cryptography standard.<br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy<br><br>OpenPGP combines symmetric-key encryption and public-key encryption to provide confidentiality. When made confidential, first the object is encrypted using a symmetric encryption algorithm. Each symmetric key is used only once, for a single object. A new "session key" is generated as a random number for each object (sometimes referred to as a session). Since it is used only once, the session key is bound to the message and transmitted with it. To protect the key, it is encrypted with the receiver's public key. The sequence is as follows:<br><br>1. The sender creates a message.<br><br>2. The sending OpenPGP generates a random number to be used as a session key for this message only.<br><br>3. The session key is encrypted using each recipient's public key. These "encrypted session keys" start the message. |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | 4. The sending OpenPGP encrypts the message using the session key, which forms the remainder of the message. Note that the message is also usually compressed.<br><br>5. The receiving OpenPGP decrypts the session key using the recipient's private key.<br><br>6. The receiving OpenPGP decrypts the message using the session key. If the message was compressed, it will be decompressed.<br><br>With symmetric-key encryption, an object may be encrypted with a symmetric key derived from a passphrase (or other shared secret), or a two-stage mechanism similar to the public-key method described above in which a session key is itself encrypted with a symmetric algorithm keyed from a shared secret.<br>Source: https://datatracker.ietf.org/doc/rfc4880/ |

# US Pat. No. 8,266,421 Claim 1

## How does PGP work?

Pretty Good Privacy uses a variation of the public key system. In this system, each user has an encryption key that is publicly known and a secret or private key that is known only to that user. Users encrypt a message they send to someone else using that person's public PGP key. When the recipient receives the message, they decrypt it using their private key.

Encrypting an entire message using public key encryption can consume excessive amounts of resources. As a result, PGP uses a symmetric key encryption algorithm to encrypt the message and then uses the public key to encrypt that symmetric encryption key. Both the encrypted message and the encrypted symmetric encryption key are sent to the recipient, who first uses their private key to decrypt the short key and then uses that key to decrypt the message.

Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy, last accessed December 22, 2024

## How does email work?

When you send an email to your friends or contacts, it is almost immediately delivered to the recipients within the blink of an eye. However there is a set of processes that happens in the background from when you send the email, and till the email is delivered to the recipient's Inbox. A brief outline of the process is explained below:

1. You log in to your email (webmail or mobile device or desktop client).
2. Open the composer and specify the subject, type in the email content, choose the recipients, and draft the email.

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | 3. You hit send and send the email. Now the backend process begins.<br><br>4. The **email client** (web/ mobile/ desktop) connects to the **Outgoing SMTP server** based on the email account you used.<br><br>5. The email client handovers the email in **MIME format** to the Outgoing SMTP server.<br><br>6. The Outgoing SMTP validates the **sender's details** and processes the message for sending.<br><br>7. It also verifies the attachment size and verifies whether the email complies with the outgoing email policy set for the particular account.<br><br>8. Once the entire validation is completed, it places it in the **Outgoing queue.**<br><br>9. The **SMTP server** looks up the **DNS records** of the domain and retrieves the **MX records information of the recipient servers (A Records** in case **no MX record** is found).<br><br>10. Then the **SMTP Server** connects with the **Recipient email server MTA** and sends the email through the SMTP protocol.<br><br>11. The Recipient server now runs various checks - including **Spam** and **Virus** checks for the email and accepts the email based on its **Anti-spam** and **Anti-virus** policies.<br><br>12. Then the **Recipient server** validates the recipient account and delivers the email to the user's mail account, based on the incoming email policies set for the account.<br><br>13. The user views the received email using his email client.<br><br>Source: https://www.zoho.com/mail/help/how-email-works.html |

# US Pat. No. 8,266,421 Claim 1

<table>
<tr>
<td>transmitting the electronic information over an electronic network with a private routing address that is routable within the private domain which is a subset of the electronic network.</td>
<td>Zoho Mail transmits the electronic information over an electronic network with a private routing address that is routable within the private domain which is a subset of the electronic network.<br><br><br><br><br>Source: https://help.zoho.com/portal/en/kb/crm/crm-mobile/crm-analytics-app/articles/analytics-app#Log_in_to_the_application</td>
</tr>
</table>

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **Split Delivery through Zoho Email Server**<br><br>Even in this case, Zoho will act as the primary server. The email routing, in this case, will happen a little differently, compared to the previous scenario. The email accounts which exist in Zoho will receive the email here itself. When emails are addressed to email addresses that are not in the Organization setup in Zoho, those emails will be routed to the other server. Refer email routing for configuration instructions.<br><br><br><br><br>Source: https://www.zoho.com/mail/help/adminconsole/configure-dual-delivery.html |

# US Pat. No. 8,266,421 Claim 1

| | |
|---|---|
| | **How does email work?**<br>When you send an email to your friends or contacts, it is almost immediately delivered to the recipients within the blink of an eye. However there is a set of processes that happens in the background from when you send the email, and till the email is delivered to the recipient's Inbox. A brief outline of the process is explained below:<br>1. You log in to your email (webmail or mobile device or desktop client).<br>2. Open the composer and specify the subject, type in the email content, choose the recipients, and draft the email. |

# US Pat. No. 8,266,421 Claim 1

3. You hit send and send the email. Now the backend process begins.

4. The **email client** (web/ mobile/ desktop) connects to the **Outgoing SMTP server** based on the email account you used.

5. The email client handovers the email in **MIME format** to the Outgoing SMTP server.

6. The Outgoing SMTP validates the **sender's details** and processes the message for sending.

7. It also verifies the attachment size and verifies whether the email complies with the outgoing email policy set for the particular account.

8. Once the entire validation is completed, it places it in the **Outgoing queue.**

9. The **SMTP server** looks up the **DNS records** of the domain and retrieves the **MX records information of the recipient servers (A Records** in case **no MX record** is found).

10. Then the **SMTP Server** connects with the **Recipient email server MTA** and sends the email through the SMTP protocol.

11. The Recipient server now runs various checks - including **Spam** and **Virus** checks for the email and accepts the email based on its **Anti-spam** and **Anti-virus** policies.

12. Then the **Recipient server** validates the recipient account and delivers the email to the user's mail account, based on the incoming email policies set for the account.

13. The user views the received email using his email client.

Source: https://www.zoho.com/mail/help/how-email-works.html

# US Pat. No. 8,266,421 Claim 1