# EXHIBIT B

# US Pat. No. 8,819,410 Claim 1

| Claim Element | References/Evidence from the Product |
|---|---|
| A method comprising: registering a sender to enable the sender to access services of a private domain in order to allow the sender to use the private domain for electronic information transmissions between members of the private domain; | Zoho Corporation Pvt. Ltd.'s Zoho Mail product performs and induces others to perform a method comprising: registering a sender to enable the sender to access services of a private domain in order to allow the sender to use the private domain for electronic information transmissions between members of the private domain.<br><br>**Domain Verification in Zoho Mail**<br><br>Zoho Mail is a business email platform where you can generate domain-based custom email addresses, like yourname@yourdomain.com. And when you add your domain to create your custom email address, you need to verify that you own the domain before proceeding further. Zoho Mail can verify the ownership of your domain in different ways—One-click Verification, TXT, CNAME, or HTML. And to verify your domain using one of these methods, you will need access and permission to modify your Domain's DNS page.<br><br>In case you do not have the required privileges to edit the DNS, you need to get the assistance of someone who has access to those details. This is essential to complete the email hosting setup of your domain with Zoho Mail.<br><br>Source: https://www.zoho.com/mail/help/adminconsole/domain-verification.html#alink2<br><br>**Allow:** When you specify a domain as allowed domain for outgoing, the users and groups for whom the policy is applied will be able to send emails only to those domains. When they send emails to other domains, the outgoing server will reject them and bounce the email back to the sender.<br>**Block:** When you specify a domain as a blocked domain, emails can be sent to all the domains, other than the ones specified in the blocked domain.<br>**Org Domains only:** You can also allow email sending or receiving within the organization domains alone. When this restriction is applied, emails cannot be sent outside the organization domains or received from external accounts.<br><br>Source: https://www.zoho.com/mail/help/adminconsole/email-policy.html |

# US Pat. No. 8,819,410 Claim 1

<table>
<tr>
<td>receiving, at a server associated with the private domain, data from the sender indicating that the sender is initiating the transmission of electronic information in the private domain to a recipient;</td>
<td>Zoho Mail receives, at a server associated with the private domain, data from the sender indicating that the sender is initiating the transmission of electronic information in the private domain to a recipient.<br><br><br>Source:https://help.zoho.com/portal/en/kb/crm/crm-mobile/crm-analytics-app/articles/analytics-app#Log_in_to_the_application</td>
</tr>
</table>

# US Pat. No. 8,819,410 Claim 1

## Email Composer/ Editor

Click the **New Mail** button in the left pane, to open the Zoho Mail composer, with Rich Text Formatting options. The composer opens in a tab, where you can draft your email. You can choose the inline editor or the new window option to reply to/forward emails from the Settings. The default settings for the Composer can be customized from the Compose Settings.

The composer includes the following:

- **From:** The From address can be selected from the drop-down which contains the main email address of your account, your email aliases, and the external email addresses configured. The corresponding Display name will also be displayed next to the selected email address. You can also configure an external email address as a From Address.
- **To:** Specify the direct recipients of the email here. The organization's email addresses will be available from AutoFill. Click the To field, to open the address book and choose an email address from the address book. You can copy bulk recipient addresses from the 'To' field if necessary all at once. To do so, hold down the Shift key while selecting the email addresses, then simply copy and paste them as required.




Source: https://www.zoho.com/mail/help/sending-mails.html

3

# US Pat. No. 8,819,410 Claim 1

<table>
<tr><td>determining, at the server associated with the private domain, whether the recipient is a member of the private domain by examining a record of members of the private domain;</td><td>Zoho Mail determines, at the server associated with the private domain, whether the recipient is a member of the private domain by examining a record of members of the private domain;<br><br>Allow: When you specify a domain as allowed domain for outgoing, the users and groups for whom the policy is applied will be able to send emails only to those domains. When they send emails to other domains, the outgoing server will reject them and bounce the email back to the sender.<br>Block: When you specify a domain as a blocked domain, emails can be sent to all the domains, other than the ones specified in the blocked domain.<br>Org Domains only: You can also allow email sending or receiving within the organization domains alone. When this restriction is applied, emails cannot be sent outside the organization domains or received from external accounts.<br><br>Source: https://www.zoho.com/mail/help/adminconsole/email-policy.html</td></tr>
<tr><td>providing to the sender, from the server associated with the private domain, a public cryptographic key associated with the recipient when the recipient is determined to be a member of the private domain;</td><td>Zoho Mail provides to the sender, from the server associated with the private domain, a public cryptographic key associated with the recipient when the recipient is determined to be a member of the private domain;<br><br>PGP Encryption in Zoho Mail<br><br>Pretty Good Privacy (PGP) encryption helps users to send encrypted emails to their recipients ensuring privacy and security of their email content. PGP uses a pair of keys (Public and Private) to encrypt and decrypt emails. In addition to encryption, email can be digitally signed by hashing ensuring the legitimacy of the sender.<br><br>The integration of PGP with Zoho Mail will help the users generate and store Public and Private keys right from within their mailbox. They can use the keys (generated within Zoho Mail or any other platform) to encrypt and digitally sign the emails they send.</td></tr>
</table>

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| | **How does PGP work?**<br><br>PGP works based on numerical encryption using public and private keys. For example, when User A wants to send an encrypted email to User B, the later generates a pair of public and private keys. The private key is kept secret and the public key should be shared with User A.<br><br>User A encrypts the email using the public key of User B and digitally signs the email using the former's private key and sends the email. To decrypt the email, User B needs to use the passphrase for the private key associated with the public key used to encrypt the email.<br><br>Turn ON the **Enable PGP Encryption** toggle switch. Once enabled the organization users can configure PGP integration from settings, generate and import keys, send and receive PGP encrypted emails from Zoho Mail<br><br><br><br><br>Source: https://www.zoho.com/mail/help/pgp.html |

5

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| receiving, at the server associated with the private domain, electronic information to be delivered to a recipient from the sender, the electronic information comprises at least a portion of the electronic information encrypted by a symmetric cryptographic key that is unique for the transmission of the electronic information, | Zoho Mail receives, at the server associated with the private domain, electronic information to be delivered to a recipient from the sender, the electronic information comprises at least a portion of the electronic information encrypted by a symmetric cryptographic key that is unique for the transmission of the electronic information.<br><br>**Sending encrypted and digitally signed email**<br><br>Once you import/ generate key pairs for your account and have the public keys of the recipients you can send and receive PGP encrypted and digitally signed emails using the **New Secure Mail** option.<br><br>To send a PGP encrypted and digitally signed email:<br><br>1. Log in to Zoho Mail.<br><br>2. Click on the **New Mail** drop-down on the left pane and choose **New Secure Mail.**<br><br><br> |

# US Pat. No. 8,819,410 Claim 1

3. Provide the email address of the PGP user in the **To** field.

4. Compose the email and click **Encrypt, Sign & Send** on top of the compose window.



# US Pat. No. 8,819,410 Claim 1

5. Provide the passphrase to digitally sign the email using the private key associated with your email address.




6. Click **Ok.**

The email will be encrypted using the recipient's public key, digitally signed using your private key, and sent.

# US Pat. No. 8,819,410 Claim 1

## Attach public key

You can also choose to attach your public key to the encrypted email you send. This will help the recipients to import and save your public key to their email client enabling them to send you encrypted emails.

To attach your public key to the encrypted emails you send:

1. Navigate to **Settings > Integrations > PGP**.
2. Select the **Attach your Public Key for all emails** check-box.




The public key from the default key pair will be attached to all the encrypted emails you send.

Source: https://www.zoho.com/mail/help/send-and-receive-pgp-encrypted-email.html#send

# US Pat. No. 8,819,410 Claim 1

2.1. Confidentiality via Encryption

OpenPGP combines symmetric-key encryption and public-key encryption to provide confidentiality. When made confidential, first the object is encrypted using a symmetric encryption algorithm. Each symmetric key is used only once, for a single object. A new "session key" is generated as a random number for each object (sometimes referred to as a session). Since it is used only once, the session key is bound to the message and transmitted with it. To protect the key, it is encrypted with the receiver's public key. The sequence is as follows:

1. The sender creates a message.

2. The sending OpenPGP generates a random number to be used as a session key for this message only.

3. The session key is encrypted using each recipient's public key. These "encrypted session keys" start the message.

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| | 4. The sending OpenPGP encrypts the message using the session key, which forms the remainder of the message. Note that the message is also usually compressed.<br><br>5. The receiving OpenPGP decrypts the session key using the recipient's private key.<br><br>6. The receiving OpenPGP decrypts the message using the session key. If the message was compressed, it will be decompressed.<br><br>With symmetric-key encryption, an object may be encrypted with a symmetric key derived from a passphrase (or other shared secret), or a two-stage mechanism similar to the public-key method described above in which a session key is itself encrypted with a symmetric algorithm keyed from a shared secret.<br><br>Source: https://datatracker.ietf.org/doc/rfc4880/ |

# US Pat. No. 8,819,410 Claim 1

<table>
<tr>
<td>and wherein the electronic information further comprises a security package that contains an encrypted version of the symmetric cryptographic key,</td>
<td>Zoho Mail's electronic information further comprises a security package that contains an encrypted version of the symmetric cryptographic key<br><br>How does PGP work?<br><br>Pretty Good Privacy uses a variation of the public key system. In this system, each user has an encryption key that is publicly known and a secret or private key that is known only to that user. Users encrypt a message they send to someone else using that person's public PGP key. When the recipient receives the message, they decrypt it using their private key.<br><br>Encrypting an entire message using public key encryption can consume excessive amounts of resources. As a result, PGP uses a symmetric key encryption algorithm to encrypt the message and then uses the public key to encrypt that symmetric encryption key. Both the encrypted message and the encrypted symmetric encryption key are sent to the recipient, who first uses their private key to decrypt the short key and then uses that key to decrypt the message.<br><br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy<br><br>What is Pretty Good Privacy (PGP)?<br><br>Pretty Good Privacy or PGP was a popular program used to encrypt and decrypt email over the internet, as well as authenticate messages with digital signatures and encrypted stored files. PGP now commonly refers to any encryption program or application that implements the OpenPGP public key cryptography standard.<br><br>Source: https://www.techtarget.com/searchsecurity/definition/Pretty-Good-Privacy</td>
</tr>
</table>

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| the encrypted version of the symmetric cryptographic key encrypted by the sender using the public cryptographic key of the recipient to enable the recipient to decrypt the symmetric cryptographic key and then decrypt the at least a portion of the encrypted electronic information; and | Zoho Mail's encrypted version of the symmetrical cryptographic key is encrypted by the sender using the public cryptographic key of the recipient to enable the recipient to decrypt the symmetric cryptographic key and then decrypt the at least a portion of the encrypted electronic information.  |

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| | Source: https://www.zoho.com/mail/help/pgp.html<br><br>OpenPGP combines symmetric-key encryption and public-key encryption to provide confidentiality. When made confidential, first the object is encrypted using a symmetric encryption algorithm. Each symmetric key is used only once, for a single object. A new "session key" is generated as a random number for each object (sometimes referred to as a session). Since it is used only once, the session key is bound to the message and transmitted with it. To protect the key, it is encrypted with the receiver's public key. The sequence is as follows:<br><br>1. The sender creates a message.<br><br>2. The sending OpenPGP generates a random number to be used as a session key for this message only.<br><br>3. The session key is encrypted using each recipient's public key. These "encrypted session keys" start the message. |

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| | 4. The sending OpenPGP encrypts the message using the session key, which forms the remainder of the message. Note that the message is also usually compressed.<br><br>5. The receiving OpenPGP decrypts the session key using the recipient's private key.<br><br>6. The receiving OpenPGP decrypts the message using the session key. If the message was compressed, it will be decompressed.<br><br>With symmetric-key encryption, an object may be encrypted with a symmetric key derived from a passphrase (or other shared secret), or a two-stage mechanism similar to the public-key method described above in which a session key is itself encrypted with a symmetric algorithm keyed from a shared secret.<br><br>Source: https://datatracker.ietf.org/doc/rfc4880/ |

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| transmitting the electronic information, with the security package, over an electronic network to the recipient. | Zoho Mail transmits the electronic information, with the security package, over an electronic network to the recipient.<br><br>**Split Delivery through Zoho Email Server**<br><br>Even in this case, Zoho will act as the primary server. The email routing, in this case, will happen a little differently, compared to the previous scenario. The email accounts which exist in Zoho will receive the email here itself. When emails are addressed to email addresses that are not in the Organization setup in Zoho, those emails will be routed to the other server. Refer email routing for configuration instructions.<br><br><br><br><br>Source: https://www.zoho.com/mail/help/adminconsole/configure-dual-delivery.html |

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| | **How does email work?**<br><br>When you send an email to your friends or contacts, it is almost immediately delivered to the recipients within the blink of an eye. However there is a set of processes that happens in the background from when you send the email, and till the email is delivered to the recipient's Inbox. A brief outline of the process is explained below:<br><br>1. You log in to your email (webmail or mobile device or desktop client).<br>2. Open the composer and specify the subject, type in the email content, choose the recipients, and draft the email.<br>3. You hit send and send the email. Now the backend process begins.<br>4. The **email client** (web/ mobile/ desktop) connects to the **Outgoing SMTP server** based on the email account you used.<br>5. The email client handovers the email in **MIME format** to the Outgoing SMTP server.<br>6. The Outgoing SMTP validates the **sender's details** and processes the message for sending.<br>7. It also verifies the attachment size and verifies whether the email complies with the outgoing email policy set for the particular account. |

# US Pat. No. 8,819,410 Claim 1

| | |
|---|---|
| | 8. Once the entire validation is completed, it places it in the **Outgoing queue**.<br><br>9. The **SMTP server** looks up the **DNS records** of the domain and retrieves the **MX records information of the recipient servers (A Records** in case **no MX record** is found).<br><br>10. Then the **SMTP Server** connects with the **Recipient email server MTA** and sends the email through the SMTP protocol.<br><br>11. The Recipient server now runs various checks - including **Spam** and **Virus** checks for the email and accepts the email based on its **Anti-spam** and **Anti-virus** policies.<br><br>12. Then the **Recipient server** validates the recipient account and delivers the email to the user's mail account, based on the incoming email policies set for the account.<br><br>13. The user views the received email using his email client.<br><br>Source: https://www.zoho.com/mail/help/how-email-works.html |