# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION PRIVATE LIMITED,<br><br>    Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF A DISCOVERY ORDER

Plaintiff Knossos Global Systems LLC ("Knossos" or "Plaintiff") and Defendant Zoho Corporation Private Limited ("Zoho" or "Defendant") (collectively, the "Parties") hereby jointly move for entry of the attached Discovery Order, pursuant to this Court's Order Scheduling Case Management dated August 15, 2025 (Dkt. No. 15).

Dated: October 14, 2025

Respectfully submitted,

By: */s/ C. Matthew Rozier*

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, Colorado 80204
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (737) 295-0876
Email: hardt@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for Plaintiff KNOSSOS GLOBAL SYSTEMS LLC*

\* Admitted to the Eastern District of Texas

| | |
|---|---|
| Dated: October 14, 2025 | Respectfully submitted, |
| | */s/ Phillip J. Haack* # |
| | Ryan J. Marton (CA 223979, *admitted E.D. Tex.*) |
| | ryan@martonribera.com |
| | Carolyn Chang (CA 217933, *admitted E.D. Tex.*) |
| | carolyn@martonribera.com |
| | Hector Ribera (CA 221511, *admitted E.D. Tex.*) |
| | hector@martonribera.com |
| | Phillip J. Haack (CA 262060, *admitted E.D. Tex.*) |
| | phaack@martonribera.com |
| | MARTON RIBERA SCHUMANN & CHANG LLP |
| | 548 Market Street, Suite 36117 |
| | San Francisco, CA 94104 |
| | 415-360-2514 |
| | # *e-signed with express written consent* |
| | |
| | ***Attorneys for Defendant Zoho Corporation Private Limited*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: October 14, 2025

By: */s/C. Matthew Rozier*
C. Matthew Rozier

## CERTIFICATE OF CONFERENCE [L.R. CV-7(a)]

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the Motion is filed on behalf of the Parties. Counsel for the parties conferred by email on October 6, 8, and 14, 2025 regarding this Motion and the Parties are in agreement as to its substance, as indicated the signatures of counsel for all Parties.

Dated: October 14, 2025

By: */s/C. Matthew Rozier*
C. Matthew Rozier