**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION PRIVATE LIMITED, <br><br> Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING**
**STATEMENT PURSUANT TO LOCAL P.R. 4-3**

Pursuant to Local Patent Rule 4-3 and the Court's Docket Control Orders, Plaintiff Knossos Global Systems, LLC ("Knossos") and Defendant Zoho Corporation Private Limited ("Zoho") jointly submit this Joint Claim Construction and Prehearing Statement ("JCCS").  The claim terms proposed for construction below are found within U.S. Patent Nos. 8,819,410 (the "'410 patent") and 8,266,421 (the "'421") (the "Asserted Patents").  Knossos asserts the following claims:

| Asserted Patent | Asserted Claims (independent claims are bold and underlined) |
|---|---|
| 8,819,410 | **1**, 2, 3, 4, 5, 6, 8, 9, 10, 11, 14, 16, 18, 19, **20** |
| 8,266,421 | **1**, 2, 3, 4, 5, 7, **8**, 10, 11, 12, 13, 14, 15, 18, **24**, **26**, **27**, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, 43, 44, 45, **48**, **50**, **51**, 52, 53, 54, 55, 57, 63, 64, 65, 66, 67, **70**, **72** |

Pursuant to P.R. 4-3, the parties provide the following:

## I.    P.R. 4-3(A)(1) – AGREED CLAIM CONSTRUCTIONS

The parties have not agreed to any proposed constructions for claim terms in the Asserted Patent:

**II.      P.R. 4-3(A)(2) – DISPUTED CLAIM CONSTRUCTIONS**

The parties' proposed claim constructions for the disputed terms, as well as their intrinsic and extrinsic evidence, can be found in Exhibit A. The parties reserve the right to rely upon the evidence supplied by the opposing side. In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

**III.     P.R. 4-3(A)(3) – LENGTH OF CLAIM CONSTRUCTION HEARING**

The parties propose that the Court allow a total of two hours ( one hour per side) for the hearing.

**IV.     P.R. 4-3(A)(4) – LIVE WITNESS TESTIMONY AT CLAIM CONSTRUCTION HEARING**

Knossos intends to call Dr. Steven H. Goldberg as a witness.

Zoho intends to call Dr. Jon Weissman as a witness.

**V.      P.R. 4-3(A)(5) – OTHER ISSUES**

At this time, the parties are unaware of any additional issues that might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

Dated: May 14, 2026

Respectfully submitted,

/s/ /s/ C. Matthew Rozier
C. Matthew Rozier (CO 46854) *
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305, (202) 316-1591
Email: matt@rhmtrial.com

Jonathan Hardt (TX 24039906) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A Austin, Texas
78701
Telephone: (210) 289-7541 Email:
hardt@rhmtrial.com

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866 Email:
jim@rhmtrial.com

*Attorneys for Plaintiff Knossos Global Systems, LLC*

/s/ Phillip Haack
Ryan Marton (CA 223979, *admitted E.D. Tex.*)
Hector Ribera (CA 221511, *admitted E.D. Tex.*)
Phillip Haack (CA 262060, *admitted E.D. Tex.*)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:      (415) 360-2515
Email:  ryan@martonribera.com
            hector@martonribera.com
            phaack@martonribera.com

*Attorneys for Defendant Zoho Corporation Private Limited*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY on this 14th day of May 2026, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/    C. Matthew Rozier
C. Matthew Rozier