**EXHIBIT A**
**P.R. 4-3 JOINT CLAIM CONSTRUCTION STATEMENT**
**PROPOSED CONSTRUCTIONS AND SUPPORT**

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|---|
| 1. | "private domain" | All asserted claims | No construction necessary.<br><br>**Intrinsic Evidence:**<br><br>'410 Patent:<br><br>Abstract; 1:13–16; 2:44–47; 3:5–23; 4:30–44; 5:22–8:24; 8:65–15:29; Figures 1, 3, 4A, 4B, 5, 6, 7; *see also* mirror citations to '421 Patent specification.<br><br>Prosecution History of U.S. Patent No. 8,266,421 ('421 Patent):<br><br>Office Action mailed September 15, 2009 (KNOS-ZOHO000168–KNOS-ZOHO000227).<br><br>Amendment and Response dated February 16, 2010 (KNOS-ZOHO000240–KNOS-ZOHO000275).<br><br>Office Action mailed May 21, 2010 (KNOS-ZOHO000282-KNOS-ZOHO000353).<br><br>Amendment and Response dated November 22, 2010 (KNOS-ZOHO000366–KNOS-ZOHO000407).<br><br>Final Office Action mailed February 15, 2011 (KNOS-ZOHO000410–KNOS-ZOHO000485).<br><br>Amendment and Response to Office Action dated February 17, 2012 (KNOS-ZOHO000700-KNOS-ZOHO000746, with related submission materials following). | "a domain that is not routable via a public network"<br><br>**Intrinsic Evidence:**<br><br>'410 Patent at Abstract; 1:44–50; 3:10–23; 4:30–44, 4:65–5:5; 5:10–21; 6:49–7:5; 7:15–26; 7:53–61; 9:62–10:3; 10:8–32; 14:35–44 15:8–18; Figures 2, 3 4A, 4B; mirror citations to '421 Patent.<br><br>'421 File History: September 15, 2009 Office Action; February 16, 2010 Office Action Response and Amendment; May 21, 2010 Office Action; November 22, 2010 Office Action Response and Amendment; February 15, 2011 Final Rejection; February 17, 2012 Office Action Response and Amendment; August 7, 2012 Examiner's Amendment materials and Notice of Allowability.<br><br>'410 File History: December 3, 2012; May 3, 2013 Office Action Response and Amendement; June 24, 2013 Final Rejection; October 14, 2013 RCE and Amendment; December 9, 2013 Office Action; February 24, 2014 Office Action Response and Amendment, Terminal Disclaimer.<br><br>**Extrinsic Evidence:**<br><br>P. Mockapetris, *Domain Names - Concepts and Facilities*, RFC 1034 (November 1987), https://www.rfc-editor.org/rfc/rfc1034 |

---

[1] Plaintiff reserves the right to rely on, rebut, or otherwise respond to any extrinsic evidence cited by Defendant.

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|---|
| | | | Office Action mailed August 25, 2011 (KNOS-ZOHO000608–KNOS-ZOHO000700).<br><br>Notice of Allowability / Examiner's Amendment materials, Part of Paper No./Mail Date 20120504, and related issue-fee/IDS materials filed August 7, 2012 (KNOS-ZOHO000821-KNOS-ZOHO000873).<br><br>Prosecution History of U.S. Patent No. 8,819,410 ('410 Patent):<br><br>Office Action mailed December 3, 2012 (KNOS-ZOHO000939–KNOS-ZOHO000960).<br><br>Amendment dated May 3, 2013 (KNOS-ZOHO000994-KNOS-ZOHO001008, with EFS/fee/extension materials at KNOS-ZOHO001008–KNOS-ZOHO001014).<br><br>Final Office Action mailed June 24, 2013 (KNOS-ZOHO001016–KNOS-ZOHO001051).<br><br>RCE and Amendment filed October 14, 2013 (KNOS-ZOHO001051-KNOS-ZOHO001073); if later prosecution events are intended, separately cite the later Office Action mailed December 9, 2013 and the later February 24, 2014 response. | P. Mockapetris, *Domain Names - Implementation and Specification*, RFC 1035 (November 1987), https://www.rfc-editor.org/rfc/rfc1035<br><br>R. Braden ed., *Requirements for Internet Hosts -- Application and Support*, RFC 1123 (October 1989), https://www.rfc-editor.org/rfc/rfc1123<br><br>Y. Rekhter et al., *Address Allocation for Private Internets*, RFC 1918 (February 1996), https://www.rfc-editor.org/rfc/rfc1918<br><br>K. Hubbard, *Internet Registry IP Allocation Guidelines*, RFC 2050 (November 1996)  https://www.rfc-editor.org/rfc/rfc2050<br><br>R. Elz et al., *Clarifications to the DNS Specification*, RFC 2181 (July 1997), https://www.rfc-editor.org/rfc/rfc2181.html<br><br>P. Vixie, *Extension Mechanisms for DNS (EDNS0)*, RFC 2671 (August 1999), https://www.rfc-editor.org/rfc/rfc2671<br><br>Domain Name System, Wikipedia, https://web.archive.org/web/20040411051510/http://en.wikipedia.org/wiki/Domain_name_system (Apr. 11, 2004).<br><br>Paul Albitz & Cricket Liu, DNS and BIND (4th ed. 2001).<br><br>Microsoft Computer Dictionary (5th ed., Microsoft Press 2002) ("**domain** *n*. … 3. In the Internet and other networks, the highest subdivision of a domain name in a network address, which identifies the type of entity owning the address (for example, .com for commercial users or .edu for educational institutions) |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|---|
| | | | | or the geographical location of the address (for example, .fr for France or .sg for Singapore). The domain is the last part of the address (for example, www.acm.org). *See also* domain name."). <br><br> Microsoft Computer Dictionary (5th ed., Microsoft Press 2002) ("**domain name** *n*. An address of a network connection that identifies the owner of that address in a hierarchical format: *server.organization.type*. For example, www.whitehouse.gov identifies the Web server at the White House, which is part of the U.S. government."). <br><br> Microsoft Computer Dictionary (5th ed., Microsoft Press 2002) ("**domain name address** *n*. The address of a device connected to the Internet or any other TCP/IP network, in the hierarchical system that uses words to identify servers, organizations, and types, such as www.logos.net. *See also* TCP/IP."). <br><br> Microsoft Computer Dictionary (5th ed., Microsoft Press 2002) ("**DNS server** *n*. Short for Domain Name System server, a computer that can answer Domain Name System (DNS) queries. The DNS server keeps a database of host computers and their corresponding IP addresses. Presented with the name apex.com, for example, the DNS server would return the IP address of the hypothetical company Apex. *Also called*: name server. *See also* DNS (definition 2), IP address."). <br><br> Microsoft Computer Dictionary (5th ed., Microsoft Press 2002) ("**DNS** *n*. 1. Acronym for **D**omain **N**ame **S**ystem. The hierarchical system by which hosts on the Internet have both domain name addresses (such as bluestem.prairienet.org) and IP addresses (such as 192.17.3.4). The domain name address is used by |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|---|
| | | | | human users and is automatically translated into the numerical IP address, which is used by the packet-routing software. DNS names consist of a top-level domain (such as .com, .org, and .net), a second-level domain (the site name of a business, an organization, or an individual), and possibly one or more subdomains (servers within a second-level domain). *See also* domain name address, IP address. 2. Acronym for **D**omain **N**ame **S**ervice. The Internet utility that implements the Domain Name System. DNS servers, also called name servers, maintain databases containing the addresses and are accessed transparently to the user. *See also* Domain Name System (definition 1), DNS server."). <br><br>Declaration of Dr. Jon Weissman regarding the technology background of the patents-in-suit, including the operation of the Internet, the domain name system, and encryption technologies, as well as how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic and extrinsic evidence, would have understood the meaning and scope of this term. <br><br>Zoho may rely on, rebut, or otherwise respond to any evidence cited by Plaintiff. |
| 2. | "private routing address" <br><br> (as used in claims 5 and 6 of the '410 Patent) | '410 Patent: 5 and 6 | No construction necessary. Not indefinite. <br><br>**Intrinsic Evidence:** <br><br>'410 Patent: <br><br>Abstract; 1:13–16; 1:19–2:37; 2:41-49; 3:8–23; 4:30–44; 4:65–15:29; Figures 1, 3, 4A, 4B, 5, 6, 7; *see also* mirror citations to '421 Patent specification. | Indefinite <br><br>Claims 5 and 6 of the '410 Patent. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|-----|-----------|----------|--------------------------------------------------|----------------------------------------------|
| | | | Prosecution History of U.S. Patent No. 8,266,421 ('421 Patent): <br><br> Office Action mailed September 15, 2009 (KNOS-ZOHO000168–KNOS-ZOHO000227). <br><br> Amendment and Response dated February 16, 2010 (KNOS-ZOHO000240–KNOS-ZOHO000275). <br><br> Office Action mailed May 21, 2010 (KNOS-ZOHO000282-KNOS-ZOHO000353). <br><br> Amendment and Response dated November 22, 2010 (KNOS-ZOHO000366–KNOS-ZOHO000407). <br><br> Final Office Action mailed February 15, 2011 (KNOS-ZOHO000410–KNOS-ZOHO000485). <br><br> Amendment and Response to Office Action dated February 17, 2012 (KNOS-ZOHO000700-KNOS-ZOHO000746, with related submission materials following). <br><br> Office Action mailed August 25, 2011 (KNOS-ZOHO000608–KNOS-ZOHO000700). <br><br> Notice of Allowability / Examiner's Amendment materials, Part of Paper No./Mail Date 20120504, and related issue-fee/IDS materials filed August 7, 2012 (KNOS-ZOHO000821-KNOS-ZOHO000873). <br><br> Prosecution History of U.S. Patent No. 8,819,410 ('410 Patent): <br><br> Office Action mailed December 3, 2012 (KNOS-ZOHO000939–KNOS-ZOHO000960). | |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|---|
| | | | Amendment dated May 3, 2013 (KNOS-ZOHO000994-KNOS-ZOHO001008, with EFS/fee/extension materials at KNOS-ZOHO001008–KNOS-ZOHO001014).<br><br>Final Office Action mailed June 24, 2013 (KNOS-ZOHO001016–KNOS-ZOHO001051).<br><br>RCE and Amendment filed October 14, 2013 (KNOS-ZOHO001051–KNOS-ZOHO001073); if later prosecution events are intended, separately cite the later Office Action mailed December 9, 2013 and the later February 24, 2014 response. | |
| 3. | "the recipient address"<br><br>(as used in claims 9 and 10 of the '410 Patent and claims 11, 12, and 13 of the '421 Patent) | '410 Patent: 9 and 10<br><br>'421 Patent: 11, 12, and 13 | No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence:**<br><br>'410 Patent:<br><br>Abstract; 1:13–16; 1:19–2:37; 2:41-49; 3:8–23; 4:30–44; 4:65–15:29; Figures 1, 3, 4A, 4B, 5, 6, 7; *see also* mirror citations to '421 Patent specification.<br><br>Prosecution History of U.S. Patent No. 8,266,421 ('421 Patent):<br><br>Office Action mailed September 15, 2009 (KNOS-ZOHO000168–KNOS-ZOHO000227).<br><br>Amendment and Response dated February 16, 2010 (KNOS-ZOHO000240–KNOS-ZOHO000275).<br><br>Office Action mailed May 21, 2010 (KNOS-ZOHO000282-KNOS-ZOHO000353). | Indefinite<br><br>Claims 9 and 10 of the '410 Patent; claims 11, 12, and 13 of the '421 Patent |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|-----|-----------|----------|--------------------------------------------------|------------------------------------------------|
| | | | Amendment and Response dated November 22, 2010 (KNOS-ZOHO000366–KNOS-ZOHO000407). | |
| | | | Final Office Action mailed February 15, 2011 (KNOS-ZOHO000410–KNOS-ZOHO000485). | |
| | | | Amendment and Response to Office Action dated February 17, 2012 (KNOS-ZOHO000700-KNOS-ZOHO000746, with related submission materials following). | |
| | | | Office Action mailed August 25, 2011 (KNOS-ZOHO000608–KNOS-ZOHO000700). | |
| | | | Notice of Allowability / Examiner's Amendment materials, Part of Paper No./Mail Date 20120504, and related issue-fee/IDS materials filed August 7, 2012 (KNOS-ZOHO000821-KNOS-ZOHO000873). | |
| | | | Prosecution History of U.S. Patent No. 8,819,410 ('410 Patent): | |
| | | | Office Action mailed December 3, 2012 (KNOS-ZOHO000939–KNOS-ZOHO000960). | |
| | | | Amendment dated May 3, 2013 (KNOS-ZOHO000994-KNOS-ZOHO001008, with EFS/fee/extension materials at KNOS-ZOHO001008–KNOS-ZOHO001014). | |
| | | | Final Office Action mailed June 24, 2013 (KNOS-ZOHO001016–KNOS-ZOHO001051). | |
| | | | RCE and Amendment filed October 14, 2013 (KNOS-ZOHO001051–KNOS-ZOHO001073); if later prosecution events are intended, separately cite | |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|---|
| | | | the later Office Action mailed December 9, 2013 and the later February 24, 2014 response. | |
| 4. | Claims 24, 26, 70 and 72 of the '421 Patent. | '421 Patent: 24, 26, 70 and 72. | No construction necessary. Not indefinite.<br><br>**Intrinsic Evidence:**<br><br>'421 Patent:<br><br>Abstract; 2:65–3:23; 3:54–4:19; 5:13–6:32; 6:57–7:3; 8:15–16:23; Figures 1, 2, 3, 4A, 4B, 5, 6, 7, 8.<br><br>Prosecution History of U.S. Patent No. 8,266,421 ('421 Patent):<br><br>Office Action mailed September 15, 2009 (KNOS-ZOHO000168–KNOS-ZOHO000227).<br><br>Amendment and Response dated February 16, 2010 (KNOS-ZOHO000240–KNOS-ZOHO000275).<br><br>Office Action mailed May 21, 2010 (KNOS-ZOHO000282-KNOS-ZOHO000353).<br><br>Amendment and Response dated November 22, 2010 (KNOS-ZOHO000366–KNOS-ZOHO000407).<br><br>Final Office Action mailed February 15, 2011 (KNOS-ZOHO000410–KNOS-ZOHO000485).<br><br>Amendment and Response to Office Action dated February 17, 2012 (KNOS-ZOHO000700-KNOS-ZOHO000746, with related submission materials following).<br><br>Office Action mailed August 25, 2011 (KNOS-ZOHO000608–KNOS-ZOHO000700). | Indefinite as improperly directed to an apparatus and use of that apparatus. *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377 (Fed. Cir. 2005)<br><br>Claims 24, 26, 70 and 72 of the '421 Patent. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|-----|-----------|----------|-------------------------------------------------|------------------------------------------------|
|     |           |          | Notice of Allowability / Examiner's Amendment materials, Part of Paper No./Mail Date 20120504, and related issue-fee/IDS materials filed August 7, 2012 (KNOS-ZOHO000821–KNOS-ZOHO000873). |                                                |