# Exhibit B

Microsoft



OVER 10,000 ENTRIES

Microsoft

# Computer Dictionary
## Fifth Edition

- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
        p.  cm.
    ISBN 0-7356-1495-4
    1.  Computers--Dictionaries.    2.  Microcomputers--Dictionaries.


  AQ76.5. M52267    2002
  004'.03--dc21                                          200219714

Printed and bound in the United States of America.

2  3  4  5  6  7  8  9     QWT     7  6  5  4  3  2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:**  Alex Blanton
**Project Editor:**  Sandra Haynes


Body Part No. X08-41929

**D**

**DLT** *n. See* digital linear tape.

**DMA** *n. See* direct memory access, document management system.

**DMD** *n. See* Digital Micromirror Device.

**DMI** *n.* Acronym for **D**esktop **M**anagement **I**nterface. A system for managing the configurations and status of PCs on a network from a central computer. In DMI an agent program runs in the background on each machine and returns information or performs some action (as specified by a file on that machine) in response to a query received from the central computer. The actions to be performed by the agent might include watching for errors and reporting them to the central computer as they occur; for example, a printer might be set up to report to the central computer when paper runs out or jams. DMI was developed by the DMTF (Desktop Management Task Force), a consortium of computer equipment manufacturers, and competes with SNMP (although the two can coexist on the same system). *See also* agent (definition 1), DMTF. *Compare* SNMP.

**DML** *n. See* data manipulation language, declarative markup language.

**DMOZ** *n. See* Open Directory Project.

**DMQL** *n.* Acronym for **D**ata **M**ining **Q**uery **L**anguage. Any query language developed and used for data mining relational databases. DMQLs provide a syntax for specifying the kind of knowledge to be mined, pattern presentation and visualization, conceptual hierarchies, and task relevant data. *See also* data mining. *Compare* structured query language (SQL).

**DMS** *n. See* document management system.

**DMT** *n. See* discrete multitone.

**DMTF** *n.* Acronym for **D**esktop **M**anagement **T**ask **F**orce. A consortium formed in 1992 to develop standards for PC-based stand-alone and networked systems based on user and industry needs.

**DNA** *n. See* digital DNA, Digital Network Architecture, distributed network, Windows DNA.

**DNS** *n.* **1.** Acronym for **D**omain **N**ame **S**ystem. The hierarchical system by which hosts on the Internet have both domain name addresses (such as bluestem.prairienet.org) and IP addresses (such as 192.17.3.4). The domain name address is used by human users and is automatically translated into the numerical IP address, which is used by the packet-routing software. DNS names consist of a top-level domain (such as .com, .org, and .net), a second-level domain (the site name of a business, an organization, or an individual), and possibly one or more subdomains (servers within a second-level domain). *See also* domain name address, IP address. **2.** Acronym for **D**omain **N**ame **Se**rvice. The Internet utility that implements the Domain Name System. DNS servers, also called name servers, maintain databases containing the addresses and are accessed transparently to the user. *See also* Domain Name System (definition 1), DNS server.

**DNS name server** *n. See* DNS server.

**DNS server** *n.* Short for **D**omain **N**ame **S**ystem **server**, a computer that can answer Domain Name System (DNS) queries. The DNS server keeps a database of host computers and their corresponding IP addresses. Presented with the name apex.com, for example, the DNS server would return the IP address of the hypothetical company Apex. *Also called:* name server. *See also* DNS (definition 2), IP address.

**DNS zone transfer** *n. See* zone transfer.

**.doc** *n.* A file extension that identifies document files formatted for a word processor. This is the default file extension for Microsoft Word document files.

**dock** *vb.* **1.** To connect a laptop or notebook computer to a docking station. *See also* docking station, laptop, portable computer. **2.** To move a toolbar to the edge of an application window so that it attaches to and becomes a feature of the application window.

**Dock** *n.* An organizational feature of Mac OS X that keeps track of frequently used applications, documents, and windows. Users can drag icons to the dock for easy access or can minimize an active window to the Dock and still see the application running while working with other windows. The Dock can run along the bottom or either side of the screen. *See also* Mac OS X.

**docking mechanism** *n.* The portion of a docking station that physically connects the portable computer with the station. *See also* docking station.

**docking station** *n.* A unit for housing a laptop or notebook computer that contains a power connection, expansion slots, and connections to peripherals, such as a monitor, printer, full-sized keyboard, and mouse. The purpose of a docking station is to turn the laptop or notebook computer into a desktop machine and allow users the convenience of using such peripherals as a monitor and a full-sized keyboard. See the illustration. *See also* expansion slot, laptop, peripheral, portable computer.

**D**

tagged words. In essence, DOM is a means of defining a document as a treelike hierarchy of nodes in which the document is an object containing other objects, such as images and forms. Through DOM, programs and scripts can access these objects in order to change aspects such as their appearance or behavior. DOM is a vehicle for adding depth and interactivity to what would otherwise be a static Web page. *Acronym:* DOM.

**document processing** *n.* The act of retrieving and manipulating a document. In terms of the way a computer works, document processing involves three main steps: creating or retrieving a data file, using a program to manipulate the data in some way, and storing the modified file.

**document reader** *n.* A device that scans printed text and uses character recognition to convert it to computer text files. *See also* character recognition.

**document retrieval** *n.* A capability built into some application programs that enables the user to search for specific documents by specifying items of information, such as date, author, or previously assigned keywords. Document retrieval depends on an indexing scheme that the program maintains and uses. Depending on the program's capabilities, document retrieval might allow the user to specify more than one condition to refine a search.

**document source** *n.* The plain-text HTML form of a World Wide Web document, with all tags and other markup displayed as such rather than being formatted. *Also called:* source, source document. *See also* HTML.

**Document Style Semantics and Specification Language** *n.* An ISO standard derived from SGML that addresses the semantics of high-quality composition in a manner independent of particular formatting systems or processes. Like CSS and XSL, it can be used to format XML documents. *Acronym:* DSSSL. *See also* ISO, SGML.

**document type definition** *n. See* DTD.

**document window** *n.* In windowing environments, such as the Apple Macintosh and Microsoft Windows, an on-screen window (enclosed work area) in which the user can create, view, or work on a document.

**DoD** *n. See* U.S. Department of Defense.

**do-gooder virus** *n.* A virus or worm that has been released with the intention of correcting problems caused by other, more malicious viruses. The do-gooder virus typically looks for computers that have been compromised

and then infects the system and fixes back doors and other vulnerabilities left behind by the malicious program. The do-gooder virus may then use the repaired computer as a platform to infect other computers. *See also* anti-worm, automatic patching.

**DO loop** *n.* A control statement used in programs that executes a section of code a number of times until a specified condition is met. DO loops are found in FORTRAN and Basic, among other languages. *See also* iterative statement. *Compare* FOR loop.

**DOM** *n. See* Document Object Model.

**domain** *n.* **1.** In database design and management, the set of valid values for a given attribute. For example, the domain for the attribute AREA-CODE might be the list of all valid three-digit numeric telephone area codes in the United States. *See also* attribute (definition 1). **2.** For Windows NT Advanced Server, a collection of computers that share a common domain database and security policy. Each domain has a unique name. **3.** In the Internet and other networks, the highest subdivision of a domain name in a network address, which identifies the type of entity owning the address (for example, .com for commercial users or .edu for educational institutions) or the geographical location of the address (for example, .fr for France or .sg for Singapore). The domain is the last part of the address (for example, www.acm.org). *See also* domain name.

**domain controller** *n.* In Windows NT, the master server that holds the directory services database that identifies all network users and resources.

**domain name** *n.* An address of a network connection that identifies the owner of that address in a hierarchical format: *server.organization.type.* For example, www.whitehouse.gov identifies the Web server at the White House, which is part of the U.S. government.

**domain name address** *n.* The address of a device connected to the Internet or any other TCP/IP network, in the hierarchical system that uses words to identify servers, organizations, and types, such as www.logos.net. *See also* TCP/IP.

**Domain Name Server** *n. See* DNS server.

**Domain Name Service** *n. See* DNS (definition 2).

**Domain Name System** *n. See* DNS (definition 1).

**Domain Naming System** *n. See* DNS (definition 1).