# Exhibit I

*Help for System Administrators*

**4th Edition**
Covers BIND 9



# DNS *and* BIND

O'REILLY®

*Paul Albitz & Cricket Liu*

# DNS and BIND

### *Fourth Edition*

## Paul Albitz and Cricket Liu



# O'REILLY®

*Beijing · Cambridge · Farnham · Köln · Paris · Sebastopol · Taipei · Tokyo*

**DNS and BIND, Fourth Edition**
by Paul Albitz and Cricket Liu

Copyright © 2001, 1998, 1997, 1992 O'Reilly & Associates, Inc. All rights reserved.
Printed in the United States of America.

Published by O'Reilly & Associates, Inc., 1005 Gravenstein Highway North, Sebastopol, CA 95472.

**Editors:** Mike Loukides and Debra Cameron

**Production Editor:** Emily Quill

**Cover Designer:** Edie Freedman

**Printing History:**

| | |
|---|---|
| October 1992: | First Edition. |
| January 1997: | Second Edition. |
| September 1998: | Third Edition. |
| April 2001: | Fourth Edition. |

Nutshell Handbook, the Nutshell Handbook logo, and the O'Reilly logo are registered trademarks of O'Reilly & Associates, Inc. *DNS and BIND, Fourth Edition*, the image of grasshoppers, and related trade dress are trademarks of O'Reilly & Asociates, Inc. Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.

ISBN: 0-596-00158-4

[M]                                                                                    [12/03]

# Table of Contents

*Preface* ................................................................................................ *ix*

1. **Background** .............................................................................. *1*
   A (Very) Brief History of the Internet .......................................... *1*
   On the Internet and internets ....................................................... *2*
   The Domain Name System in a Nutshell ..................................... *4*
   The History of BIND ..................................................................... *9*
   Must I Use DNS? ........................................................................... *9*

2. **How Does DNS Work?** ............................................................ *11*
   The Domain Name Space ............................................................. *11*
   The Internet Domain Name Space ............................................... *17*
   Delegation ..................................................................................... *20*
   Name Servers and Zones .............................................................. *21*
   Resolvers ....................................................................................... *26*
   Resolution ..................................................................................... *26*
   Caching ......................................................................................... *34*

3. **Where Do I Start?** ................................................................... *37*
   Getting BIND ................................................................................ *37*
   Choosing a Domain Name ............................................................ *41*

4. **Setting Up BIND** ..................................................................... *56*
   Our Zone ....................................................................................... *57*
   Setting Up Zone Data ................................................................... *57*
   Setting Up a BIND Configuration File ........................................ *69*
   Abbreviations ................................................................................ *72*

Host Name Checking (BIND 4.9.4 and Later Versions) .............................. 76
Tools ...................................................................................................... 79
Running a Primary Master Name Server .............................................. 79
Running a Slave Name Server .............................................................. 85
Adding More Zones .............................................................................. 91
What Next? .......................................................................................... 92

5. *DNS and Electronic Mail* ................................................................ 93
MX Records ........................................................................................ 94
What's a Mail Exchanger, Again? ........................................................ 96
The MX Algorithm .............................................................................. 98

6. *Configuring Hosts* ............................................................................ 101
The Resolver ........................................................................................ 101
Sample Resolver Configurations .......................................................... 113
Minimizing Pain and Suffering ............................................................ 115
Vendor-Specific Options ...................................................................... 120

7. *Maintaining BIND* .......................................................................... 140
Controlling the Name Server ................................................................ 140
Updating Zone Data Files .................................................................... 149
Organizing Your Files .......................................................................... 157
Changing System File Locations in BIND 8 and 9 .............................. 162
Logging in BIND 8 and 9 .................................................................... 163
Keeping Everything Running Smoothly ................................................ 174

8. *Growing Your Domain* .................................................................... 194
How Many Name Servers? .................................................................. 194
Adding More Name Servers ................................................................ 202
Registering Name Servers .................................................................... 207
Changing TTLs .................................................................................... 210
Planning for Disasters .......................................................................... 214
Coping with Disaster ............................................................................ 217

9. *Parenting* ........................................................................................ 221
When to Become a Parent .................................................................... 222
How Many Children? .......................................................................... 222
What to Name Your Children .............................................................. 223
How to Become a Parent: Creating Subdomains .................................. 225
Subdomains of in-addr.arpa Domains .................................................. 235
Good Parenting .................................................................................... 241

*Table of Contents*                                                                                        *vii*

Managing the Transition to Subdomains ............................................... 245

The Life of a Parent ........................................................................... 248

**10. *Advanced Features*** ............................................................ 249

Address Match Lists and ACLs .......................................................... 249

DNS Dynamic Update ........................................................................ 251

DNS NOTIFY (Zone Change Notification) ......................................... 258

Incremental Zone Transfer (IXFR) ..................................................... 263

Forwarding ......................................................................................... 266

Views .................................................................................................. 270

Round Robin Load Distribution .......................................................... 273

Name Server Address Sorting ............................................................. 276

Preferring Name Servers on Certain Networks .................................. 281

A Nonrecursive Name Server ............................................................. 282

Avoiding a Bogus Name Server .......................................................... 284

System Tuning .................................................................................... 285

Compatibility ..................................................................................... 295

The ABCs of IPv6 Addressing ........................................................... 295

Addresses and Ports ........................................................................... 298

IPv6 Forward and Reverse Mapping .................................................. 301

**11. *Security*** ........................................................................... 308

TSIG ................................................................................................... 309

Securing Your Name Server ............................................................... 313

DNS and Internet Firewalls ............................................................... 327

The DNS Security Extensions ............................................................ 350

**12. *nslookup and dig*** ............................................................. 375

Is nslookup a Good Tool? .................................................................. 375

Interactive Versus Noninteractive ..................................................... 377

Option Settings ................................................................................... 378

Avoiding the Search List ..................................................................... 381

Common Tasks .................................................................................... 381

Less Common Tasks ........................................................................... 384

Troubleshooting nslookup Problems .................................................. 392

Best of the Net ................................................................................... 397

Using dig ............................................................................................ 398

**13. *Reading BIND Debugging Output*** .................................... 403

Debugging Levels ............................................................................... 403

Turning On Debugging ....................................................................... 406

Reading Debugging Output ............................................................ 407
The Resolver Search Algorithm and Negative Caching (BIND 8) ............ 419
The Resolver Search Algorithm and Negative Caching (BIND 9) ............ 420
Tools ........................................................................................ 421

14. *Troubleshooting DNS and BIND* ............................................... 422
Is NIS Really Your Problem? ......................................................... 422
Troubleshooting Tools and Techniques ........................................... 424
Potential Problem List ................................................................ 431
Transition Problems ................................................................... 449
Interoperability and Version Problems ............................................ 450
TSIG Errors ............................................................................. 454
Problem Symptoms ..................................................................... 455

15. *Programming with the Resolver and Name Server*
   *Library Routines* .................................................................. 462
Shell Script Programming with nslookup .......................................... 462
C Programming with the Resolver Library Routines ............................. 468
Perl Programming with Net::DNS .................................................. 493

16. *Miscellaneous* ...................................................................... 498
Using CNAME Records ............................................................... 498
Wildcards ................................................................................ 503
A Limitation of MX Records .......................................................... 504
Dialup Connections .................................................................... 504
Network Names and Numbers ....................................................... 509
Additional Resource Records ........................................................ 511
DNS and WINS .......................................................................... 518
DNS and Windows 2000 .............................................................. 520

A. *DNS Message Format and Resource Records* ........................... 527

B. *BIND Compatibility Matrix* .................................................. 547

C. *Compiling and Installing BIND on Linux* ................................ 549

D. *Top-Level Domains* ............................................................. 553

E. *BIND Name Server and Resolver Configuration* ....................... 557

*Index* ..................................................................................... 577

*Preface*

You may not know much about the Domain Name System—yet—but whenever you use the Internet, you use DNS. Every time you send electronic mail or surf the World Wide Web, you rely on the Domain Name System.

You see, while you, as a human being, prefer to remember the *names* of computers, computers like to address each other by number. On an internet, that number is 32 bits long, or between zero and four billion or so.* That's easy for a computer to remember because computers have lots of memory ideal for storing numbers, but it isn't nearly as easy for us humans. Pick 10 phone numbers out of the phone book at random and then try to remember them. Not easy? Now flip to the front of the phone book and attach random area codes to the phone numbers. That's about how difficult it would be to remember 10 arbitrary internet addresses.

This is part of the reason we need the Domain Name System. DNS handles mapping between host names, which we humans find convenient, and between internet addresses, which computers deal with. In fact, DNS is the standard mechanism on the Internet for advertising and accessing all kinds of information about hosts, not just addresses. And DNS is used by virtually all internetworking software, including electronic mail, remote terminal programs such as Telnet, file transfer programs such as FTP, and web browsers such as Netscape Navigator and Microsoft Internet Explorer.

Another important feature of DNS is that it makes host information available all over the Internet. Keeping information about hosts in a formatted file on a single computer only helps users on that computer. DNS provides a means of retrieving information remotely from anywhere on the network.

---

* And, with IP Version 6, it's a whopping 128 bits long, or between zero and a decimal number with 39 digits.

More than that, DNS lets you distribute the management of host information among many sites and organizations. You don't need to submit your data to some central site or periodically retrieve copies of the "master" database. You simply make sure your section, called a *zone*, is up to date on your *name servers*. Your name servers make your zone's data available to all the other name servers on the network.

Because the database is distributed, the system also needs the ability to locate the data you're looking for by searching a number of possible locations. The Domain Name System gives name servers the intelligence to navigate through the database and find data in any zone.

Of course, DNS does have a few problems. For example, the system allows more than one name server to store data about a zone, for redundancy's sake. But inconsistencies can crop up between copies of the zone data.

But the *worst* problem with DNS is that despite its widespread use on the Internet, there's really very little documentation about managing and maintaining it. Most administrators on the Internet make do with the documentation their vendors see fit to provide and with whatever they can glean from following the Internet mailing lists and Usenet newsgroups on the subject.

This lack of documentation means that the understanding of an enormously important internet service—one of the linchpins of today's Internet—is either handed down from administrator to administrator like a closely guarded family recipe, or relearned repeatedly by isolated programmers and engineers. New administrators of zones suffer through the same mistakes made by countless others.

Our aim with this book is to help remedy this situation. We realize that not all of you have the time or the desire to become DNS experts. Most of you, after all, have plenty to do besides managing your zones and name servers: system administration, network engineering, or software development. It takes an awfully big institution to devote a whole person to DNS. We'll try to give you enough information to let you do what you need to do, whether that's running a small zone or managing a multinational monstrosity, tending a single name server or shepherding a hundred of them. Read as much as you need to know now, and come back later if you need to learn more.

DNS is a big topic—big enough to require two authors, anyway—and we've tried to present it as sensibly and understandably as possible. The first two chapters give you a good theoretical overview and enough practical information to get by, and later chapters fill in the nitty-gritty details. We provide a roadmap up front to suggest a path through the book appropriate for your job or interest.

When we talk about actual DNS software, we'll concentrate almost exclusively on BIND, the Berkeley Internet Name Domain software, which is the most popular implementation of the DNS specs (and the one we know best). We've tried to distill our experience in managing and maintaining zones with BIND into this book. (One of our zones, incidentally, was once one of the largest on the Internet, but that was a long time ago.) Where possible, we've included the real programs we use in administration, many of them rewritten into Perl for speed and efficiency.

We hope this book will help you get acquainted with DNS and BIND if you're just starting out, refine your understanding if you're already familiar with them, and provide valuable insight and experience even if you know 'em like the back of your hand.

## Versions

The fourth edition of this book deals with the new 9.1.0 and 8.2.3 versions of BIND as well as the older 4.9 versions. While 9.1.0 and 8.2.3 are the most recent versions as of this writing, they haven't made their way into many vendors' versions of Unix yet, partly because both versions have only recently been released and many vendors are wary of using such new software. We also occasionally mention other versions of BIND, especially 4.8.3, because many vendors continue to ship code based on this older software as part of their Unix products. Whenever a feature is available only in the 4.9, 8.2.3, or 9.1.0 version, or when there is a difference in the behavior of the versions, we try to point out which version does what.

We use *nslookup*, a name server utility program, very frequently in our examples. The version we use is the one shipped with the 8.2.3 BIND code. Older versions of *nslookup* provide much, but not quite all, of the functionality in the 8.2.3 *nslookup*.[*] We've used commands common to most *nslookup*s in most of our examples; when this was not possible, we tried to note it.

## What's New in the Fourth Edition?

Besides updating the book to cover the most recent versions of BIND, we've added a fair amount of new material to the fourth edition:

- More extensive coverage of dynamic update and NOTIFY, including signed dynamic updates and BIND 9's new *update-policy* mechanism, in Chapter 10

- Incremental zone transfer, also in Chapter 10

---

[*] This is also true of the version of *nslookup* shipped with BIND 9. See Chapter 12, *nslookup and dig*, for details.

- Forward zones, which support conditional forwarding, in Chapter 10

- IPv6 forward and reverse mapping using the new A6 and DNAME records, as well as bitstring labels, at the end of Chapter 10

- Transaction signatures, also known as TSIG, a new mechanism for authenticating transactions, in Chapter 11

- An expanded section on securing name servers, in Chapter 11

- An expanded section on dealing with Internet firewalls, in Chapter 11

- Coverage of the DNS Security Extensions, or DNSSEC, a new mechanism for digitally signing zone data, also in Chapter 11

- A section on accommodating Windows 2000 clients, servers, and Domain Controllers with BIND, in Chapter 16

## Organization

This book is organized to more or less follow the evolution of a zone and its administrator. Chapters 1 and 2 discuss Domain Name System theory. Chapters 3 through 6 help you decide whether or not to set up your own zones, then describe how to go about it should you choose to. The middle of the book, Chapters 7 through 11, describe how to maintain your zones, configure hosts to use your name servers, plan for the growth of your zones, create subdomains, and secure your name servers. Finally, Chapters 12 through 16 deal with troubleshooting tools, common problems, and the lost art of programming with the resolver library routines.

Here's a more detailed, chapter-by-chapter breakdown:

Chapter 1, *Background*, provides a little historical perspective and discusses the problems that motivated the development of DNS, and then presents an overview of DNS theory.

Chapter 2, *How Does DNS Work?*, goes over DNS theory in more detail, including the organization of the DNS namespace, domains, zones, and name servers. We also introduce important concepts like name resolution and caching.

Chapter 3, *Where Do I Start?*, covers how to get the BIND software if you don't already have it, what to do with it once you've got it, how to figure out what your domain name should be, and how to contact the organization that can delegate your zone to you.

Chapter 4, *Setting Up BIND*, details how to set up your first two BIND name servers, including creating your name server database, starting up your name servers, and checking their operation.

Chapter 5, *DNS and Electronic Mail*, deals with DNS's MX record, which allows administrators to specify alternate hosts to handle a given destination's mail. This chapter covers mail routing strategies for a wide variety of networks and hosts, including networks with Internet firewalls and hosts without direct Internet connectivity.

Chapter 6, *Configuring Hosts*, explains how to configure a BIND resolver. We also include notes on the idiosyncrasies of many major Unix vendors' resolver implementations, as well as the Windows 95, NT, and 2000 resolvers.

Chapter 7, *Maintaining BIND*, describes the periodic maintenance that administrators need to perform to keep their zones running smoothly, such as checking name server health and authority.

Chapter 8, *Growing Your Domain*, covers how to plan for the growth and evolution of your zones, including how to get big and how to plan for moves and outages.

Chapter 9, *Parenting*, explores the joys of becoming a parent zone. We explain when to become a parent (create subdomains), what to call your children, how to create them (!), and how to watch over them.

Chapter 10, *Advanced Features*, goes over some less-often-used name server configuration options that can help you tune your name server's operation and ease administration.

Chapter 11, *Security*, describes how to secure your name server and how to configure your name servers to deal with Internet firewalls, and also describes two new security enhancements to DNS: the DNS Security Extensions and Transaction Signatures.

Chapter 12, *nslookup and dig*, shows the ins and outs of the most popular tools for doing DNS debugging, including techniques for digging obscure information out of remote name servers.

Chapter 13, *Reading BIND Debugging Output*, is the Rosetta Stone of BIND's debugging information. This chapter will help you make sense of the cryptic debugging information that BIND emits, which in turn will help you understand your name server better.

Chapter 14, *Troubleshooting DNS and BIND*, covers many common DNS and BIND problems and their solutions, and describes a number of less common, harder-to-diagnose scenarios.

Chapter 15, *Programming with the Resolver and Name Server Library Routines*, demonstrates how to use BIND's resolver routines to query name servers and

retrieve data from within a C program or a Perl script. We include a useful (we hope!) program to check the health and authority of your name servers.

Chapter 16, *Miscellaneous*, ties up all the loose ends. We cover DNS wildcards, hosts and networks with intermittent Internet connectivity via dialup, network name encoding, experimental record types, and Windows 2000.

Appendix A, *DNS Message Format and Resource Records*, contains a byte-by-byte breakdown of the formats used in DNS queries and responses, as well as a comprehensive list of the currently defined resource record types.

Appendix B, *BIND Compatibility Matrix*, contains a matrix showing the most important features of the most popular BIND releases.

Appendix C, *Compiling and Installing BIND on Linux*, contains step-by-step instructions on how to compile the 8.2.3 version of BIND on Linux.

Appendix D, *Top-Level Domains*, lists the current top-level domains in the Internet's domain name space.

Appendix E, *BIND Name Server and Resolver Configuration*, summarizes the syntax and semantics of each of the parameters available for configuring name servers and resolvers.

## Audience

This book is intended primarily for system and network administrators who manage zones and one or more name servers, but it also includes material for network engineers, postmasters, and others. Not all of the book's chapters will be equally interesting to a diverse audience, though, and you don't want to wade through 16 chapters to find the information pertinent to your job. We hope the following roadmap will help you plot your way through the book.

*System administrators setting up their first zones* should read Chapters 1 and 2 for DNS theory, Chapter 3 for information on getting started and selecting a good domain name, and Chapters 4 and 5 to learn how to set up a zone for the first time. Chapter 6 explains how to configure hosts to use the new name servers. Later, you should read Chapter 7, which explains how to "flesh out" your implementation by setting up additional name servers and adding additional zone data. Chapters 12, 13, and 14 describe troubleshooting tools and techniques.

*Experienced administrators* will benefit from reading Chapter 6 to learn how to configure DNS resolvers on different hosts, and Chapter 7 for information on maintaining your zones. Chapter 8 contains instructions on planning for a zone's growth and evolution, which should be especially valuable to administrators of large zones. Chapter 9 explains parenting—creating subdomains—which is de rigueur

reading for those considering the big move. Chapter 10 covers many new and advanced features of the BIND 8.2.3 and 9.1.0 name servers. Chapter 11 goes over securing name servers, which may be of particular interest to experienced administrators. Chapters 12 through 14 describe tools and techniques for troubleshooting, which even advanced administrators may find worth reading.

*System administrators on networks without full Internet connectivity* should read Chapter 5 to learn how to configure mail on such networks, and Chapter 11 to learn how to set up an independent DNS infrastructure.

*Programmers* can read Chapters 1 and 2 for DNS theory, then Chapter 15 for detailed coverage of how to program with the BIND resolver library routines.

*Network administrators not directly responsible for any zones* should still read Chapters 1 and 2 for DNS theory, Chapter 12 to learn how to use *nslookup* and *dig*, and Chapter 14 for troubleshooting tactics.

*Postmasters* should read Chapters 1 and 2 for DNS theory, then Chapter 5 to find out how DNS and electronic mail coexist. Chapter 12, which describes *nslookup* and *dig*, will help postmasters extract mail routing information from the domain name space.

*Interested users* can read Chapters 1 and 2 for DNS theory, and then whatever else you like!

Note that we assume you're familiar with basic Unix system administration, TCP/IP networking, and programming using simple shell scripts and Perl. We don't assume you have any other specialized knowledge, though. When we introduce a new term or concept, we'll do our best to define or explain it. Whenever possible, we'll use analogies from Unix (and from the real world) to help you understand.

## Obtaining the Example Programs

The example programs in this book are available electronically via FTP from the following URLs:

*ftp://ftp.uu.net/published/oreilly/nutshell/dnsbind/dns.tar.Z*
*ftp://ftp.oreilly.com/published/oreilly/nutshell/dnsbind/dns.tar.Z*

In either case, extract the files from the archive by typing:

```
% zcat dns.tar.Z | tar xf -
```

System V systems require the following *tar* command instead:

```
% zcat dns.tar.Z | tar xof -
```

If *zcat* is not available on your system, use separate *uncompress* and *tar* commands.

If you can't get the examples directly over the Internet but can send and receive email, you can use *ftpmail* to get them. For help using *ftpmail*, send an email to *ftpmail@online.oreilly.com* with no subject and the single word "help" in the body of the message.

## Contacting O'Reilly

You can address comments and questions about this book to the publisher:

O'Reilly & Associates, Inc.
1005 Gravenstein Highway North
Sebastopol, CA 95472
(800) 998-9938 (in the United States or Canada)
(707) 829-0515 (international/local)
(707) 829-0104 (fax)

O'Reilly has a web page for this book, which lists errata and any additional information. You can access this page at:

*http://www.oreilly.com/catalog/dns4*

To comment or ask technical questions about this book, send email to:

*bookquestions@oreilly.com*

For more information about books, conferences, software, Resource Centers, and the O'Reilly Network, see the O'Reilly web site at:

*http://www.oreilly.com*

## Conventions Used in This Book

We use the following font and format conventions for Unix commands, utilities, and system calls:

- Excerpts from scripts or configuration files are shown in a constant-width font:

```
if test -x /usr/sbin/named -a -f /etc/named.conf
then
    /usr/sbin/named
fi
```

- Sample interactive sessions, showing command-line input and corresponding output, are shown in a constant-width font, with user-supplied input in bold:

```
% cat /var/run/named.pid
78
```

- If the command must be typed by the superuser (root), we use the sharp or pound sign (#):

```
# /usr/sbin/named
```

- Replaceable items in code are printed in constant-width italics.
- Domain names, filenames, functions, commands, Unix manpages, and programming elements taken from the code snippets are printed in italics when they appear within a paragraph.

## Quotations

The Lewis Carroll quotations that begin each chapter are from the Millennium Fulcrum Edition 2.9 of the Project Gutenberg electronic text of *Alice's Adventures in Wonderland* and Edition 1.7 of *Through the Looking-Glass*. Quotations in Chapters 1, 2, 5, 6, 8, and 14 come from *Alice's Adventures in Wonderland*, and those in Chapters 3, 4, 7, 9, 10, 11, 12, 13, 15, and 16 come from *Through the Looking-Glass*.

## Acknowledgments

The authors would like to thank Ken Stone, Jerry McCollom, Peter Jeffe, Hal Stern, Christopher Durham, Bill Wisner, Dave Curry, Jeff Okamoto, Brad Knowles, K. Robert Elz, and Paul Vixie for their invaluable contributions to this book. We'd also like to thank our reviewers, Eric Pearce, Jack Repenning, Andrew Cherenson, Dan Trinkle, Bill LeFebvre, and John Sechrest for their criticism and suggestions. Without their help, this book would not be what it is (it'd be much shorter!).

For the second edition, the authors add their thanks to their sterling review team: Dave Barr, Nigel Campbell, Bill LeFebvre, Mike Milligan, and Dan Trinkle.

For the third edition, the authors salute their technical review Dream Team: Bob Halley, Barry Margolin, and Paul Vixie.

For the fourth edition, the authors owe a debt of gratitude to Kevin Dunlap, Edward Lewis, and Brian Wellington, their crack review squad.

Cricket would particularly like to thank his former manager, Rick Nordensten, the very model of a modern HP manager, on whose watch the first version of this book was written; his neighbors, who bore his occasional crabbiness for many months; and of course his wife, Paige, for her unflagging support and for putting up with his tap-tap-tapping during her nap-nap-napping. For the second edition, Cricket would like to add a thank you to his former managers, Regina Kershner and Paul Klouda, for their support of Cricket's work with the Internet. For the third edition, Cricket acknowledges a debt of gratitude to his partner, Matt Larson, for his co-development of the Acme Razor. For the fourth edition, Cricket thanks his loyal, furry fans, Dakota and Annie, for kisses and companionship, and wonderful Walter B., for popping his head into the office and checking on Dad now and again. Paul would like to thank his wife, Katherine, for her patience, for many

review sessions, and for proving that she could make a quilt in her spare time more quickly than her spouse could write his half of a book.

We would also like to thank the folks at O'Reilly & Associates for their hard work and patience. Credit is especially due our editors, Mike Loukides (first through third editions) and Debra Cameron (fourth edition), as well as countless others who worked on the various editions: Nancy Kotary, Ellie Fountain Maden, Robert Romano, Steven Abrams, Kismet McDonough-Chan, Seth Maislin, Ellie Cutler, Mike Sierra, Lenny Muellner, Chris Reilley, Emily Quill, Anne-Marie Vaduva, and Brenda Miller. Thanks besides to Jerry Peek for all sorts of miscellaneous help and to Tim O'Reilly for inspiring us to put it all in print.

And thanks, Edie, for the cricket on the cover!

**In this chapter:**
- *A (Very) Brief History of the Internet*
- *On the Internet and internets*
- *The Domain Name System in a Nutshell*
- *The History of BIND*
- *Must I Use DNS?*

# 1

# Background

> *The White Rabbit put on his spectacles. "Where shall I begin, please your Majesty?" he asked.*
>
> *"Begin at the beginning," the King said, very gravely, "and go on till you come to the end: then stop."*

It's important to know a little ARPAnet history to understand the Domain Name System. DNS was developed to address particular problems on the ARPAnet, and the Internet—a descendant of the ARPAnet—remains its main user.

If you've been using the Internet for years, you can probably skip this chapter. If you haven't, we hope it'll give you enough background to understand what motivated the development of DNS.

## A (Very) Brief History of the Internet

In the late 1960s, the U.S. Department of Defense's Advanced Research Projects Agency, ARPA (later DARPA), began funding the ARPAnet, an experimental wide area computer network that connected important research organizations in the United States. The original goal of the ARPAnet was to allow government contractors to share expensive or scarce computing resources. From the beginning, however, users of the ARPAnet also used the network for collaboration. This collaboration ranged from sharing files and software and exchanging electronic mail—now commonplace—to joint development and research using shared remote computers.

The TCP/IP (Transmission Control Protocol/Internet Protocol) protocol suite was developed in the early 1980s and quickly became the standard host-networking protocol on the ARPAnet. The inclusion of the protocol suite in the University of

*1*

California at Berkeley's popular BSD Unix operating system was instrumental in democratizing internetworking. BSD Unix was virtually free to universities. This meant that internetworking—and ARPAnet connectivity—was suddenly available cheaply to many more organizations than were previously attached to the ARPAnet. Many computers being connected to the ARPAnet were connected to local area networks (LANs), too, and very shortly the other computers on the LANs were communicating via the ARPAnet as well.

The network grew from a handful of hosts to tens of thousands of hosts. The original ARPAnet became the backbone of a confederation of local and regional networks based on TCP/IP, called the *Internet.*

In 1988, however, DARPA decided the experiment was over. The Department of Defense began dismantling the ARPAnet. Another network, funded by the National Science Foundation and called the NSFNET, replaced the ARPAnet as the backbone of the Internet.

Even more recently, in the spring of 1995, the Internet made a transition from using the publicly funded NSFNET as a backbone to using multiple commercial backbones, run by long-distance carriers like MCI and Sprint, and long-time commercial internetworking players like PSINet and UUNET.

Today, the Internet connects millions of hosts around the world. In fact, a significant proportion of the non-PC computers in the world are connected to the Internet. Some of the new commercial backbones can carry a volume of many gigabits per second, tens of thousands of times the bandwidth of the original ARPAnet. Tens of millions of people use the network for communication and collaboration daily.

## On the Internet and internets

A word on "the Internet" and "internets" in general is in order. In print, the difference between the two seems slight: one is always capitalized, one isn't. The distinction in meaning, however, *is* significant. The Internet, with a capital "I," refers to the network that began its life as the ARPAnet and continues today as, roughly, the confederation of all TCP/IP networks directly or indirectly connected to commercial U.S. backbones. Seen close up, it's actually quite a few different networks—commercial TCP/IP backbones, corporate and U.S. government TCP/IP networks, and TCP/IP networks in other countries—interconnected by routers and high-speed digital circuits.

A lowercase internet, on the other hand, is simply any network made up of multiple smaller networks using the same internetworking protocols. An internet (little "i") isn't necessarily connected to the Internet (big "I"), nor does it necessarily use TCP/IP as its internetworking protocol. There are isolated corporate internets, and there are Xerox XNS-based internets and DECnet-based internets.

The relatively new term "intranet" is really just a marketing term for a TCP/IP-based "little i" internet, used to emphasize the use of technologies developed and introduced on the Internet within a company's internal corporate network. On the other hand, an "extranet" is a TCP/IP-based internet that connects partner companies to each other, or a company to its distributors, suppliers, and customers.

## The History of the Domain Name System

Through the 1970s, the ARPAnet was a small, friendly community of a few hundred hosts. A single file, *HOSTS.TXT*, contained all the information you needed to know about those hosts: it held name-to-address mappings for every host connected to the ARPAnet. The familiar Unix host table, */etc/hosts*, was derived from *HOSTS.TXT* (mostly by deleting fields that Unix didn't use).

*HOSTS.TXT* was maintained by SRI's *Network Information Center* (dubbed "the NIC") and distributed from a single host, SRI-NIC.* ARPAnet administrators typically emailed their changes to the NIC, and periodically FTPed to SRI-NIC and grabbed the current *HOSTS.TXT*. Their changes were compiled into a new *HOSTS.TXT* once or twice a week. As the ARPAnet grew, however, this scheme became unworkable. The size of *HOSTS.TXT* grew in proportion to the growth in the number of ARPAnet hosts. Moreover, the traffic generated by the update process increased even faster: every additional host meant not only another line in *HOSTS.TXT*, but potentially another host updating from SRI-NIC.

And when the ARPAnet moved to the TCP/IP protocols, the population of the network exploded. Now there was a host of problems with *HOSTS.TXT*:

*Traffic and load*
> The toll on SRI-NIC, in terms of the network traffic and processor load involved in distributing the file, was becoming unbearable.

*Name collisions*
> No two hosts in *HOSTS.TXT* could have the same name. However, while the NIC could assign addresses in a way that guaranteed their uniqueness, it had no authority over host names. There was nothing to prevent someone from adding a host with a conflicting name and breaking the whole scheme. Someone adding a host with the same name as a major mail hub, for example, could disrupt mail service to much of the ARPAnet.

*Consistency*
> Maintaining consistency of the file across an expanding network became harder and harder. By the time a new *HOSTS.TXT* reached the farthest shores

---

* SRI is the former Stanford Research Institute in Menlo Park, California. SRI conducts research into many different areas, including computer networking.

of the enlarged ARPAnet, a host across the network had changed addresses, or a new host had sprung up that users wanted to reach.

The essential problem was that the *HOSTS.TXT* mechanism didn't scale well. Ironically, the success of the ARPAnet as an experiment led to the failure and obsolescence of *HOSTS.TXT.*

The ARPAnet's governing bodies chartered an investigation into a successor for *HOSTS.TXT.* Their goal was to create a system that solved the problems inherent in a unified host table system. The new system should allow local administration of data, yet still make that data globally available. The decentralization of administration would eliminate the single-host bottleneck and relieve the traffic problem. And local management would make the task of keeping data up to date much easier. The new system should use a hierarchical namespace to name hosts, thus ensuring the uniqueness of names.

Paul Mockapetris, then of USC's Information Sciences Institute, was responsible for designing the architecture of the new system. In 1984, he released RFCs 882 and 883, which described the Domain Name System. These RFCs were superseded by RFCs 1034 and 1035, the current specifications of the Domain Name System.[*] RFCs 1034 and 1035 have now been augmented by many other RFCs, describing potential DNS security problems, implementation problems, administrative gotchas, mechanisms for dynamically updating name servers and securing zone data, and more.

## The Domain Name System in a Nutshell

The Domain Name System is a *distributed* database. This allows local control of the segments of the overall database, yet the data in each segment is available across the entire network through a client-server scheme. Robustness and adequate performance are achieved through replication and caching.

Programs called *name servers* constitute the server half of DNS's client-server mechanism. Name servers contain information about some segments of the database and make it available to clients, called *resolvers.* Resolvers are often just library routines that create queries and send them across a network to a name server.

The structure of the DNS database is very similar to the structure of the Unix filesystem, as shown in Figure 1-1. The whole database (or filesystem) is pictured as an inverted tree, with the root node at the top. Each node in the tree has a text label, which identifies the node relative to its parent. This is roughly analogous to a "relative pathname" in a filesystem, like *bin.* One label—the null label, or ""—is

---

[*] RFCs are Request for Comments documents, part of the relatively informal procedure for introducing new technology on the Internet. RFCs are usually freely distributed and contain fairly technical descriptions of the technology, often intended for implementors.

reserved for the root node. In text, the root node is written as a single dot (.). In the Unix filesystem, the root is written as a slash (/).



Figure 1-1. The DNS database versus a Unix filesystem

Each node is also the root of a new subtree of the overall tree. Each of these subtrees represents a partition of the overall database—a "directory" in the Unix filesystem, or a *domain* in the Domain Name System. Each domain or directory can be further divided into additional partitions, called *subdomains* in DNS, like a filesystem's "subdirectories." Subdomains, like subdirectories, are drawn as children of their parent domains.

Like every directory, every domain has a unique name. A domain's *domain name* identifies its position in the database, much as a directory's "absolute pathname" specifies its place in the filesystem. In DNS, the domain name is the sequence of labels from the node at the root of the domain to the root of the whole tree, with dots separating the labels. In the Unix filesystem, a directory's absolute pathname is the list of relative names read from root to leaf (the opposite direction to DNS, as shown in Figure 1-2), using a slash to separate the names.

In DNS, each domain can be broken into a number of subdomains, and responsibility for those subdomains can be doled out to different organizations. For example, Network Solutions runs the *edu* (educational) domain, but delegates responsibility for the *berkeley.edu* subdomain to U.C. Berkeley (Figure 1-3). This is something like remotely mounting a filesystem: certain directories in a filesystem



*Figure 1-2. Reading names in DNS versus in a Unix filesystem*

may actually be filesystems on other hosts, mounted from a remote host. The administrator on host *winken*, for example (again, Figure 1-3), is responsible for the filesystem that appears on the local host as the directory */usr/nfs/winken.*

Delegating authority for *berkeley.edu* to U.C. Berkeley creates a new *zone*, an autonomously administered piece of the namespace. The zone *berkeley.edu* is now independent from *edu* and contains all domain names that end in *berkeley.edu.* The zone *edu*, on the other hand, contains only domain names that end in *edu* but aren't in delegated zones like *berkeley.edu. berkeley.edu* may be further divided into subdomains like *cs.berkeley.edu*, and some of these subdomains may themselves be separate zones if the *berkeley.edu* administrators delegate responsibility for them to other organizations. If *cs.berkeley.edu* is a separate zone, the *berkeley.edu* zone doesn't contain domain names that end in *cs.berkeley.edu* (Figure 1-4).

Domain names are used as indexes into the DNS database. You might think of data in DNS as "attached" to a domain name. In a filesystem, directories contain files and subdirectories. Likewise, domains can contain both hosts and subdomains. A



*Figure 1-3. Remote management of subdomains and filesystems*

domain contains those hosts and subdomains whose domain names are within the domain.

Each host on a network has a domain name, which points to information about the host (see Figure 1-5). This information may include the IP address, information about mail routing, etc. Hosts may also have one or more *domain name aliases*, which are simply pointers from one domain name (the alias) to another



*Figure 1-4. The edu, berkeley.edu, and cs.berkeley.edu zones*

(the official or *canonical* domain name). In the figure, *mailhub.nv...* is an alias for the canonical name *rincon.ba.ca....*



*Figure 1-5. An alias in DNS pointing to a canonical name*

Why all the complicated structure? To solve the problems that *HOSTS.TXT* had. For example, making domain names hierarchical eliminates the pitfall of name collisions. Each domain has a unique domain name, so the organization that runs the domain is free to name hosts and subdomains within its domain. Whatever name

is chosen for a host or subdomain, it won't conflict with other domain names because it ends in the organization's unique domain name. For example, the organization that runs *hic.com* can name a host *puella* (as shown in Figure 1-6), since it knows that the host's domain name will end in *hic.com*, a unique domain name.



*Figure 1-6. Solving the name collision problem*

# The History of BIND

The first implementation of the Domain Name System was called JEEVES, written by Paul Mockapetris himself. A later implementation was BIND, an acronym for *Berkeley Internet Name Domain*, which was written for Berkeley's 4.3 BSD Unix operating system by Kevin Dunlap. BIND is now maintained by the Internet Software Consortium.[*]

BIND is the implementation we'll concentrate on in this book and is by far the most popular implementation of DNS today. It has been ported to most flavors of Unix and is shipped as a standard part of most vendors' Unix offerings. BIND has even been ported to Microsoft's Windows NT.

# Must I Use DNS?

Despite the usefulness of the Domain Name System, there are still some situations in which it doesn't pay to use it. There are other name resolution mechanisms besides DNS, some of which may be a standard part of your operating system. Sometimes the overhead involved in managing zones and their name servers

---

[*] For more information on the Internet Software Consortium and its work on BIND, see *http://www.isc.org/bind.html*.

outweighs the benefits. On the other hand, there are circumstances in which you have no other choice but to set up and manage name servers. Here are some guidelines to help you make that decision:

*If you're connected to the Internet . . .*

. . . DNS is a must. Think of DNS as the lingua franca of the Internet: nearly all of the Internet's network services use DNS. That includes the World Wide Web, electronic mail, remote terminal access, and file transfer.

On the other hand, this doesn't necessarily mean that you have to set up and run zones *by* yourself *for* yourself. If you have only a handful of hosts, you may be able to find an existing zone to become part of (see Chapter 3, *Where Do I Start?*). Or you may be able to find someone else to host your zones for you. If you pay an Internet service provider for your Internet connectivity, ask if they'll host your zone for you, too. Even if you aren't already a customer, there are companies who will help out, for a price.

If you have a little more than a handful of hosts, or a lot more, then you'll probably want your own zone. And if you want direct control over your zone and your name servers, then you'll want to manage it yourself. Read on!

*If you have your own TCP/IP–based internet . . .*

. . . you probably want DNS. By an internet, we don't mean just a single Ethernet of workstations using TCP/IP (see the next section for that); we mean a fairly complex "network of networks." Maybe you have a forest of Apple-talk nets and a handful of Apollo token rings.

If your internet is basically homogeneous and your hosts don't need DNS (say you have a big DECnet or OSI internet), then you may be able to do without it. But if you've got a variety of hosts, and especially if some of those run some variety of Unix, you'll want DNS. It'll simplify the distribution of host information and rid you of any kludgy host table distribution schemes you may have cooked up.

*If you have your own local area network or site network . . .*

. . . and that network isn't connected to a larger network, you can probably get away without using DNS. You might consider using Microsoft's Windows Internet Name Service (WINS), host tables, or Sun's Network Information Service (NIS) product.

But if you need distributed administration or have trouble maintaining the consistency of data on your network, DNS may be for you. And if your network is likely to be connected to another network soon, like your corporate internet or the Internet itself, you'd be wise to set up your zones now.

**In this chapter:**
- *The Domain Name Space*
- *The Internet Domain Name Space*
- *Delegation*
- *Name Servers and Zones*
- *Resolvers*
- *Resolution*
- *Caching*

# 2
# How Does DNS Work?

*"... and what is the use of a book," thought Alice, "without pictures or conversations?"*

The Domain Name System is basically a database of host information. Admittedly, you get a lot with that: funny dotted names, networked name servers, a shadowy "namespace." But keep in mind that, in the end, the service DNS provides is information about internet hosts.

We've already covered some important aspects of DNS, including its client-server architecture and the structure of the DNS database. However, we haven't gone into much detail, and we haven't explained the nuts and bolts of DNS's operation.

In this chapter, we explain and illustrate the mechanisms that make DNS work. We also introduce the terms you'll need to know to read the rest of the book (and to converse intelligently with your fellow zone administrators).

First, though, let's take a more detailed look at concepts introduced in the previous chapter. We'll try to add enough detail to spice it up a little.

## The Domain Name Space

DNS's distributed database is indexed by domain names. Each domain name is essentially just a path in a large inverted tree, called the *domain name space*. The tree's hierarchical structure, shown in Figure 2-1, is similar to the structure of the Unix filesystem. The tree has a single root at the top.* In the Unix filesystem, this is called the root directory, represented by a slash (/). DNS simply calls it "the root." Like a filesystem, DNS's tree can branch any number of ways at each intersection

---

* Clearly this is a computer scientist's tree, not a botanist's.

point, or *node*. The depth of the tree is limited to 127 levels (a limit you're not likely to reach).



Figure 2-1. The structure of the DNS namespace

## Domain Names

Each node in the tree has a text label (without dots) that can be up to 63 characters long. A null (zero-length) label is reserved for the root. The full *domain name* of any node in the tree is the sequence of labels on the path from that node to the root. Domain names are always read from the node toward the root ("up" the tree), with dots separating the names in the path.

If the root node's label actually appears in a node's domain name, the name looks as though it ends in a dot, as in "www.oreilly.com.". (It actually ends with a dot—the separator—and the root's null label.) When the root node's label appears by itself, it is written as a single dot (.) for convenience. Consequently, some software interprets a trailing dot in a domain name to indicate that the domain name is *absolute*. An absolute domain name is written relative to the root and unambiguously specifies a node's location in the hierarchy. An absolute domain name is also referred to as a *fully qualified domain name*, often abbreviated *FQDN*. Names without trailing dots are sometimes interpreted as relative to some domain name other than the root, just as directory names without a leading slash are often interpreted as relative to the current directory.

DNS requires that sibling nodes—nodes that are children of the same parent—have different labels. This restriction guarantees that a domain name uniquely

identifies a single node in the tree. The restriction isn't really a limitation, because the labels need to be unique only among the children, not among all the nodes in the tree. The same restriction applies to the Unix filesystem: you can't give two sibling directories or two files in the same directory the same name. Just as you can't have two *hobbes.pa.ca.us* nodes in the namespace, you also can't have two */usr/bin* directories (Figure 2-2). You can, however, have both a *hobbes.pa.ca.us* and a *hobbes.lg.ca.us* node, as you can have both a */bin* directory and a */usr/bin* directory.



Figure 2-2. *Ensuring uniqueness in domain names and in Unix pathnames*

## Domains

A *domain* is simply a subtree of the domain name space. The domain name of a domain is the same as the domain name of the node at the very top of the domain. So for example, the top of the *purdue.edu* domain is a node named *purdue.edu*, as shown in Figure 2-3.



*Figure 2-3. The purdue.edu domain*

Likewise, in a filesystem, at the top of the /usr directory, you'd expect to find a node called /usr, as shown in Figure 2-4.



*Figure 2-4. The /usr directory*

Any domain name in the subtree is considered a part of the domain. Because a domain name can be in many subtrees, it can also be in many domains. For example, the domain name *pa.ca.us* is part of the *ca.us* domain and also part of the *us* domain, as shown in Figure 2-5.

So in the abstract, a domain is just a subtree of the domain name space. But if a domain is simply made up of domain names and other domains, where are all the hosts? Domains are groups of hosts, right?



*Figure 2-5. A node in multiple domains*

The hosts are there, represented by domain names. Remember, domain names are just indexes into the DNS database. The "hosts" are the domain names that point to information about individual hosts. And a domain contains all the hosts whose domain names are within the domain. The hosts are related *logically*, often by geography or organizational affiliation, and not necessarily by network or address or hardware type. You might have 10 different hosts, each on a different network and perhaps even in a different country, all in the same domain.*

Domain names at the leaves of the tree generally represent individual hosts and may point to network addresses, hardware information, and mail routing information. Domain names in the interior of the tree can name a host *and* can point to information about the domain. Interior domain names aren't restricted to one or the other. They can represent both the domain they correspond to and a particular host on the network. For example, *hp.com* is both the name of the Hewlett-Packard Company's domain and the domain name of the hosts that run HP's main web server.

The type of information retrieved when you use a domain name depends on the context in which you use it. Sending mail to someone at *hp.com* returns mail routing information, while telneting to the domain name looks up the host information (in Figure 2-6, for example, *hp.com*'s IP address).

---

* One note of caution: don't confuse domains in the Domain Name System with domains in Sun's Network Information Service (NIS). Though an NIS domain also refers to a group of hosts, and both types of domains have similarly structured names, the concepts are quite different. NIS uses hierarchical names, but the hierarchy ends there: hosts in the same NIS domain share certain data about hosts and users, but they can't navigate the NIS namespace to find data in other NIS domains. NT domains, which provide account management and security services, also don't have any relationship to DNS domains.



*Figure 2-6. An interior node with both host and structural data*

A domain may have several subtrees of its own, called *subdomains.**

A simple way of deciding whether a domain is a subdomain of another domain is to compare their domain names. A subdomain's domain name ends with the domain name of its parent domain. For example, the domain *la.tyrell.com* must be a subdomain of *tyrell.com* because *la.tyrell.com* ends with *tyrell.com*. Similarly, it's a subdomain of *com*, as is *tyrell.com*.

Besides being referred to in relative terms, as subdomains of other domains, domains are often referred to by *level*. On mailing lists and in Usenet newsgroups, you may see the terms *top-level domain* or *second-level domain* bandied about. These terms simply refer to a domain's position in the domain name space:

- A top-level domain is a child of the root.
- A first-level domain is a child of the root (i.e., a top-level domain).
- A second-level domain is a child of a first-level domain, and so on.

## Resource Records

The data associated with domain names is contained in *resource records*, or RRs. Records are divided into classes, each of which pertains to a type of network or software. Currently, there are classes for internets (any TCP/IP-based internet), networks based on the Chaosnet protocols, and networks that use Hesiod software. (Chaosnet is an old network of largely historic significance.)

The internet class is by far the most popular. (We're not really sure if anyone still uses the Chaosnet class, and use of the Hesiod class is confined mostly to MIT.) In this book, we concentrate on the internet class.

---

* The terms *domain* and *subdomain* are often used interchangeably, or nearly so, in DNS and BIND documentation. Here, we use subdomain only as a relative term: a domain is a subdomain of another domain if the root of the subdomain is within the domain.

Within a class, records also come in several types, which correspond to the different varieties of data that may be stored in the domain name space. Different classes define different record types, though some types are common to more than one class. For example, almost every class defines an *address* type. Each record type in a given class defines a particular record syntax, which all resource records of that class and type must adhere to. (For details on internet resource record types and their syntaxes, see Appendix A, *DNS Message Format and Resource Records.*)

If this information seems sketchy, don't worry—we'll cover the records in the internet class in more detail later. The common records are described in Chapter 4, *Setting Up BIND*, and a more comprehensive list is included as part of Appendix A.

# The Internet Domain Name Space

So far, we've talked about the theoretical structure of the domain name space and what kind of data is stored in it, and we've even hinted at the types of names you might find in it with our (sometimes fictional) examples. But this won't help you decode the domain names you see on a daily basis on the Internet.

The Domain Name System doesn't impose many rules on the labels in domain names, and doesn't attach any *particular* meaning to the labels at a particular level. When you manage a part of the domain name space, you can decide on your own semantics for your domain names. Heck, you could name your subdomains A through Z and no one would stop you (though they might strongly recommend against it).

The existing Internet domain name space, however, has some self-imposed structure to it. Especially in the upper-level domains, domain names follow certain traditions (not rules, really, as they can be and have been broken). These traditions help domain names from appearing totally chaotic. Understanding these traditions is an enormous asset if you're trying to decipher a domain name.

## Top-Level Domains

The original top-level domains divided the Internet domain name space organizationally into seven domains:

com
> Commercial organizations, such as Hewlett-Packard (*hp.com*), Sun Microsystems (*sun.com*), and IBM (*ibm.com*).

edu
> Educational organizations, such as U.C. Berkeley (*berkeley.edu*) and Purdue University (*purdue.edu*).

*gov*

    Government organizations, such as NASA (*nasa.gov*) and the National Science Foundation (*nsf.gov*).

*mil*

    Military organizations, such as the U.S. Army (*army.mil*) and Navy (*navy.mil*).

*net*

    Formerly, organizations providing network infrastructure, such as NSFNET (*nsf.net*) and UUNET (*uu.net*). Since 1996, however, *net*, like *com*, has been open to any commercial organization.

*org*

    Formerly, noncommercial organizations, such as the Electronic Frontier Foundation (*eff.org*). Like *net*, however, restrictions on *org* were removed in 1996.

*int*

    International organizations, such as NATO (*nato.int*).

Another top-level domain called *arpa* was originally used during the ARPAnet's transition from host tables to DNS. All ARPAnet hosts originally had domain names under *arpa*, so they were easy to find. Later, they moved into various subdomains of the organizational top-level domains. However, the *arpa* domain remains in use in a way you'll read about later.

You may notice a certain nationalistic prejudice in the examples: all are primarily U.S. organizations. That's easier to understand—and forgive—when you remember that the Internet began as the ARPAnet, a U.S.-funded research project. No one anticipated the success of the ARPAnet, or that it would eventually become as international as the Internet is today.

Today, these original domains are called *generic top-level domains*, or gTLDs. In early 2001, we will have a few more of these, including *name, biz, info,* and *pro*, to accommodate the rapid expansion of the Internet and the need for more domain name "space." The organization responsible for management of the Internet's domain name system, the Internet Corporation for Assigned Names and Numbers (ICANN) OK'd adding these new gTLDs, along with the decidedly nongeneric *aero, coop,* and *museum*, in late 2000. For information on ICANN's work and the new TLDs, see *http://www.icann.org*.

To accommodate the increasing internationalization of the Internet, the original implementers of the Internet namespace compromised. Instead of insisting that all top-level domains describe organizational affiliation, they decided to allow geographical designations, too. New top-level domains were reserved (but not necessarily created) to correspond to individual countries. Their domain names followed

an existing international standard called ISO 3166.* ISO 3166 establishes official, two-letter abbreviations for every country in the world. We've included the current list of top-level domains as Appendix D, *Top-Level Domains*.

## Further Down

Within these top-level domains, the traditions and the extent to which they are followed vary. Some of the ISO 3166 top-level domains closely follow the U.S.'s original organizational scheme. For example, Australia's top-level domain, *au*, has subdomains such as *edu.au* and *com.au*. Some other ISO 3166 top-level domains follow the *uk* domain's lead and have organizationally oriented subdomains such as *co.uk* for corporations and *ac.uk* for the academic community. In most cases, however, even these geographically oriented top-level domains are divided up organizationally.

That's not true of the *us* top-level domain, however. The *us* domain has 50 subdomains that correspond to—guess what?—the 50 states.† Each is named according to the standard two-letter abbreviation for the state, the same abbreviation standardized by the U.S. Postal Service. Within each state's domain, the organization is still largely geographical: most subdomains correspond to individual cities. Beneath the cities, the subdomains usually correspond to individual hosts.

## Reading Domain Names

Now that you know what most top-level domains represent and how their namespaces are structured, you'll probably find it much easier to make sense of most domain names. Let's dissect a few for practice:

*lithium.cchem.berkeley.edu*
> You've got a head start on this one, as we've already told you that *berkeley.edu* is U.C. Berkeley's domain. (Even if you didn't already know that, though, you could have inferred that the name probably belongs to a U.S. university because it's in the top-level *edu* domain.) *cchem* is the College of Chemistry's subdomain of *berkeley.edu*. Finally, *lithium* is the name of a particular host in the domain—and probably one of about a hundred or so, if they've got one for every element.

---

\* Except for Great Britain. According to ISO 3166 and Internet tradition, Great Britain's top-level domain name should be *gb*. Instead, most organizations in Great Britain and Northern Ireland (i.e., the United Kingdom) use the top-level domain name *uk*. They drive on the wrong side of the road, too.

† Actually, there are a few more subdomains under *us*: one for Washington, D.C., one for Guam, and so on.

*winnie.corp.hp.com*

This example is a bit harder, but not much. The *hp.com* domain in all likelihood belongs to the Hewlett-Packard Company (in fact, we mentioned this earlier, too). Their *corp* subdomain is undoubtedly their corporate headquarters. And *winnie* is probably just some silly name someone thought up for a host.

*fernwood.mpk.ca.us*

Here you'll need to use your understanding of the *us* domain. *ca.us* is obviously California's domain, but *mpk* is anybody's guess. In this case, it would be hard to know that it's Menlo Park's domain unless you knew your San Francisco Bay Area geography. (And no, it's not the same Menlo Park that Edison lived in—that one's in New Jersey.)

*daphne.ch.apollo.hp.com*

We've included this example just so you don't start thinking that all domain names have four labels. *apollo.hp.com* is the former Apollo Computer's subdomain of the *hp.com* domain. (When HP acquired Apollo, it also acquired Apollo's Internet domain, *apollo.com*, which later became *apollo.hp.com*.) *ch.apollo.hp.com* is Apollo's Chelmsford, Massachusetts, site. And *daphne* is a host in Chelmsford.

## *Delegation*

Remember that one of the main goals of the design of the Domain Name System was to decentralize administration? This is achieved through *delegation*. Delegating domains is a lot like delegating tasks at work. A manager may break up a large project into smaller tasks and delegate responsibility for each of these tasks to different employees.

Likewise, an organization administering a domain can divide it into subdomains. Each of those subdomains can be *delegated* to other organizations. This means that an organization becomes responsible for maintaining all the data in that subdomain. It can freely change the data, and even divide up its subdomain into more subdomains and delegate those. The parent domain retains only pointers to sources of the subdomain's data so that it can refer queriers there. The domain *stanford.edu*, for example, is delegated to the folks at Stanford who run the university's networks, as shown in Figure 2-7.

Not all organizations delegate away their whole domain, just as not all managers delegate all their work. A domain may have several delegated subdomains and also contain hosts that don't belong in the subdomains. For example, the Acme Corporation (which supplies a certain coyote with most of his gadgets) has a division in Rockaway and its headquarters in Kalamazoo, so it might have a *rockaway. acme.com* subdomain and a *kalamazoo.acme.com* subdomain. However, the few



*Figure 2-7. stanford.edu is delegated to Stanford University*

hosts in the Acme sales offices scattered throughout the U.S. would fit better under *acme.com* than under either subdomain.

We'll explain how to create and delegate subdomains later. For now, it's only important to understand that the term *delegation* refers to assigning responsibility for a subdomain to another organization.

# Name Servers and Zones

The programs that store information about the domain name space are called *name servers*. Name servers generally have complete information about some part of the domain name space (a *zone*), which they load from a file or from another name server. The name server is then said to have *authority* for that zone. Name servers can be authoritative for multiple zones, too.

The difference between a zone and a domain is important, but subtle. All top-level domains, and many domains at the second level and lower, such as *berkeley.edu* and *hp.com*, are broken into smaller, more manageable units by delegation. These units are called zones. The *edu* domain, shown in Figure 2-8, is divided into many zones, including the *berkeley.edu* zone, the *purdue.edu* zone, and the *nwu.edu* zone. At the top of the domain, there's also an *edu* zone. It's natural that the folks who run *edu* would break up the *edu* domain: otherwise, they'd have to manage the *berkeley.edu* subdomain themselves. It makes much more sense to delegate *berkeley.edu* to Berkeley. What's left for the folks who run *edu*? The *edu* zone, which would contain mostly delegation information for subdomains of *edu*.

The *berkeley.edu* subdomain is, in turn, broken up into multiple zones by delegation, as shown in Figure 2-9. There are delegated subdomains called *cc, cs, ce, me,* and more. Each of these subdomains is delegated to a set of name servers, some



*Figure 2-8. The edu domain broken into zones*

of which are also authoritative for *berkeley.edu*. However, the zones are still separate, and may have a totally different group of authoritative name servers.



*Figure 2-9. The berkeley.edu domain broken into zones*

A zone and a domain may share the same domain name but contain different nodes. In particular, the zone doesn't contain any nodes in delegated subdomains. For example, the top-level domain *ca* (for Canada) has subdomains called *ab.ca*, *on.ca*, and *qc.ca*, for the provinces Alberta, Ontario, and Quebec. Authority for the *ab.ca*, *on.ca*, and *qc.ca* subdomains may be delegated to name servers in each of the provinces. The domain *ca* contains all the data in *ca* plus all the data in *ab.ca*, *on.ca*, and *qc.ca*. But the zone *ca* contains only the data in *ca* (see Figure 2-10), which is probably mostly pointers to the delegated subdomains. And *ab.ca*, *on.ca*, and *qc.ca* are separate zones from the *ca* zone.



*Figure 2-10. The domain ca . . .*

If a subdomain of the domain isn't delegated away, however, the zone contains the domain names and data in the subdomain. So the *bc.ca* and *sk.ca* (British Columbia and Saskatchewan) subdomains of the *ca* domain may exist, but might not be delegated. (Perhaps the provincial authorities in B.C. and Saskatchewan aren't yet ready to manage their own zones, but the authorities running the top-level *ca* zone want to preserve the consistency of the namespace and implement subdomains for all of the Canadian provinces right away.) In this case, the zone *ca* has a ragged bottom edge, containing *bc.ca* and *sk.ca* but not the other *ca* sub-domains, as shown in Figure 2-11.

Now it's clear why name servers load zones instead of domains: a domain might contain more information than the name server needs.* A domain could contain

---

* Imagine if a root name server loaded the root domain instead of the root zone: it would be loading the entire namespace!



*Figure 2-11. . . . versus the zone ca*

data delegated to other name servers. Since a zone is bounded by delegation, it never includes delegated data.

If you're just starting out, however, your domain probably won't have any sub-domains. In this case, since there's no delegation going on, your domain and your zone contain the same data.

## Delegating Subdomains

Even though you may not need to delegate parts of your domain just yet, it's help-ful to understand a little more about how the process of delegating a subdomain works. Delegation, in the abstract, involves assigning responsibility for some part of your domain to another organization. What really happens, however, is the assignment of authority for your subdomains to different name servers. (Note that we said "name servers," not just "name server.")

Your zone's data, instead of containing information in the subdomain you've dele-gated, includes pointers to the name servers that are authoritative for that subdo-main. Now if one of your name servers is asked for data in the subdomain, it can reply with a list of the right name servers to talk to.

## Types of Name Servers

The DNS specs define two types of name servers: primary masters and secondary masters. A *primary master* name server for a zone reads the data for the zone from a file on its host. A *secondary master* name server for a zone gets the zone data from another name server that is authoritative for the zone, called its *master server.*

Quite often, the master name server is the zone's primary master, but that's not required: a secondary master can load zone data from another secondary. When a secondary starts up, it contacts its master server and, if necessary, pulls the zone data over. This is referred to as a *zone transfer.* Nowadays, the preferred term for a secondary master name server is a *slave,* though many people (and much software, including Microsoft's DNS Manager) still use the old term.

Both the primary master and slave name servers for a zone are authoritative for that zone. Despite the somewhat disparaging name, slaves aren't second-class name servers. DNS provides these two types of name servers to make administration easier. Once you've created the data for your zone and set up a primary master name server, you don't need to fool with copying that data from host to host to create new name servers for the zone. You simply set up slave name servers that load their data from the primary master for the zone. Once they're set up, the slaves transfer new zone data when necessary.

Slave name servers are important because it's a good idea to set up more than one name server for any given zone. You'll want more than one for redundancy, to spread the load around, and to ensure that all the hosts in the zone have a name server close by. Using slave name servers makes this administratively workable.

Calling a *particular* name server a primary master name server or a slave name server is a little imprecise, though. We mentioned earlier that a name server can be authoritative for more than one zone. Similarly, a name server can be a primary master for one zone and a slave for another. Most name servers, however, are either primary for most of the zones they load or slave for most of the zones they load. So if we call a particular name server a primary or a slave, we mean that it's the primary master or a slave for *most* of the zones it's authoritative for.

## Zone Data Files

The files from which primary master name servers load their zone data are called, simply enough, zone data files. We often refer to them as data files or database files. Slave name servers can also load their zone data from data files. Slaves are usually configured to back up the zone data they transfer from a master name server to data files. If the slave is later killed and restarted, it will read the backup data files first, then check to see whether its zone data is current. This both obviates the need to transfer the zone data if it hasn't changed and provides a source of the data if the master is down.

The data files contain resource records that describe the zone. The resource records describe all the hosts in the zone and mark any delegation of subdomains. BIND also allows special directives to include the contents of other data files in a zone data file, much like the *#include* statement in C programming.

# Resolvers

Resolvers are the clients that access name servers. Programs running on a host that need information from the domain name space use the resolver. The resolver handles the following tasks:

- Querying a name server

- Interpreting responses (which may be resource records or an error)

- Returning the information to the programs that requested it

In BIND, the resolver is just a set of library routines linked into programs such as Telnet and FTP. It's not even a separate process. It has the smarts to put together a query, send it and wait for an answer, and resend the query if it isn't answered, but that's about all. Most of the burden of finding an answer to the query is placed on the name server. The DNS specs call this kind of resolver a *stub resolver.*

Other implementations of DNS have had smarter resolvers, which can do more sophisticated things such as build up a cache of information already retrieved from name servers.* But these aren't nearly as common as the stub resolver implemented in BIND.

# Resolution

Name servers are adept at retrieving data from the domain name space. They have to be, given the limited intelligence of most resolvers. Not only can they give you data from zones for which they're authoritative, they can also search through the domain name space to find data for which they're not authoritative. This process is called *name resolution* or simply *resolution.*

Because the namespace is structured as an inverted tree, a name server needs only one piece of information to find its way to any point in the tree: the domain names and addresses of the root name servers (is that more than one piece?). A name server can issue a query to a root name server for any domain name in the domain name space, and the root name server starts the name server on its way.

## Root Name Servers

The root name servers know where the authoritative name servers for each of the top-level zones are. (In fact, some of the root name servers are authoritative for the generic top-level zones.) Given a query about any domain name, the root name servers can provide at least the names and addresses of the name servers that are authoritative for the top-level zone that the domain name ends in. And the

---

* Rob Austein's CHIVES resolver for TOPS-20 could cache, for example.

top-level name servers can provide the list of the authoritative name servers for the second-level zone that the domain name ends in. Each name server queried gives the querier information about how to get "closer" to the answer it's seeking, or it provides the answer itself.

The root name servers are clearly important to resolution. Because they're so important, DNS provides mechanisms—such as caching, which we'll discuss a little later—to help offload the root name servers. But in the absence of other information, resolution has to start at the root name servers. This makes the root name servers crucial to the operation of DNS; if all the Internet root name servers were unreachable for an extended period, all resolution on the Internet would fail. To protect against this, the Internet has 13 root name servers (as of this writing) spread across different parts of the network. For example, one is on PSINet, a commercial Internet backbone; one is on the NASA Science Internet; two are in Europe; and one is in Japan.

Being the focal point for so many queries keeps the roots busy; even with 13, the traffic to each root name server is very high. A recent informal poll of root name server administrators showed some roots receiving thousands of queries per second.

Despite the load placed on root name servers, resolution on the Internet works quite well. Figure 2-12 shows the resolution process for the address of a real host in a real domain, including how the process corresponds to traversing the domain name space tree.

The local name server queries a root name server for the address of *girigiri. gbrmpa.gov.au* and is referred to the *au* name servers. The local name server asks an *au* name server the same question, and is referred to the *gov.au* name servers. The *gov.au* name server refers the local name server to the *gbrmpa.gov.au* name servers. Finally, the local name server asks a *gbrmpa.gov.au* name server for the address and gets the answer.

## Recursion

You may have noticed a big difference in the amount of work done by the name servers in the previous example. Four of the name servers simply returned the best answer they already had—mostly referrals to other name servers—to the queries they received. They didn't have to send their own queries to find the data requested. But one name server—the one queried by the resolver—had to follow successive referrals until it received an answer.

Why couldn't the local name server simply have referred the resolver to another name server? Because a stub resolver wouldn't have had the intelligence to follow a referral. And how did the name server know not to answer with a referral? Because the resolver issued a recursive query.



*Figure 2-12. Resolution of girigiri.gbrmpa.gov.au on the Internet*

Queries come in two flavors, *recursive* and *iterative* (or *nonrecursive*). Recursive queries place most of the burden of resolution on a single name server. *Recursion, or recursive resolution,* is just a name for the resolution process used by a name server when it receives recursive queries. As with recursive algorithms in programming, the name server repeats the same basic process (querying a remote name server and following any referrals) until it receives an answer. *Iteration,* or *iterative resolution,* described in the next section, refers to the resolution process used by a name server when it receives iterative queries.

In recursion, a resolver sends a recursive query to a name server for information about a particular domain name. The queried name server is then obliged to respond with the requested data or with an error stating that data of the requested type doesn't exist or that the domain name specified doesn't exist.[*] The name

---

[*] BIND 8 name servers can be configured to ignore or refuse recursive queries; see Chapter 11, *Security*, for how and why you'd want to do this.

server can't just refer the querier to a different name server because the query was recursive.

If the queried name server isn't authoritative for the data requested, it will have to query other name servers to find the answer. It could send recursive queries to those name servers, thereby obliging them to find the answer and return it (and passing the buck). Or it could send iterative queries and possibly be referred to other name servers "closer" to the domain name it's looking for. Current implementations are polite and do the latter, following the referrals until an answer is found.*

A name server that receives a recursive query that it can't answer itself will query the "closest known" name servers. The closest known name servers are the servers authoritative for the zone closest to the domain name being looked up. For example, if the name server receives a recursive query for the address of the domain name *girigiri.gbrmpa.gov.au*, it will first check whether it knows which name servers are authoritative for *girigiri.gbrmpa.gov.au*. If it does, it will send the query to one of them. If not, it will check whether it knows the name servers for *gbrmpa.gov.au*, and after that *gov.au*, and then *au*. The default, where the check is guaranteed to stop, is the root zone, since every name server knows the domain names and addresses of the root name servers.

Using the closest known name servers ensures that the resolution process is as short as possible. A *berkeley.edu* name server receiving a recursive query for the address of *waxwing.ce.berkeley.edu* shouldn't have to consult the root name servers; it can simply follow delegation information directly to the *ce.berkeley.edu* name servers. Likewise, a name server that has just looked up a domain name in *ce.berkeley.edu* shouldn't have to start resolution at the roots to look up another *ce.berkeley.edu* (or *berkeley.edu*) domain name; we'll show how this works in the later section "Caching."

The name server that receives the recursive query always sends the same query that the resolver sends it, for example, for the address of *waxwing.ce.berkeley.edu*. It never sends explicit queries for the name servers for *ce.berkeley.edu* or *berkeley.edu*, though this information is also stored in the namespace. Sending explicit queries could cause problems: there may be no *ce.berkeley.edu* name servers (that is, *ce.berkeley.edu* may be part of the *berkeley.edu* zone). Also, it's always possible that an *edu* or *berkeley.edu* name server already knows *waxwing.ce.berkeley.edu*'s address. An explicit query for the *berkeley.edu* or *ce.berkeley.edu* name servers would miss this information.

---

* The exception is a name server configured to forward all unresolved queries to a designated name server, called a forwarder. See Chapter 10, *Advanced Features*, for more information on using forwarders.

## Iteration

Iterative resolution, on the other hand, doesn't require nearly as much work on the part of the queried name server. In iterative resolution, a name server simply gives the best answer *it already knows* back to the querier. No additional querying is required. The queried name server consults its local data (including its cache, which we talk about shortly), looking for the data requested. If it doesn't find the answer there, it finds the names and addresses of the name servers closest to the domain name in the query in its local data, and returns that as a referral to help the querier continue the resolution process. Note that the referral includes *all* of the name servers listed in the local data; it's up to the querier to choose which one to query next.

## Choosing Between Authoritative Name Servers

Some of the card-carrying Mensa members in our reading audience may be wondering how the name server that receives the recursive query chooses between the name servers authoritative for the zone. For example, we said that there are 13 root name servers on the Internet today. Does the name server simply query the one that appears first in the referral? Does it choose randomly?

BIND name servers use a metric called *roundtrip time*, or RTT, to choose between name servers authoritative for the same zone. Roundtrip time is a measurement of how long a remote name server takes to respond to queries. Each time a BIND name server sends a query to a remote name server, it starts an internal stopwatch. When it receives a response, it stops the stopwatch and makes a note of how long that remote name server took to respond. When the name server must choose which of a group of authoritative name servers to query, it simply chooses the one with the lowest RTT.

Before a BIND name server has queried a name server, it gives it a random RTT value, but lower than any real-world RTT. This ensures that the BIND name server queries all of the name servers authoritative for a given zone in a random order before playing favorites.

On the whole, this simple but elegant algorithm allows BIND name servers to "lock on" to the closest name servers quickly and without the overhead of an out-of-band mechanism to measure performance.

## The Whole Enchilada

All of this amounts to a resolution process that, taken as a whole, usually looks something like Figure 2-13.



① Name server **A** receives a recursive query from the resolver.

② **A** sends an iterative query to **B**.

③ **B** refers **A** to other name servers, including **C**.

④ **A** sends an iterative query to **C**.

⑤ **C** refers **A** to other name servers, including **D**.

⑥ **A** sends an iterative query to **D**.

⑦ **D** answers.

⑧ **A** returns answer to resolver.

*Figure 2-13. The resolution process*

A resolver queries a local name server, which sends iterative queries to a number of other name servers in pursuit of an answer for the resolver. Each name server it queries refers it to another name server that is authoritative for a zone further down in the namespace and closer to the domain name sought. Finally, the local name server queries the authoritative name server, which returns an answer. All the while, the local name server uses each response it receives—whether a referral or the answer—to update the RTT of the responding name server, which will help it decide which name servers to query to resolve domain names in the future.

## Mapping Addresses to Names

One major piece of functionality missing from the resolution process as explained so far is how addresses get mapped back to domain names. Address-to-name mapping is used to produce output that is easier for humans to read and interpret (in log files, for instance). It's also used in some authorization checks. Unix hosts map addresses to domain names to compare against entries in *.rhosts* and *hosts.equiv* files, for example. When using host tables, address-to-name mapping is trivial. It requires a straightforward sequential search through the host table for an address. The search returns the official host name listed. In DNS, however, address-to-name mapping isn't so simple. Data, including addresses, in the domain name space is indexed by name. Given a domain name, finding an address is relatively easy. But

finding the domain name that maps to a given address would seem to require an exhaustive search of the data attached to every domain name in the tree.

Actually, there's a better solution that's both clever and effective. Because it's easy to find data once you're given the domain name that indexes that data, why not create a part of the domain name space that uses addresses as labels? In the Internet's domain name space, this portion is the *in-addr.arpa* domain.

Nodes in the *in-addr.arpa* domain are labeled after the numbers in the dotted-octet representation of IP addresses. (Dotted-octet representation refers to the common method of expressing 32-bit IP addresses as four numbers in the range 0 to 255, separated by dots.) The *in-addr.arpa* domain, for example, could have up to 256 subdomains, one corresponding to each possible value in the first octet of an IP address. Each of these subdomains could have up to 256 subdomains of its own, corresponding to the possible values of the second octet. Finally, at the fourth level down, there are resource records attached to the final octet giving the full domain name of the host at that IP address. That makes for an awfully big domain: *in-addr.arpa*, shown in Figure 2-14, is roomy enough for every IP address on the Internet.



*Figure 2-14. The in-addr.arpa domain*

Note that when read in a domain name, the IP address appears backward because the name is read from leaf to root. For example, if *winnie.corp.hp.com*'s IP address is 15.16.192.152, the corresponding node in the *in-addr.arpa* domain is *152.192. 16.15.in-addr.arpa*, which maps back to the domain name *winnie.corp.hp.com*.

IP addresses could have been represented the opposite way in the namespace, with the first octet of the IP address at the bottom of the *in-addr.arpa* domain. That way, the IP address would have read correctly (forward) in the domain name.

IP addresses are hierarchical, however, just like domain names. Network numbers are doled out much as domain names are, and administrators can then subnet their address space and further delegate numbering. The difference is that IP addresses get more specific from left to right, while domain names get less specific from left to right. Figure 2-15 shows what we mean.



*Figure 2-15. Hierarchical names and addresses*

Making the first octets in the IP address appear highest in the tree gives administrators the ability to delegate authority for *in-addr.arpa* zones along network lines. For example, the *15.in-addr.arpa* zone, which contains the reverse-mapping information for all hosts whose IP addresses start with 15, can be delegated to the administrators of network 15.0.0.0. This would be impossible if the octets appeared in the opposite order. If the IP addresses were represented the other way around, *15.in-addr.arpa* would consist of every host whose IP address *ended* with 15—not a practical zone to try to delegate.

## Inverse Queries

The *in-addr.arpa* domain is clearly useful only for IP address–to–domain name mapping. Searching for a domain name that indexes an *arbitrary* piece of data— something besides an address—in the domain name space would require another specialized namespace, such as *in-addr.arpa*, or an exhaustive search.

That exhaustive search is to some extent possible, and it's called an *inverse query*. An inverse query is a search for the domain name that indexes a given datum. It's processed solely by the name server receiving the query. That name server searches all its local data for the item sought and, if possible, returns the domain

name that indexes it. If it can't find the data, it gives up. No attempt is made to consult another name server.

Because any one name server knows about only part of the overall domain name space, an inverse query is never guaranteed to return an answer. For example, if a name server receives an inverse query for an IP address it knows nothing about, it can't return an answer, but it also doesn't know that the IP address doesn't exist, because it holds only part of the DNS database. What's more, the implementation of inverse queries is optional according to the DNS specification; BIND 4.9.8 still contains the code that implements inverse queries, but it's commented out by default. Neither BIND 8 nor BIND 9 includes that code at all, though they do recognize inverse queries and can make up fake responses to them.* That's fine with us, because very little software (such as archaic versions of *nslookup*) actually still uses inverse queries.

## Caching

The whole resolution process may seem awfully convoluted and cumbersome to someone accustomed to simple searches through the host table. Actually, though, it's usually quite fast. One of the features that speeds it up considerably is *caching*.

A name server processing a recursive query may have to send out quite a few queries to find an answer. However, it discovers a lot of information about the domain name space as it does so. Each time it's referred to another list of name servers, it learns that those name servers are authoritative for some zone, and it learns the addresses of those servers. And at the end of the resolution process, when it finally finds the data the original querier sought, it can store that data for future reference. With Version 4.9 and all Version 8 and 9 BINDs, name servers even implement *negative caching*: if an authoritative name server responds to a query with an answer that says the domain name or datatype in the query doesn't exist, the local name server will temporarily cache that information, too. Name servers cache all this data to help speed up successive queries. The next time a resolver queries the name server for data about a domain name the name server knows something about, the process is shortened quite a bit. If the name server has cached the answer, positive or negative, it simply returns the answer to the resolver. Even if it doesn't have the answer cached, it may have learned the identities of the name servers that are authoritative for the zone the domain name is in and be able to query them directly.

For example, say our name server has already looked up the address *eecs.berkeley. edu*. In the process, it cached the names and addresses of the *eecs.berkeley.edu*

---

* For details on this functionality, see "Query Refused," in Chapter 12, *nslookup and dig*.

and *berkeley.edu* name servers (plus *eecs.berkeley.edu*'s IP address). Now if a resolver were to query our name server for the address of *baobab.cs.berkeley.edu*, our name server could skip querying the root name servers. Recognizing that *berkeley.edu* is the closest ancestor of *baobab.cs.berkeley.edu* that it knows about, our name server would start by querying a *berkeley.edu* name server, as shown in Figure 2-16. On the other hand, if our name server had discovered that there was no address for *eecs.berkeley.edu*, the next time it receives a query for the address, it could simply respond appropriately from its cache.



Figure 2-16. *Resolving baobab.cs.berkeley.edu*

In addition to speeding up resolution, caching obviates a name server's need to query the root name servers to answer queries it can't answer locally. This means that it's not as dependent on the roots, and the roots won't suffer as much from all its queries.

## Time to Live

Name servers can't cache data forever, of course. If they did, changes to that data on the authoritative name servers would never reach the rest of the network. Remote name servers would just continue to use cached data. Consequently, the administrator of the zone that contains the data decides on a *time to live*, or TTL, for the data. The time to live is the amount of time that any name server is allowed to cache the data. After the time to live expires, the name server must discard the

cached data and get new data from the authoritative name servers. This also applies to negatively cached data; a name server must time out a negative answer after a period, too, in case new data has been added on the authoritative name servers.

Deciding on a time to live for your data is essentially deciding on a trade-off between performance and consistency. A small TTL helps ensure that data in your zones is consistent across the network, because remote name servers will time it out more quickly and be forced to query your authoritative name servers more often for new data. On the other hand, it tends to increase the load on your name servers and lengthen resolution time for information in your zones.

A large TTL shortens the average time it takes to resolve information in your zones because the data can be cached longer. The drawback is that your information will be inconsistent for a longer time if you make changes to your data on your name servers.

But enough of this theory—you're probably antsy to get on with this. There's some homework necessary before you can set up your zones and your name servers, though, and we'll assign it in the next chapter.

## In this chapter:
- Getting BIND
- Choosing a Domain Name

# 3

# *Where Do I Start?*

> *"What do you call yourself?" the Fawn said at last.*
> *Such a soft sweet voice it had!*
>
> *"I wish I knew!" thought poor Alice. She answered,*
> *rather sadly, "Nothing, just now."*
>
> *"Think again," it said: "that won't do."*
>
> *Alice thought, but nothing came of it. "Please,*
> *would you tell me what you call yourself?" she said*
> *timidly. "I think that might help a little."*
>
> *"I'll tell you, if you come a little further on," the*
> *Fawn said. "I can't remember here."*

Now that you understand the theory behind the Domain Name System, we can attend to more practical matters. Before you set up your zones, you may need to get the BIND software. Usually, it's included as a standard part of most Unix-based operating systems. Often, though, you'll want to seek out a more recent version with all the latest functionality and security enhancements.

Once you've got BIND, you need to decide on a domain name for your main zone—which may not be quite as easy as it sounds, since it entails finding an appropriate place in the Internet namespace. That decided, you need to contact the administrators of the parent of the zone whose domain name you've chosen.

One thing at a time, though. Let's talk about where to get BIND.

## *Getting BIND*

If you plan to set up your own zones and run name servers for them, you'll need the BIND software first. Even if you're planning on having someone else host your

zones, it's helpful to have the software around. For example, you can use your local name server to test your data files before giving them to the administrator of your remote name servers.

Most commercial Unix vendors ship BIND with the rest of their standard TCP/IP networking software. And the networking software is usually included with the operating system, so you get BIND free. Even if the networking software is priced separately, you've probably already bought it, since you clearly do enough networking to need DNS, right?

If you don't have a version of BIND for your flavor of Unix, though, or if you want the latest, greatest version, you can always get the source code. As luck would have it, it's freely distributed. The source code for the most up-to-date versions of BIND as of this writing (the BIND 8.2.3 and 9.1.0 releases) is available via anonymous FTP from the Internet Software Consortium's web site, *ftp.isc.org*, in */isc/bind/ src/cur/bind-8/bind-src.tar.gz* and */isc/bind9/9.1.0/bind-9.1.0.tar.gz*, respectively. Compiling these releases on most common Unix platforms is relatively straightforward.* The ISC includes a list of Unix-ish operating systems that BIND is known to compile on in the file *src/INSTALL*, including several versions of Linux, Digital Unix, and Solaris 2. There's also a list of other Unix-ish and not-so-Unix-ish (MPE, anyone?) operating systems that BIND has supported in the past and that these most recent versions of BIND will probably compile on without much effort.† Regardless of which category your operating system falls into, we strongly recommend reading all of the sections of *src/INSTALL* relevant to your OS. We also include instructions on compiling BIND 8.2.3 and 9.1.0 on RedHat Linux 6.2 as Appendix C, *Compiling and Installing BIND on Linux*. It's a remarkably short appendix.

Some of you may already have a version of BIND that came with your operating system, but you're wondering whether you need the latest, greatest version of BIND. What does it have to offer that earlier versions of BIND don't? Here's an overview:

*Security fixes*

Arguably the most important reason to run the newest BIND is that only the most recent versions are patched against most attacks, some of them widely known. BIND 8.2.3 and BIND 9.1.0 are resistant to all well-known attacks, while BIND 4.9.8 can withstand an important subset of them. Earlier versions of BIND have many widely known vulnerabilities. If you're running a name server

---

* Compiling early versions of BIND 9 (before 9.1.0) can be a little tricky, since these versions require *pthreads* and many OSes sport broken *pthreads* implementations. BIND 9.1.0 and later can be built without *pthreads* by running *configure --disable-threads*.

† We know for a fact that BIND 8.2.3 compiles cleanly on several of these operating systems.

on the Internet, we strongly recommend that you run BIND 8.2.3, BIND 9.1.0, at the very least BIND 4.9.8, or whatever the current released version is as you read this.

### Security features

BIND 8 and BIND 9 support access lists on queries, zone transfers, and dynamic updates. BIND 4.9 servers support access lists on queries and zone transfers, and earlier versions of BIND don't support access lists at all. Certain name servers, particularly those running on bastion hosts or other security-critical hosts, may require these features.

We cover these features in Chapter 11, *Security.*

### DNS UPDATE

BIND 8 and BIND 9 support the Dynamic Update standard described in RFC 2136. This allows authorized agents to update zone data by sending special update messages to add or delete resource records. BIND 4 servers don't support Dynamic Update.

We cover Dynamic Update in Chapter 10, *Advanced Features.*

### DNS NOTIFY

BIND 8 and BIND 9 support zone change notification, which allows the primary master name server for a zone to notify the zone's slaves when the serial number has incremented. BIND 4 servers don't support NOTIFY.

We describe NOTIFY in Chapter 10.

### Incremental zone transfer

BIND 8.2.3 and BIND 9 support incremental zone transfer, which allows slave name servers to request just the changes to a zone from their master servers. This makes zone transfers faster and more efficient, and is particularly important for large, dynamic zones.

### Configuration syntax

The configuration syntax used by BIND 8 and BIND 9 is completely different from BIND 4's. While the new configuration syntax is more flexible and more powerful, it also requires learning a brand-new system for configuring BIND. But then, you have this book to help you through that.

We introduce the BIND 8 and BIND 9 configuration syntax in Chapter 4, *Setting Up BIND*, and describe it throughout the rest of the book.

We've also provided a summary of the capabilities of four popular versions of BIND (4.9.8, 8.1.2, 8.2.3, and 9.1.0) as Appendix B, *BIND Compatibility Matrix.* If you're not sure which version is right for you or if you need some exotic BIND feature you're not sure is supported yet in BIND 9, take a look at the appendix.

If, after reading through this list and checking the appendix, you're convinced you need BIND 8 or BIND 9's features and neither a BIND 8 nor BIND 9 name server comes with your operating system, download the source code and build your own.

## Handy Mailing Lists and Usenet Newsgroups

Instructions on how to port BIND to every other version of Unix could consume another book this size, so we'll have to refer you to the BIND users mailing list (*bind-users@isc.org*) or the corresponding Usenet newsgroup (*comp.protocols.dns. bind*) for further help.* For BIND 9, there's a separate mailing list, *bind9-users@isc.org*.† The folks who read and contribute to the BIND users mailing lists can be enormously helpful in your porting efforts. Before sending mail to the list asking whether a particular port is available, though, be sure to check the search-able archive of the mailing list at *http://www.isc.org/ml-archives/bind-users*. Also, take a look at the ISC's BIND web page at *http://www.isc.org/products/BIND* for notes or links specific to your operating system, and check Andras Salamon's DNS Resource Directory for precompiled BIND software. The directory currently has a short list of precompiled binaries at *http://www.dns.net/dnsrd/bind.html*.

Another mailing list you might be interested in is the *namedroppers* list. Folks on the *namedroppers* mailing list are involved in the IETF working group that devel-ops extensions to the DNS specifications, DNSEXT. For example, the discussion of a new, proposed DNS record type would probably take place on *namedroppers* instead of the BIND mailing list. For more information on DNSEXT's charter, see *http://www.ietf.org/html.charters/dnsext-charter.html*.

The address for the *namedroppers* mailing list is *namedroppers@ops.ietf.org*, and it is gatewayed into the Internet newsgroup *comp.protocols.dns.std*. To join the *namedroppers* mailing list, send mail to *namedroppers-request@ops.ietf.org* with the text "subscribe namedroppers" as the body of the message.

## Finding IP Addresses

You'll notice that we gave you a number of domain names of hosts that have FTPable software, and that the mailing lists we mentioned include domain names. That should underscore the importance of DNS: see what valuable software and

---

* To ask a question on an Internet mailing list, all you need to do is send a message to the mailing list's address. If you'd like to join the list, however, you have to send a message to the list's maintainer first, requesting that he or she add your electronic mail address to the list. Don't send this request to the list itself—that's considered rude. The Internet convention is that you can reach the maintainer of a mailing list by sending mail to *list-request@domain*, where *list@domain* is the address of the mailing list. So, for example, you can reach the BIND users mailing list's administrator by sending mail to *bind-users-request@isc.org*.

† Most of the BIND 9 developers read the *bind9-users* mailing list exclusively.

advice you can get with the help of DNS? Unfortunately, it's also something of a chicken-and-egg problem: you can't send email to an address with a domain name in it unless you've got DNS set up, so how can you ask someone on the list how to set DNS up?

Well, we could give you the IP addresses for all the hosts we mentioned, but since IP addresses change often (in publishing timescales, anyway), we'll show you how you can *temporarily* use someone else's name server to find the information instead. As long as your host has Internet connectivity and the *nslookup* program, you can retrieve information from the Internet namespace. To look up the IP address for *ftp.isc.org*, for example, you could use:

```
% nslookup ftp.isc.org. 207.69.188.185
```

This instructs *nslookup* to query the name server running on the host at the IP address 207.69.188.185 to find the IP address for *ftp.isc.org*, and should produce output like:

```
Server:   ns1.mindspring.com
Address:  207.69.188.185

Name:     isrv4.pa.vix.com
Address:  204.152.184.27
Aliases:  ftp.isc.org
```

Now you can FTP to *ftp.isc.org*'s IP address, 204.152.184.27.

How did we know that the host at IP address 207.69.188.185 runs a name server? Our ISP, Mindspring, told us—it's one of their name servers. If your ISP provides name servers for its customers' use (and most do), use one of them. If your ISP doesn't provide name servers (shame on them!), you can *temporarily* use one of the name servers listed in this book. As long as you use it only to look up a few IP addresses or other data, the administrators probably won't mind. It's considered very rude, however, to point your resolver or query tool at someone else's name server permanently.

Of course, if you already have access to a host with Internet connectivity *and* DNS configured, you can use it to FTP the stuff you need.

Once you've got a working version of BIND, you're ready to start thinking about your domain name.

## Choosing a Domain Name

Choosing a domain name is more involved than it may sound because it entails both choosing a name *and* finding out who runs the parent zone. In other words, you need to find out where you fit in the Internet domain name space, then find out who runs that particular corner of that namespace.

The first step in picking a domain name is finding where in the existing domain name space you belong. It's easiest to start at the top and work your way down: decide which top-level domain you belong in, then which of that top-level domain's subdomains you fit into.

Note that to find out what the Internet domain name space looks like (beyond what we've already told you), you'll need access to the Internet. You don't necessarily need access to a host with name service already configured, but it would help a little. If you don't have access to a host with DNS configured, you'll have to "borrow" name service from other name servers (as in our previous *ftp.isc.org* example) to get you going.

## On Registrars and Registries

Before we go any further, we need to define a few terms: *registry, registrar,* and *registration*. These terms aren't defined anywhere in the DNS specs. Instead, they apply to the way the Internet's namespace is managed today.

A *registry* is an organization responsible for maintaining a top-level domain's (well, zone's, really) data files, which contain the delegation to each subdomain of that top-level domain. Under the current structure of the Internet, a given top-level domain can have no more than one registry. A *registrar* acts as an interface between customers and the registry, providing registration and value-added services. It submits to the registry zone data and other data (including contact information) for each of its customers in a single top-level domain.

*Registration*, then, is the process by which a customer tells a registrar which name servers to delegate a subdomain to and provides the registrar with contact and billing information. The registrar then makes these changes through the registry.

Network Solutions Inc. acts as both the exclusive registry and as a registrar for the *com, net, org,* and *edu* top-level domains. And now, back to our story.

## Where in the World Do I Fit?

If your organization is attached to the Internet outside of the United States, you first need to decide whether you'd rather request a subdomain of one of the generic top-level domains, such as *com, net,* or *org,* or a subdomain of your own country's top-level domain. The generic top-level domains aren't exclusively for U.S. organizations. If your company is a multi- or transnational company that doesn't fit in any one country's top-level domain, or if you'd simply prefer a generic top-level instead of your country's top-level domain, you're welcome to register in one. If you choose this route, skip to the section "The generic top-level domains" later in this chapter.

If you opt for a subdomain under your country's top level, you should check whether your country's top-level domain is registered, and if it is, what kind of structure it has. Consult Appendix D, *Top-Level Domains*, if you're not sure of the name of your country's top-level domain.

Some countries' top-level domains, such as New Zealand's *nz*, Australia's *au*, and the United Kingdom's *uk*, are divided organizationally into second-level domains. The names of their second-level domains, such as *co* or *com* for commercial entities, reflect organizational affiliation. Others, like France's *fr* domain and Denmark's *dk* domain, are divided into a multitude of subdomains managed by individual universities and companies, such as the University of St. Etienne's domain, *univ-st-etienne.fr* and the Danish Unix Users Group's *dkuug.dk*. Many top-level domains have their own web sites that describe their structures. If you're not sure of the URL for your country's top-level domain's web site, start at *http://www.allwhois.com*, a directory of links to such sites.

If your top-level doesn't have a web site explaining how it's organized, you may have to use a tool like *nslookup* to grope around and discover your top-level domain's structure. (If you're uncomfortable with our rushing headlong into *nslookup* without giving it a proper introduction, you might want to skim Chapter 12, *nslookup and dig*.) For example, here's how you could list the *au* domain's subdomains using *nslookup*:

```
% nslookup - 207.69.188.185     —Use the name server at 207.69.188.185
Default Server: ns1.mindspring.com
Address:  207.69.188.185

> set type=ns                   —Find the name servers (ns)
> au.                           —for the au zone
Server:  ns1.mindspring.com
Address: 207.69.188.185

au       nameserver = MUNNARI.OZ.AU
au       nameserver = MULGA.CS.MU.OZ.AU
au       nameserver = NS.UU.NET
au       nameserver = NS.EU.NET
au       nameserver = NS1.BERKELEY.EDU
au       nameserver = NS2.BERKELEY.EDU
au       nameserver = VANGOGH.CS.BERKELEY.EDU
MUNNARI.OZ.AU      internet address = 128.250.1.21
MULGA.CS.MU.OZ.AU       internet address = 128.250.1.22
MULGA.CS.MU.OZ.AU       internet address = 128.250.37.150
NS.UU.NET         internet address = 137.39.1.3
NS.EU.NET         internet address = 192.16.202.11
NS1.BERKELEY.EDU  internet address = 128.32.136.9
NS1.BERKELEY.EDU  internet address = 128.32.206.9
NS2.BERKELEY.EDU       internet address = 128.32.136.12
NS2.BERKELEY.EDU       internet address = 128.32.206.12
```

```
> server ns.uu.net.      —Now query one of these name servers—preferably a close one!
Default Server:  ns.uu.net
Addresses:  137.39.1.3

> ls -t au.  —List the au zone
               —The zone's NS records mark delegation to subdomains and will give you
               —the names of the subdomains
               —Note that not all name servers will allow you to list zones, for security reasons.
  [ns.uu.net]
  $ORIGIN au.
  @                     3D IN NS        mulga.cs.mu.OZ
                        3D IN NS        vangogh.CS.Berkeley.EDU.
                        3D IN NS        ns1.Berkeley.EDU.
                        3D IN NS        ns2.Berkeley.EDU.
                        3D IN NS        ns.UU.NET.
                        3D IN NS        ns.eu.NET.
                        3D IN NS        munnari.OZ
  ORG                   1D IN NS        mulga.cs.mu.OZ
                        1D IN NS        rip.psg.COM.
                        1D IN NS        munnari.OZ
                        1D IN NS        yalumba.connect.COM
  info                  1D IN NS        ns.telstra.net.
                        1D IN NS        ns1.telstra.net.
                        1D IN NS        munnari.oz
                        1D IN NS        svc01.apnic.net.
  otc                   4H IN NS        ns2.telstra.com
                        4H IN NS        munnari.oz
                        4H IN NS        ns.telstra.com
  OZ                    1D IN NS        mx.nsi.NASA.GOV.
                        1D IN NS        munnari.OZ
                        1D IN NS        mulga.cs.mu.OZ
                        1D IN NS        dmssyd.syd.dms.CSIRO
                        1D IN NS        ns.UU.NET.
  csiro                 1D IN NS        steps.its.csiro
                        1D IN NS        munnari.OZ
                        1D IN NS        manta.vic.cmis.csiro
                        1D IN NS        dmssyd.nsw.cmis.csiro
                        1D IN NS        zoiks.per.its.csiro
  COM                   1D IN NS        mx.nsi.NASA.GOV.
                        1D IN NS        yalumba.connect.COM
                        1D IN NS        munnari.OZ
                        1D IN NS        mulga.cs.mu.OZ
                        1D IN NS        ns.ripe.NET.
  > ^D
```

The basic technique is straightforward: look up the list of name servers for the top-level domain (because they're the only ones with complete information about the corresponding zone), then query one of those name servers and list the name servers for the delegated subdomains.

If you can't tell from the names of the subdomains which one you belong in, you can look up the contact information for the corresponding zone and send email to the technical contact asking, politely, for advice. Similarly, if you think you should

be part of an existing subdomain but aren't sure, you can always ask the folks who administer that subdomain to double-check.

To find out who to ask about a particular subdomain, you'll have to look up the corresponding zone's start of authority (SOA) record. In each zone's SOA record, there's a field containing the electronic mail address of the zone's technical con-tact.* (The other fields in the start of authority record provide general information about a zone—we'll discuss them in more detail later.) You can look up the zone's SOA record with *nslookup*, too.

For example, if you're curious about the purpose of the *csiro* subdomain, you can find out who runs it by looking up *csiro.au*'s SOA record:

```
% nslookup - 207.69.188.185
Default Server:  ns1.mindspring.com
Address:  207.69.188.185

> set type=soa     —Look for start of authority data
> csiro.au.        —for csiro.au
Server:  ns1.mindspring.com
Address: 207.69.188.185

csiro.au
        origin = steps.its.csiro.au
        mail addr = hostmaster.csiro.au
        serial = 2000041301
        refresh = 10800 (3H)
        retry  = 3600 (1H)
        expire = 3600000 (5w6d16h)
        minimum ttl = 86400 (1D)
```

The *mail addr* field is the Internet address of *csiro.au*'s contact. To convert the address into Internet email address format, you'll need to change the first "." in the address to an "@". So *hostmaster.csiro.au* becomes *hostmaster@csiro.au*.†

### Using whois

The *whois* service can also help you figure out what a given domain is for. Unfor-tunately, there are many *whois* servers—most good administrators of top-level domains run one—and they don't talk to each other like name servers do. Conse-quently, the first step to using *whois* is finding the right *whois* server.

---

\* The subdomain and the zone have the same domain name, but the SOA record really belongs to the zone, not the subdomain. The person at the zone's technical contact email address may not manage the whole subdomain (there may be additional delegated subdomains beneath), but he or she should cer-tainly know what the purpose of the subdomain is.

† This form of Internet mail address is a vestige of two former DNS records, MB and MG. MB (mailbox) and MG (mail group) were DNS records specifying Internet mailboxes and mail groups (mailing lists) as subdomains of the appropriate domain. MB and MG never took off, but the address format they would have dictated is used in the SOA record, maybe for sentimental reasons.

One of the easiest places to start your search for the right *whois* server is at *http://www.allwhois.com* (Figure 3-1). We mentioned earlier that this site has a list of web sites for each country code top-level domain; it also has a list of top-level domains with *whois* URLs—pages with HTML-based interfaces to query *whois* servers.



*Figure 3-1. The Allwhois.com web site*

Scrolling down to "Australia (au)," you can click on "Jump to Whois" and go directly to a page where you can enter *csiro.au*, as shown in Figure 3-2.

Clicking on "Submit" retrieves the information in Figure 3-3 for you.

Perhaps even more interesting for the inertially challenged is the work done by WebMagic to provide a unified *whois* lookup service on the Web. Their web site, *http://www.webmagic.com/whois/index.html*, lets you choose the top-level domain (and sometimes the second-level domain) containing the subdomain you're looking for and then transparently contacts the right *whois* server.

Obviously, these are both very useful web sites if you're looking for the contact for a domain outside of the U.S.

Once you've found the right web site or contact, you've probably found the registrar. Outside the U.S., most domains have a single registrar. A few, though, such as Denmark's *dk* and Great Britain's *co.uk* and *org.uk*, have multiple registrars. However, the process just described will still lead you to them.



*Figure 3-2. Web interface for au's whois server*

# Back in the U.S.A.

In true cosmopolitan spirit, we covered international domains first. But what if you're from the good ol' U.S. of A.?

If you're in the U.S., where you belong depends mainly upon what your organization does, how you'd like your domain names to look, and how much you're willing to pay. If your organization falls into one of the following categories, you're encouraged to join the *us* top-level domain:

- K-12 (kindergarten through twelfth grade) schools
- Community colleges and technical vocational schools
- State and local government agencies

Even if you don't fall into one of these categories, if you'd like a domain name that indicates your location, like *acme.boulder.co.us*, you can register in the *us* top-level domain. The *us* domain delegates subdomains under third-level domains largely named after "localities" (usually cities or counties); the second-level domains correspond to the appropriate U.S. Postal Service two-letter state abbreviations (recall our discussion in the section "The Internet Domain Name Space" in Chapter 2, *How Does DNS Work?*). So, for example, if all you need is a subdomain to hold the two internetworked hosts in your basement in Colorado Springs, Colorado, you can register *toms-basement.colorado-springs.co.us*.



*Figure 3-3. Information about csiro.au from the au whois server*

Finally, there's the issue of cost. It's usually cheaper to register a subdomain of the *us* top-level domain than to register under *com*, *net*, or *org*, and sometimes it's even free.

If you'd like more detailed information on the structure of the *us* domain and the rules that govern it, check out the U.S. NIC's web site, *http://www.nic.us*.

Of course, folks in the U.S. can also ask for a subdomain of one of the generic top-level domains such as *com*, *net*, or *org*. As long as you don't ask for one that's already taken, you should get the one you ask for. We'll cover registration under the generic top-level domains later in this chapter.

### The us domain

Let's go through an example to give you an idea of how to comb the *us* domain name space for the perfect domain name. Say you're helping out your son's

kindergarten in Boulder, Colorado, and you want to register a domain name for the school.

Using an account you still have on a host at CU (from your undergrad days), you can check to see whether a domain for Boulder exists. (If you didn't have an account there, but you did have Internet connectivity, you could still use *nslookup* to query a well-known name server.)

```
% nslookup
Default Server:  boulder.colorado.edu
Address: 128.138.238.18, 128.138.240.1

> set type=ns          —Look up the name servers
> co.us.               —for co.us
Default Server:  boulder.colorado.edu
Address:  128.138.238.18, 128.138.240.1

co.us    nameserver = VENERA.ISI.EDU
co.us    nameserver = NS.ISI.EDU
co.us    nameserver = RSO.INTERNIC.NET
co.us    nameserver = NS.UU.NET
co.us    nameserver = ADMII.ARL.MIL
co.us    nameserver = EXCALIBUR.USC.EDU
```

This gives you the names of the *co.us* name servers. Now change servers to a *co.us* name server, say *venera.isi.edu*, and check to see if there are any subdomains (you haven't exited out of *nslookup* yet):

```
> server venera.isi.edu.   —Change server to venera.isi.edu
Default Server:  venera.isi.edu
Address:  128.9.0.32

> ls -t co.us.      —List the co.us zone to look for NS records
[venera.isi.edu]
$ORIGIN co.us.
@                           1W IN NS        NS.ISI.EDU.
                            1W IN NS        RSO.INTERNIC.NET.
                            1W IN NS        NS.UU.NET.
                            1W IN NS        ADMII.ARL.MIL.
                            1W IN NS        EXCALIBUR.USC.EDU.
                            1W IN NS        VENERA.ISI.EDU.
officemate1.monument        1W IN NS        ns1.direct.ca.
                            1W IN NS        ns2.direct.ca.
la-junta                    1D IN NS        ns2.cw.net.
                            1D IN NS        usdns.beltane.com.
                            1D IN NS        usdns2.beltane.com.
morrison                    1W IN NS        NS1.WESTNET.NET.
                            1W IN NS        NS.UTAH.EDU.
littleton                   1W IN NS        NS1.WESTNET.NET.
                            1W IN NS        NS.UTAH.EDU.
mus                         1W IN NS        NS1.WESTNET.NET.
                            1W IN NS        NS.UTAH.EDU.
```

```
ci.palmer-lake           1W IN NS       DNS1.REGISTEREDSITE.COM.
                         1W IN NS       DNS2.REGISTEREDSITE.COM.
co.adams                 1W IN NS       ns1.rockymtn.net.
                         1W IN NS       ns2.rockymtn.net.
[...]
```

Aha! So there *is* life in Colorado! There are subdomains called *la-junta, morrison, littleton, mus,* and many others. There's even a subdomain for Boulder (called, not surprisingly, *boulder*):

```
boulder                  1W IN NS       NS1.WESTNET.NET.
                         1W IN NS       NS.UTAH.EDU.
```

How do you find out how to contact the administrator of *boulder.co.us*? You can try *whois*, but since *boulder.co.us* isn't a top-level country domain or a subdomain of a generic top-level domain, you won't find much. Fortunately, the U.S. NIC provides a list of email addresses of contacts for each third-level subdomain of *us* at *http://www.isi.edu/in-notes/us-domain-delegated.txt.* If you can't find the information you need there, you can still use *nslookup* to find the SOA record for the *boulder.co.us* zone, just as you did to find out whom to ask about *csiro.au.* Though the people who read mail sent to the address in the SOA record may not handle registration themselves (technical and administrative functions for the zone may be divided), it's a good bet that they know the folks who do and can direct you to them.

Here's how you'd use *nslookup* to dig up the SOA record for *boulder.co.us*:

```
% nslookup
Default Server:  boulder.colorado.edu
Address:  128.138.238.18, 128.138.240.1

> set type=soa      —Look up SOA record
> boulder.co.us.    —for boulder.co.us
Default Server:  boulder.colorado.edu
Address:  128.138.238.18, 128.138.240.1

boulder.co.us
        origin = ns1.westnet.net
        mail addr = cgarner.westnet.net
        serial = 200004101
        refresh = 21600 (6H)
        retry   = 1200 (20M)
        expire  = 3600000 (5w6d16h)
        minimum ttl = 432000 (5D)
```

As in the *csiro.au* example, you need to swap the first "." in the *mail addr* field for an "@" before you use it. Thus, *cgarner.westnet.net* becomes *cgarner@westnet.net.*

To request delegation of a subdomain of *boulder.co.us,* you can download a copy of the registration form template from *http://www.nic.us/cgi-bin/template.pl* and mail it to the contact.

If, however, you find that the subdomain for your locality hasn't yet been created, then read through the *us* domain's delegation policy at *http://www.nic.us/register/locality.html* and fill out the registration form at *http://www.nic.us/cgi-bin/template.pl.*

### The generic top-level domains

As we mentioned earlier, there are many reasons that you might want to ask for a subdomain of one of the generic top-level domains like *com*, *net*, and *org*: you work for a multi- or transnational company, you like the fact that they're better-known, or you just like the sound of your domain name better with *com* on the end. Let's go through a short example of choosing a domain name under a generic top-level domain.

Imagine you're the network administrator for a think tank in Hopkins, Minnesota. You've just gotten a connection to the Internet through a commercial ISP. Your company has never had so much as a UUCP link, so you're not currently registered in the Internet namespace.

Since you're in the United States, you have the choice of joining either *us* or one of the generic top-level domains. Your think tank is world-renowned, though, so *us* wouldn't be a good choice. A subdomain of *com* would be best.

The think tank is known as The Gizmonic Institute, so you decide *gizmonics.com* might be an appropriate domain name. Now you've got to check whether the name *gizmonics.com* has been taken by anyone, so you use an account you have at UMN:

```
% nslookup
Default Server:  ns.unet.umn.edu
Address:  128.101.101.101

> set type=any     —Look for any records
> gizmonics.com.   —for gizmonics.com
Server:  ns.unet.umn.edu
Address:  128.101.101.101

gizmonics.com    nameserver = NS2.SFO.WENET.NET
gizmonics.com    nameserver = NS1.SFO.WENET.NET
```

Whoops! Looks like *gizmonics.com* is already taken (who would have thought?).[*] Well, *gizmonic-institute.com* is a little longer, but still intuitive:

```
% nslookup
Default Server:  ns.unet.umn.edu
Address:  128.101.101.101
```

---

[*] Actually, *gizmonics.com* is taken by Joel Hodgson, the guy who dreamed up The Gizmonic Institute and Mystery Science Theater 3000 in the first place.

```
> set type=any        —Look for any records
> gizmonic-institute.com.     —for gizmonic-institute.com
Server:  ns.unet.umn.edu
Address:  128.101.101.101

*** ns.unet.umn.edu can't find gizmonic-institute.com.: Non-existent host/domain
```

Happily, *gizmonic-institute.com* is free, so you can go on to the next step: picking a registrar.

### Choosing a registrar

Choose a registrar? Welcome to the brave new world of competition! Before the spring of 1999, a single company, Network Solutions Inc., was both the registry and sole registrar for *com, net,* and *org,* as well as *edu.* To register a subdomain of any of the generic top-level domains, you had to go to Network Solutions.

In June 1999, ICANN, the organization that manages the domain name space (we mentioned them in the last chapter) introduced competition to the registrar function of *com, net,* and *org.* There are now dozens of *com, net,* and *org* registrars you can choose from. There's a list of them at *http://www.internic.net/regist.html.*

We won't presume to tell you how to pick a registrar, but take a look at the price and any other services the registrar provides that might interest you. See if you can get a nice package deal on registration and aluminum siding, for example.

## Checking That Your Network Is Registered

Before proceeding, you should also check whether your IP network or networks are registered. Some registrars won't delegate a subdomain to name servers on unregistered networks, and network registries (we'll talk about them shortly) won't delegate an *in-addr.arpa* zone that corresponds to an unregistered network.

An IP network defines a range of IP addresses. For example, the network 15/8 is made up of all IP addresses in the range 15.0.0.0 to 15.255.255.255. The network 199.10.25/24 starts at 199.10.25.0 and ends at 199.10.25.255.

The InterNIC was once the official source of all IP networks: they assigned all IP networks to Internet-connected networks and made sure no two address ranges overlapped. Nowadays, the InterNIC's old role has been largely assumed by Internet service providers (ISPs), who allocate space from their own networks for customers to use. If you know your network came from your ISP, the larger network from which your network was carved is probably registered (to your ISP). You may still want to double-check that your ISP took care of registering their network, but you don't (and probably can't) do anything yourself besides nagging your ISP if they didn't register their network. Once you've verified their registration, you can skip the rest of this section and move on.

## A Sidebar on CIDR

Once upon a time, when we wrote the first edition of this book, the Internet's 32-bit address space was divided up into three main classes of networks: class A, class B, and class C. Class A networks were networks in which the first octet (the first eight bits) of the IP address identified the network, and the remaining bits were used by the organization running the network to differentiate hosts on the network. Most organizations with class A networks also subdivided their networks into subnetworks, or subnets, adding another level of hierarchy to the addressing scheme. Class B networks devoted two octets to the network identifier and two to the host; class C networks gave three octets to the network identifier and one to the host.

Unfortunately, this small/medium/large system of networks didn't work well for everyone. Many organizations were large enough to require more than a class C network, which could accommodate at most 254 hosts, but too small to warrant a full class B network, which could serve 65534 hosts. Many of these organizations were allocated class B networks, anyway. Consequently, class B networks quickly became scarce.

To help solve this problem and create networks that were just the right size for all sorts of organizations, *Classless Inter-Domain Routing*, or CIDR (pronounced "cider"), was developed. As the name implies, CIDR does away with the old class A, class B, and class C network designations. Instead of allocating either one, two, or three octets to the network identifier, the allocator could assign any number of contiguous bits of the IP address to the network identifier. So, for example, if an organization needed an address space roughly four times as large as a class B network, the powers-that-be could assign it a network identifier of 14 bits, leaving 18 bits (four class Bs' worth) of space to use.

Naturally, the advent of CIDR made the "classful" terminology outdated—although it's still used a good deal in casual conversation. Now, to designate a particular CIDR network, we specify the particular high-order bit value assigned to an organization, expressed in dotted-octet notation, and how many bits identify the network. The two terms are separated by a slash. So 15/8 is the old class A-sized network that begins with the eight bit pattern 00001111. The old class B-sized network 128.32.0.0 is now 128.32/16. And the network 192.168.0.128/25 consists of the 128 IP addresses from 192.168.0.128 through 192.168.0.255.

If, however, your network was assigned by the InterNIC way back when, or if you *are* an ISP, you should check to see whether your network is registered. Where do you go to check whether your network is registered? Why, to the same organizations that register networks, of course. These organizations, called (what else?) network registries, handle network registration in some part of the world. In the

western hemisphere, ARIN, the American Registry of Internet Numbers (*http://www.arin.net*) hands out IP address space and registers networks. In Asia and the Pacific, APNIC, the Asia Pacific Network Information Center (*http://www.apnic.net*) serves the same function. In Europe, it's the RIPE Network Coordination Centre (*http://www.ripe.net*). Each registry may also delegate registration authority for a region; for example, ARIN delegates registration authority for Mexico and Brazil to network registries in each country. Be sure to check for a network registry local to your country.

If you're not sure your network is registered, the best way to find out is to use the *whois* service provided by the various network registries and look for your network. Here are the URLs for each registry's *whois* page:

*ARIN*

> *http://www.arin.net/whois/index.html*

*APNIC*

> *http://whois.apnic.net*

*RIPE*

> *http://www.ripe.net/cgi-bin/whois*

If you find out your network isn't registered, you'll need to get it registered before setting up your *in-addr.arpa* zones. Each registry has a different process for registering networks, but most involve money changing hands (from your hands to theirs, unfortunately).

You may find out that your network is already assigned to your ISP. If this is the case, you don't need to register independently with the network registry.

Once all your Internet-connected hosts are on registered networks, it's time to register your zones.

## Registering Your Zones

Different registrars have different registration policies and procedures, but at this point, most handle registration online, through their web sites. Since you found or chose your registrar earlier in the chapter, we'll assume you know which web site to go to.

The basic information that any registrar needs is the domain names and addresses of your name servers and enough information about you to send you a bill or charge your credit card. If you're not connected to the Internet, give them the addresses of the Internet hosts that will act as your name servers. Some registrars also require that you already have operational name servers for your zone. (Those that don't may ask for an estimate of when the name servers will be fully operational.) If that's the case with your registrar, skip ahead to Chapter 4 and set up your name servers. Then contact your registrar with the requisite information.

Most registrars will also ask for some information about your organization, including administrative and technical contacts for your zone (who can be the same person). If your contacts aren't already registered in the registrar's *whois* database, you'll also need to provide information to register them in *whois*. This includes their names, surface mail addresses, phone numbers, and electronic mail addresses. If they are already registered in *whois*, just specify their *whois* "handle" (a unique alphanumeric ID) in the registration.

There's another aspect of registering a new zone that we should mention: cost. Most registrars are commercial enterprises and charge money for registering domain names. Network Solutions, the original registrar for *com*, *net*, and *org*, charges $35 per year to register subdomains under the generic top-level domains. (If you already have a subdomain under *com*, *net*, or *org* and haven't received a bill from Network Solutions recently, it'd be a good idea to check your contact information with *whois* to make sure they've got a current address and phone number for you.)

If you're directly connected to the Internet, you should also have the *in-addr.arpa* zones corresponding to your IP networks delegated to you. For example, if your company has been allocated the network 192.201.44/24, you should manage the *44.201.192.in-addr.arpa* zone. This will let you control the IP address-to-name mappings for hosts on your network. Chapter 4 also explains how to set up your *in-addr.arpa* zones.

In the last section, "Checking That Your Network Is Registered," we asked you to find the answers to several questions: is your network a slice of an ISP's network? Is your network, or the ISP's network that your network is part of, registered? In which network registry? You'll need these answers to have your *in-addr.arpa* zones delegated to you.

If your network is part of a larger network registered to an ISP, you should contact the ISP to have the appropriate subdomains of their *in-addr.arpa* zone delegated to you. Each ISP uses a different process for setting up *in-addr.arpa* delegation. Your ISP's web page is a good place to research that process. If you can't find the information there, try looking up the SOA record for the *in-addr. arpa* zone that corresponds to your ISP's network. For example, if your network is part of UUNET's 153.35/16 network, you could look up the SOA record of *35.153. in-addr.arpa* to find the email address of the technical contact for the zone.

If your network is registered directly with one of the regional network registries, contact them to get your *in-addr.arpa* zone registered. Each network registry makes information on its delegation process available on its web site.

Now that you've registered your zones, you'd better take some time to get your house in order. You've got some name servers to set up, and in the next chapter we'll show you how.