**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br>Plaintiff,<br>v.<br>ZOHO CORPORATION PRIVATE LIMITED,<br>Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Docket Control Order and Patent Rule 4-5(d), Plaintiff Knossos Global Systems LLC (hereinafter, "Knossos" or "Plaintiff") and Defendant Zoho Corporation Private Limited ("Zoho" or "Defendant") (collectively, the "Parties") hereby submit this Joint Claim Construction Chart with respect to the currently Asserted Claims:

| | U.S. Patent No. | Asserted Claims[1] |
|---|---|---|
| 1. | 8,819,410 | **1**, 2, 3, 4, 5, 6, 8, 9, 10, 11, 14, 16, 18, 19, 20 |
| 2. | 8,266,421 | **1**, 2, 3, 4, 5, 7, **8**, 10, 11, 12, 13, 14, 15, 18, **24**, **26**, **27**, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, 43, 44, 45, **48**, **50**, **51**, 52, 53, 54, 55, 57, 63, 64, 65, 66, 67, **70**, **72** |

The chart attached as **Exhibit A** sets forth the terms and phrases from the Asserted Claims that are disputed by the Parties, along with the Parties' proposed constructions of those disputed terms, consistent with the disputed terms already briefed in this case: "private domain" (all asserted claims), "private routing address" (claims 5 and 6 of the '410 patent), "the recipient address" (claims 9 and 10 of the '410 patent; claims 11–13 of the '421 patent), and claims 24, 26, 70, and 72 of the '421 patent, which Zoho contends are indefinite under *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*

[1] Independent Claims are **underlined and bolded.**

Dated: July 23, 2026

Respectfully submitted,

By: */s/ C. Matthew Rozier*

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, Colorado 80204
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

Andrew D. Gordon-Seifert (OH 0092499)*
**Rozier Hardt McDonough PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (401) 954-7420
Email: andrew@rhmtrial.com

***Attorneys for Plaintiff KNOSSOS GLOBAL SYSTEMS LLC***

* Admitted to the Eastern District of Texas

Dated: July 23, 2026

Respectfully submitted,

By: */s/ Phillip Haack*

Ryan J. Marton (admitted E.D. Tex.)
Hector Ribera (CA 221511, admitted E.D. Tex.)
Phillip J. Haack (CA 262060, admitted E.D. Tex.)
**Marton Ribera Schumann & Chang LLP**
**548 Market Street, Suite 36117**
San Francisco, CA 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
Email: hector@martonribera.com
Email: phaack@martonribera.com

*Attorneys for Defendant Zoho Corporation Private Limited*

## Exhibits

A. Parties' Agreed and Disputed Claim Terms, Proposed Constructions, and Asserted Claims at Issue

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 23rd day of July 2026, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/*
C. Matthew Rozier