# EXHIBIT A

## TO P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART

**KNOSSOS GLOBAL SYSTEMS LLC ("KNOSSOS") v. ZOHO CORPORATION PRIVATE LIMITED ("ZOHO")**

**E.D. Tex. No. 2:25-cv-00414-JRG-RSP**

**U.S. Patent Nos. 8,819,410 (the "'410 patent") and 8,266,421 (the "'421 patent")**

**AGREED TERMS**

**The Parties have not agreed to any proposed constructions for any term in the Asserted Patents.**

**DISPUTED TERMS**

| **Term / Phrase / Clause**<br><br>**(Asserted Claim(s))** | **Knossos's Proposed Construction** | **Zoho's Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| "private domain"<br><br>**(All Asserted Claims)** | No construction necessary.<br><br>Alternative construction, if the Court determines construction is required: "a private network community whose communications are administered by a server maintaining records of members." | "a domain that is not routable via a public network" | |
| **Claim 1 ('410 patent):** A method comprising:<br><br>registering a sender to enable the sender to access services of a ***private domain*** in order to allow the sender to use the ***private domain*** for electronic information transmissions between members of the ***private domain***;<br><br>receiving, at a server associated with the ***private domain***, data from the sender indicating that the sender is initiating the transmission of electronic information in the ***private domain*** to a recipient;<br><br>determining, at the server associated with the ***private domain***, whether the recipient is a member of the ***private domain*** by examining a record of members of the ***private domain***; | | | |

<table>
<tr><th>Term / Phrase / Clause<br><br>(Asserted Claim(s))</th><th>Knossos's Proposed Construction</th><th>Zoho's Proposed Construction</th><th>Court's Construction</th></tr>
<tr><td>"private domain"<br><br>(All Asserted Claims)</td><td>No construction necessary.<br><br>Alternative construction, if the Court determines construction is required: "a private network community whose communications are administered by a server maintaining records of members."</td><td>"a domain that is not routable via a public network"</td><td></td></tr>
<tr><td colspan="4">providing to the sender, from the server associated with the private domain, a public cryptographic key associated with the recipient when the recipient is determined to be a member of the private domain;<br><br>receiving, at the server associated with the private domain, electronic information to be delivered to a recipient from the sender, the electronic information comprises at least a portion of the electronic information encrypted by a symmetric cryptographic key that is unique for the transmission of the electronic information, and wherein the electronic information further comprises a security package that contains an encrypted version of the symmetric cryptographic key, the encrypted version of the symmetric cryptographic key encrypted by the sender using the public cryptographic key of the recipient to enable the recipient to decrypt the symmetric cryptographic key and then decrypt the at least a portion of the encrypted electronic information; and<br><br>transmitting the electronic information, with the security package, over an electronic network to the recipient.<br><br>Claim 1 ('421 patent): A method comprising:<br><br>accepting a subscription to services of a private domain by a sender in order to allow the sender to use the private domain for electronic information transmissions;<br><br>associating a number of electronic information transmissions that the sender is able to send with a predetermined threshold;</td></tr>
</table>

<table>
<tr><th>Term / Phrase / Clause<br><br>(Asserted Claim(s))</th><th>Knossos's Proposed Construction</th><th>Zoho's Proposed Construction</th><th>Court's Construction</th></tr>
<tr><td>"private domain"<br><br><u>(All Asserted Claims)</u></td><td>No construction necessary.<br><br>Alternative construction, if the Court determines construction is required: "a private network community whose communications are administered by a server maintaining records of members."</td><td>"a domain that is not routable via a public network"</td><td></td></tr>
<tr><td colspan="4">limiting the number of electronic information transmissions that the sender is able to send through the <u>private domain</u> to the predetermined threshold, wherein the predetermined threshold comprises a number of transmissions per a period of time;<br><br>receiving electronic information to be delivered to a recipient from the sender;<br><br>establishing a network connection with one or more servers hosting the <u>private domain</u>;<br><br>logging into the server using an identifier uniquely identifying a sender of the electronic information before transmitting the electronic information;<br><br>generating a symmetric cryptographic key that is unique for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information;<br><br>receiving a public cryptographic key associated with the recipient;<br><br>encrypting at least a portion of the electronic information using the symmetric cryptographic key that is unique for the transmission;</td></tr>
</table>

| **Term / Phrase / Clause**<br><br>**(Asserted Claim(s))** | **Knossos's Proposed Construction** | **Zoho's Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| "private domain"<br><br>**(All Asserted Claims)** | No construction necessary.<br><br>Alternative construction, if the Court determines construction is required: "a private network community whose communications are administered by a server maintaining records of members." | "a domain that is not routable via a public network" | |
| encrypting the symmetric cryptographic key that is unique for the transmission using the public cryptographic key of the recipient to generate a security package for the encrypted portion of the electronic information stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information;<br><br>transmitting the security package to the server; and<br><br>transmitting the electronic information over an electronic network with a private routing address that is mutable within the ***private domain*** which is a subset of the electronic network.<br><br>**Claim 5 ('410 patent):** "The method of claim 1, wherein the format of the private routing address contains one or more characters that are discretionarily selectable by an administrator of the ***private domain***."<br><br>**Claim 6 ('410 patent):** "The method of claim 5, wherein the private routing address includes a first portion and a second portion, wherein the first portion comprises a sequence of characters that are compatible with a public domain and are publicly routable over the public domain of the network, and the second portion comprises a different sequence of characters that are not compatible with the public domain of the network but are routable within the ***private domain*** of the network, wherein the private routable address as a whole is not routable within the public domain of the network." | | | |

| Term / Phrase / Clause<br><br>(Asserted Claim(s)) | Knossos's Proposed Construction | Zoho's Proposed Construction | Court's Construction |
|---|---|---|---|
| "private domain"<br><br>**(All Asserted Claims)** | No construction necessary.<br><br>Alternative construction, if the Court determines construction is required: "a private network community whose communications are administered by a server maintaining records of members." | "a domain that is not routable via a public network" | |
| **Claim 11 ('410 patent):** "The method of claim 1, further comprising: building a distribution list of a plurality of recipients including the recipient of the electronic information, each of the plurality of recipients having a recipient private routing address; and transmitting the encrypted electronic information, a security package for each recipient, and the distribution list to the server associated with the ***private domain***." | | | |

| Term / Phrase / Clause<br><br>(Asserted Claim(s)) | Knossos's Proposed Construction | Zoho's Proposed Construction | Court's Construction |
|---|---|---|---|
| "private routing address"<br><br>**'410 Patent: Claims 5, 6** | No construction necessary. Not indefinite. | Indefinite for lack of antecedent basis. | |
| **Claim 5 ('410 patent):** The method of claim 1, wherein the format of the ***private routing address*** contains one or more characters that are discretionarily selectable by an administrator of the private domain. | | | |

| Term / Phrase / Clause<br><br>(Asserted Claim(s)) | Knossos's Proposed Construction | Zoho's Proposed Construction | Court's Construction |
|---|---|---|---|
| "private routing address"<br><br>**'410 Patent: Claims 5, 6** | No construction necessary. Not indefinite. | Indefinite for lack of antecedent basis. | |

**Claim 6 ('410 patent):** The method of claim 5, wherein the ***private routing address*** includes a first portion and a second portion,

wherein the first portion comprises a sequence of characters that are compatible with a public domain and are publicly mutable over the public domain of the network, and

the second portion comprises a different sequence of characters that are not compatible with the public domain of the network but are mutable within the private domain of the network,

wherein the private mutable address as a whole is not mutable within the public domain of the network.

| **Term / Phrase / Clause**<br><br>**(Asserted Claim(s))** | **Knossos's Proposed Construction** | **Zoho's Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| "the recipient address"<br><br>**(Claims 9 and 10 of the '410 Patent; Claims 11, 12, and 13 of the '421 Patent)** | No construction necessary. Not indefinite. | Indefinite for lack of antecedent basis. | |

**Claim 9 ('410 patent):** The method of claim 1, wherein if a ***recipient address*** is not a private routing address, the method further comprises:

transmitting the electronic information to the recipient over the electronic network using a publicly routable ***recipient address*** and a sender address without modifying content in the electronic information.

**Claim 10 ('410 patent):** The method of claim 1, further comprising transmitting the electronic information to the server over the network connection if ***the recipient address*** is a private routing address, wherein the electronic information is retrievable by the recipient subsequently from the server with the private routing address of the recipient.

**Claim 11 ('421 patent):** The method of claim 1, further comprising examining a ***recipient address*** to determine whether ***the recipient address*** is a private routing address.

**Claim 12 ('421 patent):** The method of claim 1, wherein if ***the recipient address*** is not a private routing address, the method further comprises:

transmitting the electronic information to the recipient over the electronic network using the publicly routable ***recipient address*** and sender address without modifying content in the electronic information.

**Claim 13 ('421 patent):** The method of claim 1, further comprising transmitting the electronic information to the server over the network connection if ***the recipient address*** is a private routing address, wherein the electronic information is retrievable by the recipient subsequently from the server with the private routing address of the recipient.

<table>
<tr><th>Term / Phrase / Clause<br><br>(Asserted Claim(s))</th><th>Knossos's Proposed Construction</th><th>Zoho's Proposed Construction</th><th>Court's Construction</th></tr>
<tr><td>Claims 24, 26, 70, and 72 of the '421 Patent</td><td>No construction necessary. Not indefinite.</td><td>Indefinite as improperly directed to an apparatus and use of that apparatus. IPXL Holdings, L.L.C. v. Amazon.com, Inc., 430 F.3d 1377 (Fed. Cir. 2005).</td><td></td></tr>
<tr><td colspan="4"><u>Claim 24 ('421 patent):</u> A machine-readable medium storing instructions thereon which, when executed by a processor, cause the processor to perform a method comprising:<br><br>accepting a subscription to services of a private domain by a sender in order to allow the sender to use the private domain for electronic information transmissions;<br><br>associating a number of electronic information transmissions that the sender is able to send with a predetermined threshold;<br><br>limiting the number of electronic information transmissions that the sender is able to send through the private domain to the predetermined threshold, wherein the predetermined threshold comprises a number of transmissions per a given period of time;<br><br>receiving electronic information to be delivered to a recipient;<br><br>establishing a network connection with one or more servers hosting the private domain;<br><br>logging into the server using an identifier uniquely identifying a sender of the electronic information before transmitting the electronic information;<br><br>generating a symmetric cryptographic key that is unique for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information;<br><br>receiving a public cryptographic key associated with the recipient;</td></tr>
</table>

| **Term / Phrase / Clause**<br><br>**(Asserted Claim(s))** | **Knossos's Proposed Construction** | **Zoho's Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| Claims 24, 26, 70, and 72 of the '421 Patent | No construction necessary. Not indefinite. | Indefinite as improperly directed to an apparatus and use of that apparatus. *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377 (Fed. Cir. 2005). | |

encrypting at least a portion of the electronic information using the symmetric cryptographic key that is unique for the transmission;

encrypting the symmetric cryptographic key that is unique for the transmission using the public cryptographic key of the recipient to generate a security package for the encrypted portion of the electronic information stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information;

transmitting the security package to the server; and

transmitting the electronic information over an electronic network to the recipient with a private routing address that is mutable within the private domain which is a subset of the electronic network.

**Claim 26 ('421 patent):** A data processing system, comprising:

a processor;

a memory coupled to the processor; and

a plurality of instructions which, when executed from the memory, cause the processor to

accept a subscription to services of a private domain by a sender in order to allow the sender to use the private domain for electronic information transmissions;

| **Term / Phrase / Clause**<br><br>**(Asserted Claim(s))** | **Knossos's Proposed Construction** | **Zoho's Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| Claims 24, 26, 70, and 72 of the '421 Patent | No construction necessary. Not indefinite. | Indefinite as improperly directed to an apparatus and use of that apparatus. *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377 (Fed. Cir. 2005). | |

associate a number of electronic information transmissions that the sender is able to send with a predetermined threshold;

limit the electronic information transmissions that the sender is able to send through the private domain to the predetermined threshold, wherein the predetermined threshold comprises a number of transmissions per a given period of time;

receive electronic information to be delivered to a recipient from the sender;

establish a network connection with one or more servers hosting the private domain;

log into the server using an identifier uniquely identifying a sender of the electronic information before transmitting the electronic information;

generate a symmetric cryptographic key that is unique for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information;

receive a public cryptographic key associated with the recipient;

encrypt at least a portion of the electronic information using the symmetric cryptographic key that is unique for the transmission;

encrypt the symmetric cryptographic key that is unique for the transmission using the public cryptographic key of the recipient to generate a security package for the encrypted portion of the electronic information stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information;

<table>
<tr><th>Term / Phrase / Clause<br><br>(Asserted Claim(s))</th><th>Knossos's Proposed Construction</th><th>Zoho's Proposed Construction</th><th>Court's Construction</th></tr>
<tr><td>Claims 24, 26, 70, and 72 of the '421 Patent</td><td>No construction necessary. Not indefinite.</td><td>Indefinite as improperly directed to an apparatus and use of that apparatus. IPXL Holdings, L.L.C. v. Amazon.com, Inc., 430 F.3d 1377 (Fed. Cir. 2005).</td><td></td></tr>
<tr><td colspan="4">transmit the security package to the server; and<br><br>transmit the electronic information over an electronic network to the recipient with a private routing address that is mutable within the private domain which is a subset of the electronic network.<br><br><u>Claim 70 ('421 patent):</u> A machine-readable medium storing instructions thereon which, when executed by a processor, cause the processor to perform a method comprising:<br><br>transmitting a request to a server over a network for receiving electronic information from the server,<br><br>wherein the electronic information is sent by a sender having a subscription to services of a private domain, the subscription associating a number of electronic information transmissions that the sender is able to send with a predetermined threshold, and limiting the number of electronic information transmissions that the sender is able to send through the private domain to the predetermined threshold, the predetermined threshold comprising a number of electronic information transmissions within a given period of time,<br><br>wherein at least a portion of the electronic information received by the server is encrypted with a unique symmetric cryptographic key that is generated for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information, and further wherein the requested electronic information that is sent to the server by the sender includes a security package,</td></tr>
</table>

<table>
<tr><th>Term / Phrase / Clause<br><br>(Asserted Claim(s))</th><th>Knossos's Proposed Construction</th><th>Zoho's Proposed Construction</th><th>Court's Construction</th></tr>
<tr><td>Claims 24, 26, 70, and 72 of the '421 Patent</td><td>No construction necessary. Not indefinite.</td><td>Indefinite as improperly directed to an apparatus and use of that apparatus. IPXL Holdings, L.L.C. v. Amazon.com, Inc., 430 F.3d 1377 (Fed. Cir. 2005).</td><td></td></tr>
<tr><td colspan="4">wherein the electronic information is received by the server when a network connection with the server hosting the private domain is established with the sender and the sender of the electronic information has logged into the server using an identifier that uniquely identifies the sender before the electronic information is received by the server,<br><br>wherein the security package being generated using a public cryptographic key associated with a recipient transmitted from the server to the sender, and<br><br>wherein at least a portion of the electronic information is encrypted by the sender with the symmetric cryptographic key that is unique for the transmission, the symmetric cryptographic key that is unique for the transmission is further encrypted by the sender with the public cryptographic key of the recipient to generate the security package for the encrypted portion of the electronic information to be stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information; and<br><br>receiving the electronic information from the server in response to the request, the electronic information including a recipient address and a sender address, wherein at least one of the recipient and the sender addresses is a private routing address that is mutable within the private domain which is a subset of the electronic network.<br><br><u>Claim 72 ('421 patent):</u> A data processing system, comprising:<br><br>a processor;<br><br>a memory coupled to the processor; and</td></tr>
</table>

| Term / Phrase / Clause<br><br>(Asserted Claim(s)) | Knossos's Proposed Construction | Zoho's Proposed Construction | Court's Construction |
|---|---|---|---|
| Claims 24, 26, 70, and 72 of the '421 Patent | No construction necessary. Not indefinite. | Indefinite as improperly directed to an apparatus and use of that apparatus. *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377 (Fed. Cir. 2005). | |

a plurality of instructions which, when executed from the memory, cause the processor to

transmit a request to a server over a network for receiving electronic information from the server,

wherein the electronic information is sent by a sender having a subscription to services of a private domain, the subscription associating a number of electronic information transmissions that the sender is able to send with a predetermined threshold, and limiting the number of electronic information transmission that the sender is able to send through the private domain to the predetermined threshold, the predetermined threshold comprising number of electronic information transmissions within a given period of time,

wherein at least a portion of the electronic information received by the server is encrypted with a unique symmetric cryptographic key that is generated for the transmission of the electronic information, wherein a new symmetric cryptographic key is generated for each new transmission of electronic information, and further wherein the requested electronic information that is sent to the server by the sender includes a security package,

wherein the electronic information is received by the server when a network connection with the server hosting the private domain is established with the sender and the sender of the electronic information has logged into the server using an identifier that uniquely identifies the sender before the electronic information is received by the server,

wherein the security package being generated using a public cryptographic key associated with a recipient transmitted from the server to the sender, and

| **Term / Phrase / Clause**<br><br>**(Asserted Claim(s))** | **Knossos's Proposed Construction** | **Zoho's Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| Claims 24, 26, 70, and 72 of the '421 Patent | No construction necessary. Not indefinite. | Indefinite as improperly directed to an apparatus and use of that apparatus. *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377 (Fed. Cir. 2005). | |
| wherein at least a portion of the electronic information is encrypted by the sender with the symmetric cryptographic key that is unique for the transmission, the symmetric cryptographic key that is unique for the transmission is further encrypted by the sender with the public cryptographic key of the recipient to generate the security package for the encrypted portion of the electronic information to be stored in the server to allow the recipient to decrypt the symmetric cryptographic key and then decrypt the encrypted electronic information; and<br><br>receive the electronic information from the server in response to the request, the electronic information including a recipient address and a sender address, wherein at least one of the recipient and the sender addresses is a private routing address that is mutable within the private domain which is a subset of the electronic network. | | | |