# Exhibit B

Press/Media Testimonials Subscribe

TANGIBLE IP Home Services Patents for Sale About Contact Us IP MARKET INSIGHTS

# Patent Brokerage & Strategic Advisory

The Global Leader in Patent Transactions and Intellectual Property Strategic Advisory

PATENTS FOR SALE

READ OUR LATEST NEWSLETTER

**Tangible IP is the global leader in the sale and acquisition of high-quality patents with over 5000 patents successfully brokered.** We are also a leading strategic IP Advisory firm. Our reputation stems from the high quality of our work, the depth of our network and our integrity representing clients. We are routinely retained by Fortune 500 companies, SMEs, investors and inventors to assist them in selling patent assets, acquiring assets or delivering offensive and defensive IP Strategies.

**Our goal is simple: obtain the best value for our clients and provide sound and actionable IP advice.** Although many of our team members have extensive legal experience, we are neither a law firm nor a patent assertion entity. Therefore, we are able to engage in constructive dialogue with industry leaders who may have an interest in the assets we have under brokerage and provide strategic advice that is tailored to our clients' size and budget.

### We are the Trusted Broker/Advisor for the Following Clients:

MENS genuity for life IBM NOKIA Honeywell OSR

## RECENT NEWS & IP MARKET INSIGHTS




## Thanks a LOT!

Sep 17, 2026

Hello all, Joining the LOT Network is one of those decisions a startup board makes in about four minutes, mostly because it costs nothing. Very few boards spend a fifth minute on what it does to the patents. With LOT now claiming close to a quarter of active U.S....

Read More




## Unified We Fold

Aug 20, 2026

Hello all, For those of you just back from three weeks somewhere with better weather and worse wifi, last month's column — Follow The Current — is a good prelude to this one and it will cost you five minutes. The short version: when the Patent Office made it nearly...

Read More



## Follow The Current

Jul 29, 2026

Hello all, July is supposed to be the quiet month. Instead, inside of three weeks we got a UK Supreme Court judgment reopening the question of who gets to price a patent pool, a European injunction that millions of Disney+ subscribers noticed on their own television...

Read More

« Older Entries

## TESTIMONIALS

READ MORE TESTIMONIALS ▸

Copyright 2011 - 2026 © Tangible IP LLC

All Rights Reserved. **Privacy Policy**

### Recent News

- Thanks a LOT!
  September 17, 2026
- Unified We Fold
  August 20, 2026
- Follow The Current
  July 29, 2026

## IP MARKET INSIGHTS

Join our free email newsletter to receive the latest intellectual property news and updates from our team.

First Name

Last Name

Email

Subscribe