# Exhibit C

Press/Media Testimonials Subscribe

TANGIBLE IP

Home Services Patents for Sale About Contact Us IP MARKET INSIGHTS

# Tangible IP Announces the Sale of Private Email Domain Patent Portfolio

by Tangible IP | Apr 4, 2025 | Tangible IP News

Seattle – APRIL 4, 2025. TANGIBLE IP, LLC, an international patent brokerage and Intellectual Property advisory firm headquartered in Seattle, with well over 5000 patents sold, announced that it successfully brokered the sale of a private email domain patent portfolio, owned by Anon-X. The identity of the buyer and financial details of the agreement are not disclosed. The patent portfolio addresses the significant issue of privacy and security in electronic communications.

*"Louis and his team were able to find a home for our portfolio in just a few months. We are pleased to have collaborated with Tangible IP as they understood the value of the portfolio and were able to effectively communicate that to their network of buyers. We look forward to seeing what this new buyer achieves, knowing the strategic potential of the portfolio,"* said George Sidman, CEO.

*"We welcome the opportunity to work with sophisticated sellers who understand the merits of their patent portfolio. With assets of this caliber, we were able to close quickly and with better terms than what would be considered industry standard,"* said Louis Carbonneau, CEO of Tangible IP. *"We were pleased to find a buyer who understood the remaining potential value of the assets and was eager to acquire expeditiously."*

**Tangible IP, LLC specializes in selling high quality unencumbered patents and has now brokered the sale or license of over 5000 patent assets since its inception and has returned tens of millions of dollars back to inventors, shareholders and patent owners.**

**ABOUT TANGIBLE IP, LLC** Tangible IP offers full service patent brokerage and strategic IP advisory services. For more info, visit www.tangibleip.biz or contact us via email at info@tangibleip.biz.

Tangible IP is the leader in the sale and acquisition of high-quality patents.

## BROWSE

Patents for Sale

Subscribe to IP Market Insights

## RECENT POSTS

Thanks a LOT!

Unified We Fold

Follow The Current

## UPCOMING EVENTS

Louis Carbonneau will be speaking at the World IP Forum in Bangkok on November 19-20, 2026.

Copyright 2011 - 2026 © Tangible IP LLC

All Rights Reserved. **Privacy Policy**

## Recent News

- Thanks a LOT!
  September 17, 2026
- Unified We Fold
  August 20, 2026
- Follow The Current
  July 29, 2026

## IP MARKET INSIGHTS

Join our free email newsletter to receive the latest intellectual property news and updates from our team.

**First Name**

**Last Name**

**Email**

**Subscribe**