# Exhibit D

## BUSINESS INFORMATION

Business Name:
**TANGIBLE IP, LLC**

UBI Number:
**603 125 251**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**7447 W MERCER WAY, MERCER ISLAND, WA, 98040-5536, UNITED STATES**

Principal Office Mailing Address:
**7447 W MERCER WAY, W MERCER WAY, MERCER ISLAND, WA, 98040-5536, UNITED STATES**

Expiration Date:
**06/30/2027**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**06/30/2011**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, PATENT BROKERAGE**

## REGISTERED AGENT INFORMATION

Registered Agent Name:
**LOUIS CARBONNEAU**

Street Address:
**7447 W MERCER WAY, MERCER ISLAND, WA, 98040-5536, UNITED STATES**

Mailing Address:
**7447 W MERCER WAY, MERCER ISLAND, WA, 98040-5536, UNITED STATES**

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | LOUIS | CARBONNEAU |