# Exhibit E

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Phillip Haack (SBN 262060)<br>MARTON RIBERA SCHUMANN & CHANG LLP<br>548 MARKET STREET SUITE 36117<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* (415) 360-2516<br>*Attorney For:* Zoho Corporation Pvt. Ltd. | *Ref. No. or File No.:*<br>Knossos V. Zoho | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | |
| *Plaintiff:* Knossos Global Systems LLC<br>*Defendant:* Zoho Corporation Pvt. Ltd. | | |

| AFFIDAVIT OF DUE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | 9/14/2026 | 10:00 AM | | 2:25-cv-00414-JRG-RSP |

1. I, Niel Young , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Tangible IP, LLC as follows:

2. *Documents:* SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Attempt Detail |
|---|
| 1) Unsuccessful Attempt by: Niel Young () on: Aug 12, 2026, 1:35 pm PDT at 7447 West Mercer Way, Mercer Island, WA 98040<br>No answer, dark and quiet. |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. ***Person Who Served Papers:***
   a. Niel Young
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee** for Service was:*
   **e.** I am: Not A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

08/26/2026
*(Date)*

*(Signature)*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Phillip Haack (SBN 262060)<br>MARTON RIBERA SCHUMANN & CHANG LLP<br>548 MARKET STREET SUITE 36117<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* (415) 360-2516<br>*Attorney For:* Zoho Corporation Pvt. Ltd.<br>*Ref. No. or File No.:* Knossos V. Zoho | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | |
| *Plaintiff:* Knossos Global Systems LLC<br>*Defendant:* Zoho Corporation Pvt. Ltd. | |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | 9/14/2026 | 10:00 AM | | 2:25-cv-00414-JRG-RSP |

1. I, Theresa Leonor, Reg: 2022-20, Snohomish , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Tangible IP, LLC as follows:

2. *Documents:* SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**Attempt Detail**

1) Unsuccessful Attempt by: Theresa Leonor, Reg: 2022-20, Snohomish () on: Aug 7, 2026, 11:49 am PDT at 7447 West Mercer Way, Mercer Island, WA 98040
No answer, dark and quiet. No vehicles present.

2) Unsuccessful Attempt by: Theresa Leonor, Reg: 2022-20, Snohomish () on: Aug 10, 2026, 6:55 pm PDT at 7447 West Mercer Way, Mercer Island, WA 98040
I knocked on the door. No answer and no activity seen in the home. No vehicles present.

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. ***Person Who Served Papers:***
   a. Theresa Leonor, Reg: 2022-20, Snohomish
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee for Service was:***
   **e.** I am: Not A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

08/26/2026 — *(Date)*

Theresa Leonor — *(Signature)*