# Exhibit F

< Back to search Zillow Save Share Hide More

Search
Updates
Favorites
Plan
Inbox












See all 62 photos

**$8,950/mo** Fees may apply

7447 W Mercer Way, Mercer Island, WA 98040

**4** beds **2.5** baths **4,050** sqft

Price may not include required fees and charges.

Learn more | Cost calculator

Request a tour

Apply now




**Same-day WiFi. Smart move**

Turn moving day into movie night. Get online in minutes.

Learn More





- Single family residence
- Available now
- Small dogs OK
- In unit laundry
- Attached garage parking
- Fireplace, solar

Contact manager for more details about this home.

## What's special

**Two-level patio** **Electric fireplace** **Formal dining** **Outdoor kitchen** **Luxurious primary suite** **Oversized walk-in closet** **Fully maintained grounds**

Lease a West Mercer Retreat Country Living, Minutes from Seattle & Bellevue Some homes are a place to stay. This one is a place to live well a private, serene setting with genuine day-to-day convenience. Cross the tranquil moat, take in the expansive lake and mountain views and the outside world falls away. Yet everything you need is minutes away.

That's the appeal of Mercer Island: a leafy, low-traffic island in the middle of Lake Washington that feels like the countryside while sitting almost exactly between two major job centers. Downtown Seattle and Bellevue are each roughly 1015 minutes away and, new in 2026, the island has its own light rail station. The Mercer Island Station on Sound Transit's 2 Line opened this spring, with trains every 815 minutes

Show more