# Exhibit G

# Patent Brokerage & Strategic Advisory

## ABOUT

Tangible IP is the global leader in the sale and acquisition of high-quality patents with over 5000 patents successfully brokered. Our reputation stems from the high quality of our work, the depth of our network and our integrity representing clients. We are routinely retained by Fortune 500 companies, SMEs and inventors alike to assist them in either selling or acquiring patent assets. Our goal is simple: obtain the best value for our clients on each patent portfolio we take under brokerage. We also work with buyers who are interested in approaching patent owners and acquiring portfolios without having to disclose their identity to the seller. We are neither a law firm nor a patent assertion entity and therefore, generally able to engage in a constructive dialogue with industry leaders who may have an interest in the assets we have under brokerage. As such and in addition to an impressive sales record, we have successfully completed numerous licensing agreements to the benefit of our clients without ever resorting to assertion activity. Finally, Tangible IP is only one of a handful of firms worldwide which is entitled to list the portfolios it brokers on the ubiquitous IAM Marketplace, thus providing an added advantage to patent owners who list their assets with us.

We apply the same care and expertise to our advisory work, and we have assisted numerous satisfied clients in both offensive and defensive IP strategies, such as freedom to operate, patentability review and analysis, portfolio critique and optimization, patent valuation, evidence of use search, claim charting, all the way to comprehensive long term IP strategies. Further details are included here.

# OUR APPROACH

At Tangible IP, we recognize that securing and protecting IP is expensive and that you should only spend hard earned dollars on things that really add value to the bottom line in the long run. Although some of us are active seasoned IP attorneys well recognized by our industry, **we are not a law firm**. So we don't have to paint everything we say with shades of gray and we don't try to up-sell products and services that are not aligned with your business. We work with your patent and trademark attorneys, but upstream from them, establishing the direction and coordinating with them to ensure proper implementation.

We work with technology companies all the time and they have some things in common: great ideas, energetic entrepreneurs, few resources, demanding investors... and for the most part, only a budding awareness of the role of intellectual property in the future of their business. We try to bridge that gap and help elevate IP as the strategic asset class it is so those small and medium-sized businesses can take advantage of resources and tools that help them to realize the full benefit of their intellectual capital at a cost they can afford. A brick and mortar approach would limit our pool of experts and create a significant overhead drag. So at Tangible IP, we have a small core team of trusted collaborators with world class experience and reputation in their respective fields, as we as a vast network of experts that we can tap into in order to assemble the best team available for the project at hand and focus on delivering value. This approach allows us to provide extremely high-quality service at very competitive prices.

## INNOVATION WITHOUT PROTECTION IS SIMPLY PHILANTHROPY!

Research shows that 90% of patents currently issued worldwide are NOT even practiced by their owners! Indeed, in our collective experience reveals that most companies spend too much money on the wrong IP assets and not enough on the right ones. Businesses tend to overemphasize patent quantity over patent quality, even at the risk of neglecting the IP rights of others. They have comprehensive contractual protections over confidential information and trade secrets, they buy domain names and focus quite a bit on branding, yet they do very little to protect those assets internally. Many times, the IP strategies of businesses are simply penny wise and pound foolish, committing too many resources to innovation and not enough on the protection of the resulting IP. In other words, when it comes to IP, most businesses shoot before they aim. We like to start aiming first by knowing what will yield the most value for your business.

# MANAGEMENT TEAM

At Tangible IP we count on a core team of trusted collaborators with world class experience in their respective fields, and a vast network of international experts that we can tap into in order to assemble the best team available for the project at hand. With this focus on building a virtual team of world-class experts without the overhead of large firms, we can provide extremely high-quality service and flexibility at very competitive prices.



**Louis Carbonneau**

Founder and CEO



**Alan Burnett**

VP Technology
Software & Networking



**Carly Boon**

Senior Director – Brokerage Services

# TECHNICAL EXPERTS

**At Tangible IP we count on a small core team of trusted collaborators with world class experience and reputation in their respective fields, and a vast network of international of experts that we can tap into in order to assemble the best team available for the project at hand. This allows our focus to be on delivering value to the client.**

**Because we have a virtual team of world-class experts without the overhead of large firms, we can provide extremely high-quality service and flexibility at very competitive prices.**

Michael Craner

*Michael Craner is a technology executive and registered patent agent with over 30 years experience in cutting-edge systems development, integration, deployment, and management; and over 18 years experience in licensing (more…)*

Edward J. Cummings

*Edward J. Cummings is a seasoned Licensing Professional, CMO, Business Developer and IP strategist who has successfully built global businesses, led technology acquisitions for a Global 50 company, built IP strategies (more…)*

Dr. Robert (Bob) Davidson

*Bob Davidson has more than 30 years of international industrial experience (The Dow Chemical Company and REC Silicon) and is an expert in the development and implementation of strategic IP and intangible assets (IA) portfolio (more…)*

Dr. Mason A. Gross, Esq.

*Mason is an experienced, strategic intellectual property and registered patent attorney having a strong legal, engineering, and technical background to assist clients to secure, protect, and assert intellectual property rights. (more…)*

John Goldstone

*John Goldstone has over 25 years of success translating scientific and technical innovation into commercially viable product and licensing revenue streams, mostly around the biomass and forestry sectors. (more…)*

Bob Held

*Bob has close to 20 years in the business of intellectual property (IP) and specializes in various IP services including monetization, management, and strategy. (more…)*

Alexei Ioudovski

*Alexei Ioudovski is an intellectual property consultant in the high-tech area. He provides technical support for licensing, technology and patent evaluation as well as reverse engineering. (more…)*

Yuvendra Kumar

*Yuvenda Kumar has more than 15 years of consulting experience in the domains of Intellectual Property Rights (IPR), market research, and software. He has extensive experience providing support (more…)*

Mike Nranian, PE, Esq.

*Michael has testified over 70 times (as of December 2017) as an expert witness and corporate representative in state and federal courts throughout the United States. He has over 33 years of experience* (more…)

Dr. Marc Perron, Ing.

*Marc Perron founded a high-tech company specialized in embedded software and technology transfer in the field of power electronics applications such as electric motor control and solar power conversion. (more…)*

Steve Pomraning

*Steve Pomraning is an accomplished licensing executive successful in establishing and generating significant value for intellectual property ("IP") assets. Most recently, he was Vice President – Licensing Executive* (more...)

Dr. Ramesh Rajaduray

*Dr. Ramesh Rajaduray is an intellectual property (IP) consultant in the Toronto area. He has IP experience both in-house and as an external consultant. He has performed a variety of roles including patent strategy consulting,* (more...)

Ron Traficante

*Ron Traficante has over 15 years of experience in intellectual property including patent technical and legal analysis, claim chart drafting, portfolio strategy, and licensing. He worked as a patent technology analyst* (more...)

Drew E. Voth

*As president of Peak Consulting & Analytics, Mr. Voth brings 30+ years financial consulting expertise to his clients in the areas of forensic accounting, valuation, reorganization, and expert witness testimony* (more...)

Ian Wylie

*Ian has more than 25 years of technology and intellectual property experience and is an inventor on 32 US patent application families. His technology background and patents includes semiconductor process and device technology, chemistry, water treatment* (more...)

Copyright 2011 - 2026 © Tangible IP LLC

All Rights Reserved. **Privacy Policy**

Recent News

- Thanks a LOT!
  September 17, 2026
- Unified We Fold
  August 20, 2026
- Follow The Current
  July 29, 2026

IP MARKET INSIGHTS

Join our free email newsletter to receive the latest intellectual property news and updates from our team.

First Name

Last Name

Email

Subscribe