# Exhibit H

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Phillip Haack (SBN 262060)<br>MARTON RIBERA SCHUMANN & CHANG LLP<br>548 MARKET STREET SUITE 36117<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* (415) 360-2516<br>*Attorney For:* Zoho Corporation Pvt. Ltd.<br>*Ref. No. or File No.:* Knossos V. Zoho | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | |
| *Plaintiff:* Knossos Global Systems LLC<br>*Defendant:* Zoho Corporation Pvt. Ltd. | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | 9/29/2026 | 10:00 am | | 2:25-cv-00414-JRG-RSP |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

3. *a. Party served:* Tangible IP, LLC
   *b. Person served:* R. Alan Burnett, Vice President, Authorized to Accept, Caucasian , Male , Age: 60s , Hair: Bald , Height: 5'8" , Weight: 160.

4. *Address where the party was served:* 4108 131st Avenue Southeast, Bellevue, WA 98006

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 09 2026 (2) at: 04:00 PM

6. ***Person Who Served Papers:***
   a. Miguel Fernandez Reg: 2022-16 Snohomish County
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111
   **d.** ***The Fee*** *for Service was:*

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

09/11/2026
*(Date)*

*(Signature)*