# Exhibit I

Outlook

## Re: Knossos v. Zoho: Stanley Blaustein

**From** Phil Haack <phaack@martonribera.com>
**Date** Tue 9/15/2026 4:42 PM
**To** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Ryan Marton <ryan@martonribera.com>; Corby Vowell <corby@rhmtrial.com>
**Cc** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Hector Ribera <hector@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Valerie Barker <Valerie@martonribera.com>; Service <service@rhmtrial.com>

Andrew:

Thank you for providing this summary. We largely agree with your summary of our call, with a few additional points below:

**Blaustein and Finch depositions:** we agreed to discuss after the next round of third party depositions, which we understood to mean Mssrs. Buswell, Thomas, and Smith. This may be what you meant as well, but I wanted to clarify just in case.

**Zoho's Attempt to Serve Tangible IP:** We also discussed Zoho's attempts to serve Tangible IP. We related that the address appointed as Tangible's agent for service of process appears to be defunct. Zoho also attempted to serve Tangible via Mr. Rutter, who is listed as Tangible's VP. Mr. Rutter told us the house was sold and Mr. Carbonneau no longer lives at that address. You related that you are not able to accept service on behalf of Tangible, and that Tangible does not consider Mr. Rutter to have the authority to accept service on its behalf. Given your knowledge of Zoho's service attempts, we understand that RHM or your client must have been in recent contact with Tangible or one of its principals. To the extent RHM or your client has contact information for Tangible, please disclose that information. If necessary, Zoho will move for alternative service on Tangible relating the history of our attempts and discussions.

Finally, with respect **Mr. Sidman and Anon-X:** based on what the parties now know of Anon-X's licensing efforts, it is extremely unlikely that Mr. Sidman and/or Anon-X do not have additional responsive documents. We also ask that you confirm that Anon-X will collect documents from its prior counsel at Budo Law.

Best,
Phil

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Tuesday, September 15, 2026 at 12:44 PM
**To:** Phil Haack <phaack@martonribera.com>; Ryan Marton <ryan@martonribera.com>; Corby Vowell <corby@rhmtrial.com>
**Cc:** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Hector Ribera <hector@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Carolyn Chang