# Exhibit J

Outlook

**Knossos v. Zoho (2:25-cv-00414-JRG-RSP) - subpoena to Tangible IP, LLC**

**From** Tecuan Flores <Tecuan@martonribera.com>
**Date** Tue 9/15/2026 3:39 PM
**To** louis@tangibleip.biz <louis@tangibleip.biz>
**Cc** Ryan Marton <ryan@martonribera.com>; Phil Haack <phaack@martonribera.com>

Mr. Carbonneau,

Our firm represents Zoho in the above-referenced lawsuit. We have attempted to serve subpoenas on Tangible IP, LLC at 7447 W Mercer Way, Mercer Island, WA, 98040, the address registered with the Washington Secretary of State. That address appears to be out-of-date and no longer associated with Tangible IP. We have also attempted to serve subpoenas on Tangible IP, LLC through its Vice President, R. Alan Burnett. Mr. Burnett informed us that he is not an officer of Tangible IP and not authorized to accept service on its behalf.

We understand that you are the owner, founder, and CEO of Tangible IP, LLC. Please let us know if you will agree to accept service via email on behalf of Tangible IP, LLC or if you can provide an updated address where we can serve your company. Otherwise, we will request leave from the Court to serve Tangible IP, LLC via email.

Regards,

Tecuan Flores
Marton Ribera Schumann & Chang LLP
tecuan@martonribera.com