# Exhibit K

Outlook

**Re: Knossos v. Zoho: Stanley Blaustein**

**From** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date** Sun 9/6/2026 7:01 PM
**To** Ryan Marton <ryan@martonribera.com>; Phil Haack <phaack@martonribera.com>
**Cc** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Hector Ribera <hector@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>

Ryan:

We represent Anon-X for purposes of the subpoena and will have a response to the document subpoena and accompanying production to you Tuesday.

We have not been authorized to accept service on behalf of Tangible IP, but our understanding is that it has not yet been served.

Best,

Andrew

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com
rhm. ROZIER HARDT McDONOUGH PLLC

---

**From:** Ryan Marton <ryan@martonribera.com>
**Sent:** Sunday, September 6, 2026 1:26 PM
**To:** Phil Haack <phaack@martonribera.com>; Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Cc:** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Hector Ribera <hector@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Stanley Blaustein

Andrew, does your firm represent Anon-X and/or Tangible-IP? Neither has responded to their respective subpoenas. We will be moving to compel this week. Thanks

---

**From:** Phil Haack <phaack@martonribera.com>
**Date:** Wednesday, September 2, 2026 at 4:19 PM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Ryan Marton <ryan@martonribera.com>
**Cc:** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>

**Subject:** Re: Knossos v. Zoho: Stanley Blaustein

Apologies for the multiple emails. When we spoke last week, you also mentioned that RHM might be representing Anon-X in responding to Zoho's subpoena. Can you please confirm whether RHM is representing Anon-X or Tangible IP?

Thank you,
Phil

---

**From:** Phil Haack <phaack@martonribera.com>
**Date:** Wednesday, September 2, 2026 at 4:17 PM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Ryan Marton <ryan@martonribera.com>
**Cc:** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>
**Subject:** Re: Knossos v. Zoho: Stanley Blaustein

Hi Andrew,

[redacted]

Best,
Phil

---

**From:** Phil Haack <phaack@martonribera.com>
**Date:** Monday, August 24, 2026 at 12:03 PM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Ryan Marton <ryan@martonribera.com>
**Cc:** Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>
**Subject:** Re: Knossos v. Zoho: Stanley Blaustein

Andrew: