# Exhibit L

# Careers

We currently do not have any open positions however we are always looking for talented people to join our team.

Please feel free to forward your resume directly to:

**Tangible IP, LLC**
**ATT: Louis Carbonneau, Founder &CEO**
louis@tangibleip.biz

All inquiries will be treated with confidentiality.

Tangible IP is the leader in the sale and acquisition of high-quality patents.

## BROWSE

Patents for Sale

Subscribe to IP Market Insights

## RECENT POSTS

Thanks a LOT!

Unified We Fold

Follow The Current

## UPCOMING EVENTS

Louis Carbonneau will be speaking at the World IP Forum in Bangkok on November 19-20, 2026.

Case 2:25-cv-00414-JRG-RSP Document 56-12 Filed 09/29/26 Page 3 of 3 PageID #: 1547

Copyright 2011 - 2026 © Tangible IP LLC

All Rights Reserved. **Privacy Policy**

## Recent News

- Thanks a LOT!
  September 17, 2026
- Unified We Fold
  August 20, 2026
- Follow The Current
  July 29, 2026

## IP MARKET INSIGHTS

Join our free email newsletter to receive the latest intellectual property news and updates from our team.

**First Name**

**Last Name**

**Email**

**Subscribe**