## Louis Carbonneau

**License Number:** 35931

**License Type:** Lawyer

**License Status:** Active

**Eligible To Practice:** Yes

**WSBA Admit Date:** 12/14/2004

## Contact Information

**Public/Mailing Address:** 7447 W Mercer Way
Mercer Island, WA 98040-5536
United States

**Email:** louis.carbonneau@gmail.com

**Phone:** (425) 868-9280

**Fax:**

**Website:** www.thepointlaw.com

**TDD:**

## Professional Liability Insurance

**Private Practice:** No

**Has Insurance?** - Click for more info

**Last Updated:** 1/22/2026 8:00:00 AM

## Current Volunteer Service

**Member of the following groups:**

None

## Volunteer Service History

| Group | Position | Start Date | End Date |
|---|---|---|---|
| Intellectual Property Section Executive Committee | Member | 12/19/2014 | 1/14/2015 |

*Not all WSBA volunteer service will appear here, especially for service on committees/boards that are not standing or for service prior to 1990. (Exception: Service on Board of Governors is captured back through the 1800s.)*

## Disciplinary History

*In some cases, discipline search results will not reveal all disciplinary action relating to a Washington licensed legal professional, and may not display links to the official decision documents.*

**The following information is provided voluntarily by the licensed legal professional. The information might be incomplete, inaccurate, and/or out of date.**

## Practice Information Identified by Legal Professional

**Firm or Employer:**

**Office Type and Size:** Not actively practicing law

**Practice Areas:** Not Actively Practicing Law

**Languages Other Than English:** French

## Judicial Service

**Has Ever Served as Judge:** Unknown