**[UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br>Plaintiff,<br>v.<br>ZOHO CORPORATION PRIVATE LIMITED,<br>Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA BY ALTERNATE MEANS**

The Court, having reviewed and considered Defendant Zoho Corporation Private Limited ("Zoho")'s Motion for Leave to Serve Third-Party Subpoena by Alternate Means, finds that the Motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that Zoho may serve third-party Tangible IP, LLC by email to its registered agent, founder, and CEO, Mr. Carbonneau at louis@tangibleip.biz; through Tangible IP's counsel in *Apple Inc. v. Tangible IP*, 2:26-mc-0047-JNW (W.D. Wash.), Alexander W. Aiken of Susman Godfrey, LLP; and/or through Knossos's counsel.

It is further ORDERED that service sent pursuant to this Order is effective on the date the email is sent and Tangible IP must produce documents within fourteen (14) days of service and appear for deposition within thirty (30) days of service at a mutually agreeable date and a location within 100 miles of where Tangible IP resides or regularly transacts business.

It is further ORDERED that any appliable fees under Federal Rule of Civil Procedure 45(b)(1) may be offered in the service email, payable by electronic transfer or by check to any address Tangible IP designates and paid before the start of the deposition.