**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00414-JRG-RSP |
| | § | |
| ZOHO CORPORATION PRIVATE LIMITED, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Defendant's Motion for Leave to Serve Third Party Subpoena by Alternative Means. **Dkt. No. 56**. In its Motion, Defendant requests alternative service of a subpoena on third-party Tangible IP, LLC, following several unsuccessful attempts at personal service. *Id.* at 1. Having considered the Motion, the Court finds that since Defendant cites no authority that alternative service applies to a subpoena under Federal Rule of Civil Procedure 45, the Motion is **DENIED**.

**SIGNED this 30th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE