**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION PRIVATE LIMITED,<br><br>Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP |

**DECLARATION OF PHILLIP J. HAACK IN SUPPORT OF ZOHO CORPORATION PRIVATE LIMITED'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF S/MIME DOCUMENTS AND DATA**

I, Phillip J. Haack, declare as follows: I am an attorney at Marton Ribera Schumann & Chang LLP, counsel for Defendant Zoho Corporation Private Limited. I have personal knowledge of the facts stated below.

1. In August 2021, counsel for Anon-X, the prior owner of the patents-in-suit, sent Zoho charts alleging that Zoho Mail infringed the patents in suit through S/MIME. The charts did not identify PGP.

2. In October 2021, Zoho responded to Anon-X's counsel explaining why Zoho Mail did not infringe. Via counsel, Anon-X and Zoho continued to discuss Anon-X's infringement theories regarding S/MIME and TLS through August 2023.

3. Knossos's complaint (Dkt. 1) and its September 16, 2025 P.R. 3-1 disclosures and charts do not mention S/MIME. For the encryption limitations, the charts cite Zoho's PGP documentation, the IETF OpenPGP standard, RFC 4880, and other public PGP documents. They

do not cite the S/MIME standard or Zoho's S/MIME documentation. Knossos has not served any proposed amended contentions.

4. Zoho made Zoho Mail source code available for inspection when it served its P. R. 3-3 and 3-4 disclosures in November 2025; Knossos first inspected the source code in February 2026.

5. On August 12, 2026, Knossos produced a 2020 letter from Anon-X's counsel to Zoho. On August 25, 2026, Zoho produced its correspondence with Anon-X.

6. Attached as Exhibit 1 is a true and correct excerpt with added highlighting of an August 25, 2026 email from Knossos's counsel requesting S/MIME utilization data.

7. Attached as Exhibit 2 is a true and correct excerpt with added highlighting of the first page of Zoho's August 27, 2026 response objecting that S/MIME is not identified in Knossos's infringement contentions.

8. On October 2, 2026, Zoho informed Knossos by email that Zoho does not track S/MIME usage and therefore has no data showing the number of subscribers, users, or organizations using S/MIME in Zoho Mail.

9. The image on page 3 of Zoho's opposition is a true and correct copy of a portion of the Zoho Mail help page at https://www.zoho.com/mail/help/pgp.html.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 2, 2026, in Walnut Creek, California.

*<u>/s/ Phillip J. Haack</u>*
Phillip J. Haack