# Exhibit 1

**Subject:** Re: Knossos v. Zoho: Document Deficiencies
**Date:** Tuesday, August 25, 2026 at 4:52:06 PM Pacific Daylight Time
**From:** Andrew Gordon-Seifert
**To:** Phil Haack, Hector Ribera, Songmee Connolly, Carolyn Chang
**CC:** Jim McDonough, C. Matthew Rozier, Jonathan Hardt, Service
**Attachments:** image.png, image.png, image.png, image.png

Phil:

Thank you for your time today. I understand that you will be providing more detail in your written response due Thursday. To the extent it was not clear from my prior requests/covered by Zoho's prior production, I wanted to follow up to emphasize a few areas where we request more data:

- Number of subscribers/users/orgs that use S/MIME encryption (in addition to PGP and "org domains only"); and
- Number of subscribers/users/orgs by tier, by month, from 2019 to present in addition to revenue for the same amount of time.

Happy to discuss further if you have any questions.

Best,

Andrew

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Sent:** Monday, August 24, 2026 8:33 PM
**To:** Phil Haack <phaack@martonribera.com>; Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>
**Cc:** Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Phil:

We are available at 11 am PT/1 pm CT. I will send a teams invite.

**Andrew Gordon-Seifert**