# Exhibit 2

**Subject:** Re: Knossos v. Zoho: Document Deficiencies
**Date:** Thursday, August 27, 2026 at 4:09:25 PM Pacific Daylight Time
**From:** Phil Haack
**To:** Andrew Gordon-Seifert, Hector Ribera, Songmee Connolly, Carolyn Chang
**CC:** Jim McDonough, C. Matthew Rozier, Jonathan Hardt, Service
**Attachments:** image.png, image.png, image.png, image.png, image.png

Andrew:

Thank you for the follow-up. Responding in the order of your email below:

**I. Anon-X Correspondence**
As we discussed on Wednesday, Zoho has produced its correspondence with Anon-X. Please let us know if you are aware of anything missing and we can see if we can track it down.

**II.A. Per-Customer/Per-License Data**
As discussed on our call, Zoho does not intend to produce customer-level or license-level subscription and license data. As we noted, this data would be extremely voluminous, and its production would also raise significant customer privacy and PII concerns that are not outweighed by any showing of need. We understood from our call that Knossos agreed this category was unnecessary in light of the burden involved; please let us know if that is not your understanding.

**II.B. Feature Utilization Data**
As discussed on our call, Zoho has already produced usage data regarding PGP and the "Org Domains Only" feature.

As to S/MIME, SecurePass, and DKIM/DMARC configurations: none of these features are identified in Knossos's infringement contentions, and Zoho does not agree they are properly accused of infringement. At this time, Zoho is not committing to collect or produce utilization data for these features. To the extent Knossos believes any of these features falls within the scope of Knossos's disclosed infringement theories, please identify the basis for that position and we will reconsider.

**II.C. Email Transmission Data**
As discussed on our call, we are not aware that Zoho tracks this data in the ordinary course of business in the form requested. We will confirm with our client what data, if any, exists and is reasonably available, and will supplement as appropriate.

**II.D. Domain Data**
Our understanding is that MailDomains relates to registering domains through Zoho Mail, and on that understanding we do not believe it implicates the patented technology at issue. We will confirm this understanding with our client and advise if it changes.