**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br>Plaintiff,<br>v.<br>ZOHO CORPORATION PRIVATE LIMITED,<br>Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP<br>**JURY TRIAL DEMANDED** |

**JOINT REPORT REGARDING MEET AND CONFER**

Pursuant to paragraph 9(d) of the Court's Discovery Order (Dkt. No. 23) and paragraph 3 of the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes (Mar. 11, 2020), incorporated by paragraph 13 of the Discovery Order, the parties submit this joint report. On October 23, 2026, lead counsel C. Matthew Rozier for Knossos and Ryan Marton for Zoho conferred regarding Knossos' Motion to Compel Production of S/MIME Documents and Data (the "First Motion to Compel," Dkt. No. 55), which is set for a hearing on November 9, 2026. *See* Notice of Hearing, Oct. 21, 2026.

The parties agree that the dispute presented by the First Motion to Compel is whether Zoho Mail's S/MIME functionality is within the scope of this case. If the Court determines that it is, the parties agree that Knossos is entitled to production of relevant, non-privileged information kept by Zoho in the ordinary course of business relating to S/MIME, namely, to the extent reasonably available, information sufficient to show the number of U.S. users using S/MIME in Zoho Mail and information sufficient to show the number of U.S. organizations using S/MIME in Zoho Mail.

Whether Zoho Mail's S/MIME functionality is within the scope of this case is separately before the Court in Knossos' Opposed Motion for Leave to Amend Its Infringement Contentions Under P.R. 3-6(b), filed October 20, 2026, which is pending (the "Motion for Leave to Amend,"

Dkt. No. 61). Knossos maintains that its existing infringement contentions already encompass S/MIME and seeks leave to amend in the interest of efficiency. Dkt. No. 61 at 1–2, 4–7. Zoho disputes that Knossos' existing contentions encompass S/MIME and that good cause exists for the amendment. The parties have not resolved the scope dispute.

Knossos has also filed a second, separate motion to compel. *See* Dkt. No. 60 (the "Second Motion to Compel"). The Second Motion to Compel includes issues that may be largely resolved by any ruling on the Motion for Leave to Amend. Because Dkt. Nos. 55 and 60 (the two motions to compel) and Dkt. No. 61 (the Motion for Leave to Amend) concern overlapping issues regarding Zoho Mail's S/MIME functionality and the scope of this case, it may be most efficient for the Court to hear them together. Zoho's response to the Second Motion to Compel is due October 29, 2026, and its response to the Motion for Leave to Amend is due November 4, 2026. Under the ordinary briefing periods of Local Rule CV-7, briefing on the Motion for Leave to Amend is scheduled to close by November 20, 2026.

The parties are prepared to proceed on November 9, 2026, as currently set for Dkt. No. 55, but respectfully note that briefing on the related motions will not be complete by that date, which would leave the Court limited time to review it. The parties prefer a later hearing after briefing closes and invite the Court to consider setting a single hearing for the related motions should it deem that beneficial.

Dated: October 27, 2026

Respectfully submitted,

By: */s/ C. Matthew Rozier*

C. Matthew Rozier (CO 46854)*
Andrew D. Gordon-Seifert (OH 0092499)*
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305; (202) 316-1591
Telephone: (401) 954-7420
Email: matt@rhmtrial.com
Email: andrew@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
Corby R. Vowell (TX 24031621)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Telephone: (817) 313-9548
Email: hardt@rhmtrial.com
Email: corby@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

***Attorneys for Plaintiff KNOSSOS GLOBAL SYSTEMS LLC***

* Admitted to the Eastern District of Texas

Dated: October 27, 2026

Respectfully submitted,

*/s/ Ryan J. Marton [DRAFT]*

Ryan J. Marton (CA 223979, *admitted E.D. Tex.*)
ryan@martonribera.com
Carolyn Chang (CA 217933, *admitted E.D. Tex.*)
carolyn@martonribera.com
Hector Ribera (CA 221511, *admitted E.D. Tex.*)
hector@martonribera.com
Phillip J. Haack (CA 262060, *admitted E.D. Tex.*)
phaack@martonribera.com
Tecuan Flores (TX 24084569, *admitted E.D. Tex.*)
tecuan@martonribera.com
Joseph D. Gray (TX 24045970, *admitted E.D. Tex.*)
joey@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104
415-360-2514

**Attorneys for *Defendant ZOHO CORPORATION PRIVATE LIMITED***

## CERTIFICATE OF SERVICE

I certify that on October 26, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: October 27, 2026

By: */s/C. Matthew Rozier*
C. Matthew Rozier (CO 46854)

## CERTIFICATE OF CONFERENCE [L.R. CV-7(i)]

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the Report Regarding Meet and Confer is filed on behalf of the Parties. Counsel for the parties conferred by email on October 26, 2026, regarding this filing and the Parties are in agreement as to its substance, as indicated by the signatures of counsel for all Parties.

Dated: October 27, 2026

By: */s/C. Matthew Rozier*
C. Matthew Rozier (CO 46854)