**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br>Plaintiff,<br>v.<br>ZOHO CORPORATION PRIVATE LIMITED,<br>Defendant. | Civil Action No. 2:25-cv-00414-JRG-RSP<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF SECOND MOTION TO COMPEL**

Plaintiff Knossos Global Systems LLC hereby withdraws its Motion to Compel Production of Email Volume and S/MIME Usage Data (Dkt. No. 60) in view of the declaration (Dkt. No. 65-1) submitted with Defendant Zoho Corporation Private Limited's opposition.

Knossos has informed Zoho's counsel of this withdrawal.

Dated: November 6, 2026

Respectfully submitted,

*By: /s/ C. Matthew Rozier*

C. Matthew Rozier (CO 46854)*
Andrew D. Gordon-Seifert (OH 0092499)*
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305; (202) 316-1591
Telephone: (401) 954-7420
Email: matt@rhmtrial.com
Email: andrew@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
Corby R. Vowell (TX 24031621)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Telephone: (817) 313-9548
Email: hardt@rhmtrial.com
Email: corby@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

***Attorneys for Plaintiff KNOSSOS GLOBAL SYSTEMS LLC***

* Admitted to the Eastern District of Texas

## CERTIFICATE OF SERVICE

I certify that on November 6, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: November 6, 2026

*By: /s/ C. Matthew Rozier*

C. Matthew Rozier (CO 46854)