**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC,<br>*Plaintiff*,<br>v.<br><br>ZOHO CORPORATION PRIVATE LIMITED,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-cv-00414-JRG-RSP |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**November 9, 2026**

**OPEN: 11:17 a.m.** **ADJOURN: 12:09 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jonathan Hardt, Andrew Gordon-Seifert |
| ATTORNEYS FOR DEFENDANT: | Phillip Haack, Ryan Marton |
| LAW CLERK: | Robert Plafker |
| COURT REPORTER: | Jodi Terry |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Hardt introduced co-counsel and announced ready. Mr. Haack introduced co-counsel and announced ready.

The Court noted that Plaintiff's Motion to Compel Production of Email Volume and S/MIME Usage Data **(Dkt. No. 60)** was withdrawn.

The Court also noted that Plaintiff's Motion to Compel Production of S/MIME Documents and Data **(Dkt. No. 55)** is believed to be largely governed by the motion for leave to amend the infringement contentions. Given the shortness of time left in today's schedule, the Court heard argument on Plaintiff's Motion for Leave to Amend its Infringement Contentions Under P.R. 3-6(b) **(Dkt. No. 61)**. Mr. Hardt heard argument on behalf of Plaintiff. Mr. Haack and Mr. Marton responded on behalf of Defendant. The Court STAYED the current docket control order so that the expect report preparation can be stayed pending production. Mr. Marton confirmed that the parties will submit a joint motion to amend the DCO within 2 weeks. The Court noted that if the DCO is disputed, to outline their respective positions in the joint motion.

Court adjourned.