**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KNOSSOS GLOBAL SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00414-JRG-RSP |
| | § | |
| ZOHO CORPORATION PRIVATE LIMITED, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff's Opposed Motion For Leave to Amend its Infringement Contentions (**Dkt. No. 61**). For the reasons orally assigned during the November 9, 2026 motion hearing, the motion is **GRANTED**.

It is further ordered that Plaintiff's Motion to Compel (**Dkt. No. 55**) is declared **MOOT** by agreement of counsel at the hearing.

**SIGNED this 11th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE